**All Transactions**                                                                  🖨 PRINT

| Inmate Reg #: | 33940037 | Current Institution: | Jesup FCI |
| Inmate Name: | SAMPLE, BRANDON | Housing Unit: | A |
| Report Date: | 02/23/2006 | Living Quarters: | A01-960L |
| Report Time: | 11:16:45 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/22/2006 4:50:29 PM | AMService | Phone Withdrawal | ($6.00) | ITS0222 | | $76.47 |
| 2/22/2006 10:55:21 AM | JES4033 | Sales | ($264.45) | 33 | | $82.47 |
| 2/22/2006 10:51:32 AM | JES4033 | Sales | $0.00 | 29 | | $346.92 |
| 2/15/2006 8:47:36 AM | JES0607 | Sales | ($23.75) | 3 | | $346.92 |
| 2/12/2006 5:41:59 AM | SENTRY | Transfer - In from TRUFACS | $370.67 | TX021206 | | $370.67 |

1

FILED

APR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 0715

3