UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| BRANDON SAMPLE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-715 |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The Clerk of Court is in receipt of a letter from Bernard Shaw, who asks to be placed on the docket as a party plaintiff to this action. He does not appear as a party plaintiff because he has filed neither an application to proceed *in forma pauperis* nor a copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiffs are or were confined, as is required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. The Court, *sua sponte*, will grant plaintiffs additional time within which to do so.

It is hereby

ORDERED that both plaintiffs Sample and Shaw shall provide the Court with a certified copy of their prison trust fund account statements within 30 days of the entry of this Order. Failure to comply with this Order may result in the dismissal of this action.

SO ORDERED.

_____
United States District Judge

DATE: May 15, 2006

5