UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, et al.        )
                                 )
v.                               )     Civil Action No. 06-0715
                                 )
FEDERAL BUREAU OF PRISONS.       )

### NOTICE OF RELATED CASES

The undersigned plaintiff, Brandon C. Sample, respectfully requests that the Clerk's office take notice of the following related case when making the case assignment for this case.

Currently, plaintiff Sample has an action pending before the Honorable Paul Friedman in <u>Sample v. Lappin, et al.</u>, No 05-0596 (PLF). This action is "related" to the instant case under Local Civil Rule 40.5(a)(3) ("[a] case filed by a <u>pro se</u> litigant with a prior case pending shall be deemed related and assigned to the judge having the earliest case."). Accordingly, assignment of the instant case to Judge Friedman's docket is requested.

                                    Respectfully submitted,

                                    Brandon Sample #33949-037
                                    Federal Satellite Low
                                    2680 Highway 301 South
                                    Jesup, GA 31599

RECEIVED
MAY 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF MAILING

I declare under penalty of perjury that a true and correct copy of the foregoing was provided to prison officials this 27th day of April, 2006, first class postage affixed, for delivery to the following:

Clerk, United States District Court
333 Constitution Ave. N.W.
Washington, DC 20001

                                                                      _____
                                                                       BRANDON SAMPLE