UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, et al.      )
                               )
v.                             )   Civil Action No. 06-0715 UNA
                               )
FEDERAL BUREAU OF PRISONS.     )

### ADVISORY TO THE COURT
(Regarding Application To Proceed In Forma Pauperis)

On April 21, 2006, the Court ordered the undersigned plaintiff, Brandon C. Sample ("Sample") to provide, within 30 days, a certified copy of his prisoner trust fund account statement (or institutional equivalent), including ledger sheets, for the six-month period immediately preceding the filing of the complaint. See DE 4. The complaint in this case was deemed "filed" on March 1, 2006, the day Sample provided it to prison officials for mailing. Houston v. Lack, 487 U.S. 266 (1988).

Attached is a true and accurate copy of Mr. Sample's prisoner trust fund account statement. (this document is attached to Mr. Sample's application to proceed in forma pauperis as well). This account statement was provided to Mr. Sample on February 23, 2006, by Counselor D.E. Spell, a federal prison official at FSL Jesup. Unfortunately, the account statement does not list transactions pre-dating Mr. Sample's arrival at FSL Jesup, with the exception of a notation that Mr. Sample transferred to Jesup with $370.67. Mr. Sample transferred to FSL Jesup from FCI Beaumont in January - February, 2006. Mr. Sample's transfer to Jesup took approximately one month and involved brief stopovers in both the Federal Transfer Center in

Oklahoma City, OK and the Federal Detention Center in Tallahassee, FL. Anticipating the need for a more detailed inmate account statement, Mr. Sample, on or about March 1, 2006, wrote a letter to the business office at FCI Beaumont (Low) trying to obtain a copy of his inmate account from there. To date, however, no response to Mr. Sample's letter has been received.

Wherefore, premises considered, Mr. Sample respectfully requests that the Court accept the foregoing in satisfaction of the Court's April 21, 2006, order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Respectfully submitted,

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

## CERTIFICATE OF MAILING

I declare under penalty of perjury that a true and correct copy of the foregoing was provided to prison officials this 27 day of April, 2006, first class postage affixed, for delivery to the following:

Clerk, United States District Court
333 Constitution Ave. N.W.
Washington, DC 20001

*/s/ Brandon Sample*
BRANDON SAMPLE

## All Transactions

**Inmate Reg #:** 33949037  
**Inmate Name:** SAMPLE, BRANDON  
**Report Date:** 02/23/2006  
**Report Time:** 11:16:45 AM  
**Current Institution:** Jesup FCI  
**Housing Unit:** A  
**Living Quarters:** A01-930L  

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/22/2006 4:50:29 PM | AMService | Phone Withdrawal | ($6.00) | ITS0222 | | $76.47 |
| 2/22/2006 10:55:21 AM | JES4033 | Sales | ($264.45) | 33 | | $82.47 |
| 2/22/2006 10:51:32 AM | JES4033 | Sales | $0.00 | 29 | | $346.92 |
| 2/15/2006 8:47:36 AM | JES0607 | Sales | ($23.75) | 3 | | $346.92 |
| 2/12/2006 5:41:59 AM | SENTRY | Transfer - In from TRUFACS | $370.67 | TX021206 | | $370.67 |