UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, et al.        )
                                 )
v.                               )   Civil Action No. 06-0715
                                 )
FEDERAL BUREAU OF PRISONS.       )

### NOTICE OF RELATED CASES

The undersigned plaintiff, Brandon C. Sample, respectfully requests that the Clerk's office take notice of the following related case when making the case assignment for this case.

Currently, plaintiff Sample has an action pending before the Honorable Paul Friedman in Sample v. Lappin, et al., No 05-0596 (PLF). This action is "related" to the instant case under Local Civil Rule 40.5(a)(3) ("[a] case filed by a pro se litigant with a prior case pending shall be deemed related and assigned to the judge having the earliest case."). Accordingly, assignment of the instant case to Judge Friedman's docket is requested.

Respectfully submitted,

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

CERTIFICATE OF MAILING

I declare under penalty of perjury that a true and correct copy of the foregoing was provided to prison officials this 27th day of April, 2006, first class postage affixed, for delivery to the following:

Clerk, United States District Court
333 Constitution Ave. N.W.
Washington, DC 20001

_____
BRANDON SAMPLE