# United States District Court

FOR THE _____ DISTRICT OF ___ COLUMBIA _____

BRANDON SAMPLE, et al.,
    Plaintiffs,
        V.
FEDERAL BUREAU OF PRISONS,
    Defendant.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 06-715 *UNA*

---

I, __BERNARD SHAW_____, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____
                                                                  other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present ~~on appeal~~ are briefly stated as follows:

    SEE COMPLAINT FILED ON 4/21/2006, BY BRANDON SAMPLE

In further support of this application, I answer the following questions.

1. Are you presently employed?                                                 Yes [ ]    No [X]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

        MAY 17, 1999      $1600/MONTH

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment      Yes [ ]    No [X]
    b. Rent payments, interest or dividends?      Yes [ ]    No [X]
    c. Pensions, annuities or life insurance payments?      Yes [ ]    No [X]
    d. Gifts or inheritances?      Yes [ ]    No [X]
    e. Any other sources?      Yes [X]    No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**FAMILY AND FRIENDS**

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☒    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   **WIFE AND FIVE CHILDREN, HOWEVER UNABLE TO PROVIDE SUPPORT CURRENTLY.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/24/06__                    __[signature]__
                (Date)                       Signature of Applicant

---

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __5.25__ on account to his credit at the __Federal Correctional Institution, Beaumont Low__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's average balance was $ __78.46__

__[signature] Case Manager__
Authorized Officer of Institution

---

## ORDER OF COURT

| | |
|---|---|
| **RECEIVED**<br>The application is hereby denied.<br>MAY 3 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br>_____<br>United States Judge        Date | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.<br><br>_____<br>United States Judge        Date<br>or Magistrate |



## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 59469004 | Current Institution: | Beaumont FCC |
| Inmate Name: | SHAW, BERNARD | Housing Unit: | SA |
| Report Date: | 05/23/2006 | Living Quarters: | S01-905L |
| Report Time: | 2:25:28 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4762 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 12/5/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 5/23/2006 3:29:38 AM |
| Account Status: | Active |
| Phone Balance: | $4.51 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

### Account Balances

| | |
|---|---|
| Account Balance: | $5.25 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $5.25 |
| National 6 Months Deposits: | $1,351.85 |
| National 6 Months Withdrawals: | $1,381.00 |
| National 6 Months Avg Daily Balance: | $78.46 |
| Local Max. Balance - Prev. 30 Days: | $147.53 |
| Average Balance - Prev. 30 Days: | $50.55 |

## Commissary History

### Purchases

Validation Period Purchases: $199.30
YTD Purchases: $729.10
Last Sales Date: 5/17/2006 1:13:15 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $194.95
Remaining Spending Limit: $95.05

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type   Start Date   End Date   Userid   Active

## Comments

Comments:

BEAUMONT LOW FCI                    Page 2 of 3                    05-02-2006 14:24