**FILED**

**JUN 2 1 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brandon C. Sample, Reg. No. 33949-037  )
Bernard Shaw, Reg. No. 59469-004        )
                                         )
                Plaintiffs,              )
                                         )
        v.                               )   Civil Action No. 06-715
                                         )
Federal Bureau of Prisons,               )
                                         )
                Defendant.               )

ORDER

Plaintiffs, proceeding *pro se*, have submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that the plaintiffs are required to pay the statutory filing fee of $350.00 for this action and an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B).

Accordingly, it is this 14th day of June 2006,

**ORDERED** that:

1.      Plaintiff **Brandon C. Sample** is assessed an initial partial filing fee payment in the amount of **$ 12.35** payable to the Clerk of the United States District Court for the District of Columbia.

2.      Plaintiff **Bernard Shaw** is assessed an initial partial filing fee payment in the amount of **$15.69** payable to the Clerk of the United States District Court for the District of Columbia.

3.      Plaintiffs are obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to their prison account as continued partial payments on the remaining balance of the $350.00 filing fee.

4. The authorized institution officer shall deduct from plaintiffs' respective prison accounts the payments described above and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid.

5. A copy of this Order shall be furnished to plaintiffs' places of incarceration.

6. Plaintiffs' respective applications to proceed *in forma pauperis* are **granted**.

/s/ Royce C. Lamberth
United States District Judge