IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL.

v.                                      C.A. No. 06-715

FEDERAL BUREAU OF PRISONS.

RECEIVED
JUN 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF RELATED CASES

The undersigned plaintiff, Brandon C. Sample ("Sample") respectfully requests that the Clerk's office take notice of the following related case when making the case assignment for this case.

Currently, Mr. Sample has an action pending before the Honorable Paul L. Friedman in Sample v. Lappin, et al., No. 05-0596 (PLF). This action is "related" to the instant case under Local Civil Rule 40.5(a)(3). See Local Civil Rule 40.5(a)(3) ("[a] case filed by a pro se litigant with a prior case pending shall be deemed related and assigned to the judge having the earliest case"). Accordingly, assignment of the instant case to Judge Friedman's docket is requested.

Respectfully submitted,

Brandon Sample

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was provided to prison officials this 6th day of June, 2006, with first-class postage affixed, for delivery to the following:

Clerk, U.S. District Court
333 Constitution Ave. N.W.
Washington, DC 20001

_Brandon Sample_
Brandon Sample