RECEIVED
JUN 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL.

v.                                           C.A. No. 06-715 *UNA*

FEDERAL BUREAU OF PRISONS.

## NOTICE OF FILING

On April 21, 2006, the Court ordered the undersigned plaintiff, Brandon C. Sample ("Sample") to provide a certified copy of his prisoner trust fund account statement (or institutional equivalent), including ledger sheets, for the six-month period immediately preceding the filing of the complaint. See DE 4. The complaint in this case was "filed" on March 1, 2006, the day Sample provided it to prison officials for mailing. Houston v. Lack, 487 U.S. 266 (1988).

On April 27, 2006, Mr. Sample complied with the Court's April 21, 2006, order by submitting an "advisory to the court." See Exhibit 1. Mysteriously, though, this document was never filed by the Clerk. On May 19, 2006, the Court entered another order requiring the plaintiffs to file copies of their respective trust fund account statements. See DE 5. In response, Mr. Sample, on May 22, 2006, submitted another "advisory to the court" to the Clerk. Additionally, Mr. Sample, under separate cover, sent a copy of the "advisory to the court" to U.S. District Judge Henry H. Kennedy. To date, however, neither copy of Mr. Sample's "advisory to the court" has been filed.

In compliance with the Court's April 21, 2006, and May 19, 2006, orders, Mr. Sample, for the third time, submits the attached "advisory to the court" along with this notice of filing. In order to track receipt, this notice of filing is being submitted via certified mail, return receipt, #7005-2570-0001-7394-6787.

Respectfully submitted,

*/s/ Brandon Sample*

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was provided to prison officials this 6th day of June, 2006, with first-class postage affixed, for delivery to the following:

Clerk, U.S. District Court
333 Constitution Ave. N.W.
Washington, DC 20001

*/s/ Brandon Sample*
Brandon Sample

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, et al.      )
                               )
v.                             )    Civil Action No. 06-0715
                               )
FEDERAL BUREAU OF PRISONS.     )

## ADVISORY TO THE COURT
### (Regarding Application To Proceed In Forma Pauperis)

On April 21, 2006, the Court ordered the undersigned plaintiff, Brandon C. Sample ("Sample") to provide, within 30 days, a certified copy of his prisoner trust fund account statement (or institutional equivalent), including ledger sheets, for the six-month period immediately preceding the filing of the complaint. See DE 4. The complaint in this case was deemed "filed" on March 1, 2006, the day Sample provided it to prison officials for mailing. Houston v. Lack, 487 U.S. 266 (1988).

Attached is a true and accurate copy of Mr. Sample's prisoner trust fund account statement. (this document is attached to Mr. Sample's application to proceed in forma pauperis as well). This account statement was provided to Mr. Sample on February 23, 2006, by Counselor D.E. Spell, a federal prison official at FSL Jesup. Unfortunately, the account statement does not list transactions pre-dating Mr. Sample's arrival at FSL Jesup, with the exception of a notation that Mr. Sample transferred to Jesup with $370.67. Mr. Sample transferred to FSL Jesup from FCI Beaumont in January - February, 2006. Mr. Sample's transfer to Jesup took approximately one month and involved brief stopovers in both the Federal Transfer Center in

Exhibit 1

Oklahoma City, OK and the Federal Detention Center in Tallahassee, FL. Anticipating the need for a more detailed inmate account statement, Mr. Sample, on or about March 1, 2006, wrote a letter to the business office at FCI Beaumont (Low) trying to obtain a copy of his inmate account from there. To date, however, no response to Mr. Sample's letter has been received.

Wherefore, premises considered, Mr. Sample respectfully requests that the Court accept the foregoing in satisfaction of the Court's April 21, 2006, order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Respectfully submitted,

*/s/ Brandon Sample*

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

CERTIFICATE OF MAILING

I declare under penalty of perjury that a true and correct copy of the foregoing was provided to prison officials this 27th day of April, 2006, first class postage affixed, for delivery to the following:

Clerk, United States District Court
333 Constitution Ave. N.W.
Washington, DC 20001

*[signature]*
BRANDON SAMPLE

# All Transactions

| | | |
|---|---|---|
| **Inmate Reg #:** 33949037 | **Current Institution:** | Jesup FCI |
| **Inmate Name:** SAMPLE, BRANDON | **Housing Unit:** | A |
| **Report Date:** 02/23/2006 | **Living Quarters:** | A01-930L |
| **Report Time:** 11:16:45 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/22/2006 4:50:29 PM | AMService | Phone Withdrawal | ($6.00) | ITS0222 | | $76.47 |
| 2/22/2006 10:55:21 AM | JES4033 | Sales | ($264.45) | 33 | | $82.47 |
| 2/22/2006 10:51:32 AM | JES4033 | Sales | $0.00 | 29 | | $346.92 |
| 2/15/2006 8:47:36 AM | JES0607 | Sales | ($23.75) | 3 | | $346.92 |
| 2/12/2006 5:41:59 AM | SENTRY | Transfer - In from TRUFACS | $370.67 | TX021206 | | $370.67 |

May 22, 2006

The Honorable Henry Kennedy
United States District Judge
333 Constitution Ave N.W.
Washington DC 20001

Re:  <u>Sample et al., v. Federal Bureau of Prisons</u>, NO. 06-0715

Dear Judge Kennedy:

Several weeks ago you ordered the plaintiffs in the above styled cause to file a certified copy of their respective trust fund account statements.  <u>See</u> DE 4.  Recently, you entered another order directing same.  <u>See</u> DE 5.  On April 27, 2006, in compliance with the Court's first order, the enclosed documents were submitted for filing to the Clerk.  For some reason, though, they were never docketed.  Although I have resubmitted these documents to the Clerk for filing contemporaneous with this letter, I'd appreciate it if you would make sure that these papers are docketed.  I do not want this case dismissed for want of prosecution.

Also, I'm concerned that plaintiff Shaw has not received your orders.  My last review of the docket revealed that the Clerk failed to docket Mr. Shaw as a party to this action.  Instead, I am the only listed plaintiff.  I'd appreciate it if your office would make sure that Mr. Shaw is listed on the docket so he can receive your orders.

Thank you for your assistance.

Sincerely,

*[signature]*

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599


Enclosures

Exhibit 2