IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COULMBIA

BRANDON C. SAMPLE, ET AL.,   §

v.                           §   06-715 (PLF)

FEDERAL BUREAU OF PRISONS.   §

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned plaintiff, Brandon C. Sample ("Sample"), respectfully requests the Court appoint counsel for the plaintiffs in accordance with Local Civil Rule 83.11. The instant case presents numerous issues of first impression in this Circuit arising under, inter alia, the U.S. Constitution, the Administrative Procedures Act, the Freedom of Information Act, and the Paperwork Reduction Act. The plaintiffs are not lawyers and the issues are complex. Under such circumstances, the assistance of appointed counsel would not only benefit the parties, but the Court as well.[1]

Wherefore, premises considered, Sample respectfully requests the Court appoint counsel for the plaintiffs.

Respectfully submitted,

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

---

[1] The plaintiffs have twice unsuccessfully attempted to obtain counsel on their own. See Exhibits 1-2.

RECEIVED
JUL 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 3rd day of July, 2006, by providing a copy of same to prison officials for delivery to the following:

Federal Bureau of Prisons
320 First St. N.W.
Washington, DC 20534

_____
BRANDON SAMPLE



# AMERICAN CIVIL LIBERTIES UNION FUND
## OF THE NATIONAL CAPITAL AREA

1400 - 20TH STREET NW, SUITE 119, WASHINGTON, DC 20036-5920 / (202) 457-0800

| PARALEGAL | STAFF ATTORNEY | LEGAL DIRECTOR | EXECUTIVE DIRECTOR |
|---|---|---|---|
| Jessica Langley | Fritz Mulhauser | Arthur B. Spitzer | Johnny Barnes |

www.aclu-nca.org

June 8, 2006

**SPECIAL LEGAL MAIL**
**OPEN ONLY IN INMATE PRESENCE**
Mr. Brandon Sample - Fed. Reg. No. 33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA  31599

Dear Mr. Sample:

We received your letter requesting representation in *Sample v. Federal Bureau of Prisons*, Civil Action No.06-00715 in the U.S. District Court here. It is docketed but not yet assigned to a judge. You sent the complaint which challenges prison rules and policies in a number of areas (increases in telephone charges, limits on educational transfers, lack of access to Pre-Sentence Investigation Reports, and prison data-collection in violation of paperwork regulations). We enjoyed the Beaumont, Texas, newspaper from January 2005 describing your quest to reduce other inmates' frivolous filings—a goal we share. Your own complaint is thoughtful and we appreciate your interest in ensuring that inmates are not subjected to improper regulations. However, we are not able to offer you legal help.

As you know, the ACLU exists to preserve and extend the constitutional rights and privileges found mainly in the Bill of Rights—rights such as the freedoms of speech, press, and religion; the right to be treated equally and without racial or other illegal discrimination; and the right to be free of warrantless searches or other abusive police conduct. Each case ACLU accepts must be handled by a volunteer attorney from a private firm who donates the time required. Thus because of our slim resources each affiliate can take only a few cases each year. The ACLU is definitely concerned with prison conditions; however, in this area as in others, our limited resources and the resulting need to set priorities make it impossible for us to offer help in all cases.

When your IFP petition is settled, you may again be able to persuade the court to appoint counsel, as the complaint raises questions that go beyond the commonplace damages claim from an injured inmate. If not, it seems you can present your concerns cogently. We recall the e-FOIA matter you wrote about two years ago; we'll watch for the decision from the D.C. Circuit.

You may reach the ACLU National Prison Project (NPP) at 915 15th St., N.W., 7th fl, Washington, DC 20005. Among a flood of requests they make their own decisions and are not assisted by referral from an affiliate that has no particular knowledge of the matter. They usually reserve their scarce resources for national impact cases of the highest significance.

In any case, we wish you good luck litigating the questions you wrote about.

Sincerely,

Ellen Loeb
Legal Assistant

Ex. 1

**FAMM**
**Families Against Mandatory Minimums**
F O U N D A T I O N

LEGAL MAIL: OPEN ONLY IN PRESENCE OF ADDRESSEE

May 4, 2006

Mr. Brandon Sample
Reg. No. 33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

Dear Brandon:

It was good to hear from you. Thank you for sharing the complaint you have drafted. I am afraid it doesn't present issues that FAMM is particularly competent to assist with. You may want to contact the National CURE organization, which has been championing some of these issues, including the telephone issues.

You can write to them at

CURE
P.O. Box 2310
Washington, D.C. 20013
202-789-2126

I wish you the best.

Sincerely,

Mary Price
General Counsel

Ex. 2

1612 K Street, NW • Suite 700 • Washington, D.C. 20006 • (202) 822-6700 • fax (202) 822-6704 • FAMM@famm.org • http://www.famm.org