```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,          )
                                 )
          Plaintiffs,            )
                                 )
     v.                          ) Civil Action No. 06-715 PLF
                                 )
FEDERAL BUREAU OF PRISONS,       )
                                 )
          Defendant.             )
                                 )
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiffs' Complaint in this action up to and including November 20, 2006. Plaintiffs are federal prisoners who provide no telephone number at which they can be reached. Accordingly, they have not been contacted to determine their positions on this motion.[1]

This request is made because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this action has nearly completed the drafting of a dispositive motion in this action, which would resolve each of the eight counts of the

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

Complaint.  Regrettably, because Defendant must ensure that all possible exemptions under the Freedom of Information Act are asserted in the motion, the Defendant requires an additional declaration from the agency which is anticipated in the coming week.  Counsel also must finalize the dispositive motion and draft a separate declaration incorporating the information received from the staff of the Judge in Texas who has directed that the presentence report sought by Mr. Sample "<u>shall</u> <u>not</u> be further disclosed . . . without written permission of this Court. . ."  Judgment And Commitment Order in <u>United States</u> v. <u>Painter</u>, 01-CR-190-01 (May 22, 2003 S.D. Tex., Corpus Christi Division).[2]  Finally, counsel has learned of the recently decided case of <u>Sample</u> v. <u>Bureau of Prisons</u>, No. 05-5038, 2006 WL 3103009 (Nov. 3, 2006), which may have a bearing on this action.  Counsel seeks these few additional days also to ascertain whether additional briefing is needed in the instant case based on this recent case.

---

[2]  Counsel has just today received a copy of this Judgment and Commitment Order.

WHEREFORE, Defendant moves for an enlargement of time until November 20, 2006.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

BRANDON C. SAMPLE
# 33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA  31599

and

BERNARD SHAW
# 59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020

on the 13th day of November, 2006.

```
_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```