```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,            )
                                   )
            Plaintiffs,            )
                                   )
       v.                          )  Civil Action No. 06-715 PLF
                                   )
FEDERAL BUREAU OF PRISONS,         )
                                   )
            Defendant.             )
_____)
```

ORDER

Upon consideration of Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof, for the reasons set forth by Defendant, and based upon the entire record herein, it is this _____ day of _____, 2006

ORDERED that Defendant's motion for enlargement of time should be and is hereby granted; and it is,

FURTHER ORDERED that the time within which to respond to the Complaint in this action be and is hereby enlarged up to and including November 20, 2006.

```
                                   _____
                                   UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER                    BRANDON C. SAMPLE
Assistant United States Attorney   # 33949-037
Judiciary Center, Civil Division   Federal Satellite Low
555 4th Street, N.W.               2680 Highway 301 South
Washington, DC  20530              Jesup, GA  31599

BERNARD SHAW
# 59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020