```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,      )
                             )
        Plaintiffs,          )
                             )
    v.                       )  Civil Action No. 06-715 PLF
                             )
FEDERAL BUREAU OF PRISONS,   )
                             )
        Defendant.           )
                             )
```

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

The Federal Bureau of Prisons ("BOP") hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiffs' Amended Complaint in this action up to and including January 14, 2007. Plaintiffs are federal prisoners who provide no telephone number at which they can be reached. Accordingly, they have not been contacted to determine their positions on this motion.[1]

This request is made because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this action had nearly completed a dispositive motion in the case when, on

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

November 17, 2006, Plaintiffs amended the complaint to add five counts under the Freedom Of Information Act ( FOIA ) to the original eight-count complaint. In the few days since that filing, counsel has not yet been able to secure the needed declarations required to address the new claims. In addition, the agency counsel assisting in defending the claims against the BOP will be away from the office in the coming weeks with a newborn. Finally, undersigned counsel is scheduled to be out of the office during part of the month of December.

WHEREFORE, the BOP moves for an enlargement of time until January 14, 2007, within which to respond to the Amended Complaint.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof has been made by mailing copies thereof to:

BRANDON C. SAMPLE
# 33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

and

BERNARD SHAW
# 59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX 77720-6020

on the 1st day of December, 2006.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230