IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON SAMPLE, ET AL.        §

v.                            §    1:06-cv-715 (PLF)

FEDERAL BUREAU OF PRISONS.    §

### NOTICE OF FILING
(Richard Painter Pre-Sentence Report)

The undersigned Plaintiffs, Brandon Sample and Bernard Shaw, respectfully submit inmate Richard Painter's Pre-Sentence Investigation Report for the Court's consideration.

Respectfully submitted,

Brandon Sample #33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599

Bernard Shaw #59469-004
FCI Beaumont (Low)
P.O. BOX 26020
Beaumont, TX 77720-6020