```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

BRANDON SAMPLE, et al.,            )
                                   )
          Plaintiffs,              )
                                   )
     v.                            ) Civil Action No. 06-715 PLF
                                   )
FEDERAL BUREAU OF PRISONS,         )
                                   )
          Defendant.               )
_____)

ORDER

Upon consideration of Plaintiffs' Motion For Leave To Amend and Defendant's Response To Plaintiff's Motion For Leave To Amend And Motion For Enlargement Of Time, for the reasons set forth by Defendants, and based upon the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Plaintiffs' motion For Leave To Amend be and is hereby granted; and it is,

FURTHER ORDERED that, pursuant to Local Civ. R. 40.5(b)(3), the Clerk shall transmit a copy of Defendant's Response To Plaintiff's Motion For Leave To Amend And Motion For Enlargement Of Time (which describes the basis for believing that the Second Amended Complaint may be related to Civil Action No. 03-805 CKK), and copies of the Amended Complaint and Second Amended Complaint to Judge Kollar-Kotelly; and it is

FURTHER ORDERED that the time within which defendants may respond to the complaint, as amended, in this action be and is

hereby enlarged up to and including thirty days from service of the Second Amended Complaint as service is contemplated in Local Civ. R. 15.1

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

```
W. MARK NEBEKER                     BRANDON C. SAMPLE
Assistant United States Attorney    # 33949-037
Judiciary Center, Civil Division    Federal Satellite Low
555 4th Street, N.W.                2680 Highway 301 South
Washington, DC  20530               Jesup, GA  31599

BERNARD SHAW
# 59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020
```

-2-