UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 06-715 PLF |
| FEDERAL BUREAU OF PRISONS, | ) ) ) |
| Defendant. | ) ) |

ERRATA

Defendants hereby advise the Court and plaintiffs of an error in the Defendant's Response To Plaintiff's Motion For Leave To Amend And Motion For Enlargement Of Time, filed February 1, 2007. The Response erroneously noted that the Department of State had "recently located a file and intends to process the documents for release to plaintiff, but has indicated that additional time will be needed." In fact, the agency has now clarified that it has conducted a search of the location where that file would have been and verified that the file is not there. The Department of State would still require additional time to provide a declaration

explaining the adequacy of its search.

                    Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Errata has been made by mailing copies thereof to:

BRANDON C. SAMPLE
# 33949-037
Federal Satellite Low
2680 Highway 301 South
Jesup, GA  31599

and

BERNARD SHAW
# 59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020

on the 5th day of February, 2007.

```
                                    _____
                                    W. MARK NEBEKER, DC Bar #396739
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, DC  20530
                                    (202) 514-7230
```