UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRANDON SAMPLE, *et al.*,    )<br>                                                   )<br>         Plaintiffs,                      )<br>                                                   )<br>    v.                                          )<br>                                                   )<br>FEDERAL BUREAU OF PRISONS,   )<br>                                                   )<br>         Defendant.                    )<br>                                                   ) | Civil Action No. 06-0715  (PLF) |

ORDER

It is hereby

ORDERED that plaintiffs' motion for leave to amend [Dkt. #26] is GRANTED. Pursuant to Local Civil Rule 15.1, the Second Amended Complaint is deemed to have been filed and served on the date of entry of this Order.  It is further

ORDERED that defendant's request for transmittal of copies of its Response to Plaintiff's Motion For Leave to Amend and Motion for Enlargement of Time, plaintiffs' motion for leave to amend, Amended Complaint, and Second Amended Complaint to Judge Kollar-Kotelly is DENIED.  Defendant's motion for an enlargement of time [Dkt. #27] is GRANTED.  Defendant shall file a dispositive motion or other appropriate response to the Second Amended Complaint within 45 days of entry of this Order.

SO ORDERED.

                                                                        /s/
                                                            PAUL L. FRIEDMAN
Date:  February 9, 2007                       United States District Judge