UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0715 (PLF) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Assistant United States Attorney William Mark Nebeker.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS (NY SL7322)
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

 /s W. Mark Nebeker
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202-514-7230/FAX 202-514-8780
mark.nebeker@usdoj.gov