UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT**

Federal defendants, the Federal Bureau of Prisons ("BOP") and the U.S. Department of State, hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of 45 days to file a response to plaintiffs' Second Amended Complaint, up to and including May 10, 2007. Since the *pro se* plaintiffs are incarcerated, it is impracticable for the undersigned counsel to confer with them about this Motion.[1] See Compl. caption. The grounds for this request are as follows:

    a.    The undersigned counsel began working at the U.S. Attorney's Office on February 28, 2007, and was recently assigned to this case. A response to the Second Amended Complaint is currently due on March 26, 2007.

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se.* It does not require counsel to discuss those motions with incarcerated *pro se* parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

b. The Second Amended Complaint includes Count Fourteen. *See* Attachment A: The Second Amended Complaint. Count Fourteen of the Second Amended Complaint requires significant and substantial coordination with the BOP for the filing of defendants' response. *See* Attachment B: Declaration of Alma Lopez.

c. The undersigned counsel has been unable to complete the discussions and coordination with the BOP for the filing of defendants' response. The additional time requested will provide undersigned counsel with the opportunity to confer with the BOP with regard to this action and plaintiffs' related civil actions.

d. This extension is sought in good faith.

Accordingly, defendants respectfully request that the Motion be granted. A proposed order is attached.

Respectfully submitted,

    Jeffrey Taylor   
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras   
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Sherease Louis   
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of March 2007, a true and correct copy of the foregoing motion and proposed order were served via First Class prepaid postage as follows:

**BRANDON C. SAMPLE**
R33949-037
FEDERAL SATELLITE LOW
Low Security
2680 Highway 301 South
Jesup, GA 31599

**BERNARD SHAW**
# R59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020

                                              /s Sherease Louis
                                          SHEREASE LOUIS
                                          Special Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, N.W.,
                                          Washington, D.C. 20530
                                          (202) 307-0895