UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,                 )
                                        )
            Plaintiff,                  )
                                        )
      v.                                ) Civil Action No. 06-715
                                        )
FEDERAL BUREAU OF PRISONS, et al.,      )
                                        )
            Defendants.                 )
_____)

DECLARATION OF ALMA G. LOPEZ

      I, Alma G. Lopez, hereby declare and state the following:

      1.  I am currently employed by the Federal Bureau of Prisons
(BOP) as an Assistant General Counsel at the Office of General
Counsel.  My business office is located at the Central Office in
Washington, D.C.  I have held my current position since January
2004.

      2.  As Assistant General Counsel, I handle civil litigation
of cases filed against the BOP in the District Court for the
District of Columbia.

      3.  I prepare this declaration in support of the
government's motion to enlarge time for a responsive pleading
in the above referenced matter. The agency counsel responsible
for handling this case has been out of the office for an extended
period of time and our other FOIA legal staff who could provide
assistance in this case are away from the office for unforeseen
reasons.  As a result, the BOP needs an enlargement of time in
order to be able to respond to the issues in the second amended
complaint, specifically count fourteen.


      In accordance with 28 U.S.C. §1746, I hereby declare under
penalty of perjury that the foregoing is true and correct.


Dated: 3|23|07                  _____
                                Alma G. Lopez
                                Assistant General Counsel
                                Federal Bureau of Prisons