UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*,      )<br>                                                  )<br>            Plaintiffs,             )<br>                                                  )<br>    v.                                        )<br>                                                  )<br>FEDERAL BUREAU OF PRISONS, *et. al.,*  )<br>                                                  )<br>            Defendants.          )<br>_____) | Civil Action No. 06-0715 (PLF) |

ORDER

UPON CONSIDERATION of *Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to the Second Amended Complaint*, and the entire record herein, for good cause shown, it is by the Court,

**ORDERED** that the defendants shall have an additional four days, through and including May 14, 2007, to answer or otherwise respond to the Second Amended Complaint.


DATED:_____                    _____
                                                                          PAUL L. FRIEDMAN
                                                                          UNITED STATES DISTRICT JUDGE


Copy to:

**BRANDON C. SAMPLE**
R33949-037
FEDERAL SATELLITE LOW
Low Security
2680 Highway 301 South
Jesup, GA 31599

**BERNARD SHAW**
# R59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020