# United States District Court

FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,                                CHANGE OF ADDRESS

    Plaintiff,

V.                                                     CASE NUMBER: 1:06-CV-715 PLF

FEDERAL BUREAU OF PRISONS

    Defendant

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for (plaintiff)/defendant

_____

Signature: [signed] Bernard Shaw

Date: 4/8/07

Print Name: BERNARD SHAW #59469-004

Firm: PRO-SE

New Address: FEDERAL SATELLITE LOW
2680 HIGHWAY 301 SOUTH

City: JESUP   State: GA   Zip Code: 31599

Phone: N/A

**RECEIVED**
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT