UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRANDON SAMPLE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0715 (PLF) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et. al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT**

Federal defendants, the Federal Bureau of Prisons ("BOP") and the U.S. Department of State, hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of two days, to file a response to plaintiffs' Second Amended Complaint, up to and including May 16, 2007. Since the *pro se* plaintiffs are incarcerated, it is impracticable for the undersigned counsel to confer with them about this Motion.[1] See Compl. caption. The grounds for this request are as follows:

1. A response to the Second Amended Complaint is currently due on May 14, 2007.

2. A dispositive motion has been substantially completed. However, because the BOP is in the process of revising one of its declarations, consultations with agency counsel were unable to be completed on May 14, 2007.

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se.* It does not require counsel to discuss those motions with incarcerated *pro se* parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

3. Counsel will need an additional two business days to circulate the brief for final comment and approval. The additional time requested will provide the BOP with the additional time to revise its declaration, and provide the undersigned counsel with the opportunity to confer with agency counsel and finalize a response for filing on Wednesday May 16, 2007.

4. This extension is sought in good faith.

Accordingly, Defendants respectfully request that the Motion be granted. A proposed order is attached.

Respectfully submitted,

    Jeffrey Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of May 2007, a true and correct copy of the foregoing motion and proposed order were served via First Class prepaid postage as follows:

**BRANDON C. SAMPLE**
R33949-037
FEDERAL SATELLITE LOW
Low Security
2680 Highway 301 South
Jesup, GA 31599

**BERNARD SHAW**
# R59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020

      /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895