UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, *et al.*,            )
                                     )
        Plaintiffs,            )
                                     )
   v.                              )    Civil Action No. 06-0715 (PLF)
                                     )
FEDERAL BUREAU OF PRISONS, *et. al.*,)
                                     )
        Defendants.            )
                                     )

ORDER

UPON CONSIDERATION of ***Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to the Second Amended Complaint***, and the entire record herein, for good cause shown, it is by the Court,

**ORDERED** that the defendants shall have an additional four days, through and including May 16, 2007, to answer or otherwise respond to the Second Amended Complaint.

DATED:_____                    _____
                                                                       PAUL L. FRIEDMAN
                                                                       UNITED STATES DISTRICT JUDGE

Copy to:

**BRANDON C. SAMPLE**
R33949-037
FEDERAL SATELLITE LOW
Low Security
2680 Highway 301 South
Jesup, GA 31599

**BERNARD SHAW**
# R59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020