UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,            §

v.                                 §         No. 06-715(PLF)

FEDERAL BUREAU OF PRISONS.         §

## ADVISORY TO THE COURT

Plaintiff Brandon Sample provides the following advisory to the Court.

In order to adequately oppose the Bureau of Prisons' ("BOP") impending motion to dismiss or for summary judgment, the undersigned will require a declaration from inmate Perry Orlando, Register Number 41521-018, who is incarcerated at a different institution than Sample.  The BOP is prepared to allow Sample to correspond with Mr. Orlando for the purpose of obtaining this declaration; however, only subject to Sample providing documentation that Mr. Orlando is a witness in the case.  See 28 C.F.R. § 540.17(b)(1) (permitting correspondence between confined federal inmates "if both inmates ... are a party or witness in a legal action in which both inmates are involved").  The filing of this advisory with the Court serves as such documentation.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was served this 10th day of March, 2007, via first-class mail, on the following:

Sherease Louis
Special Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

BRANDON SAMPLE