UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.           §

v.                               §       No. 06-715 (PLF)

FEDERAL BUREAU OF PRISONS.       §

### NOTICE OF CHANGE OF ADDRESS

The Clerk will please enter the following change of address for Plaintiff Sample:

> Brandon Sample #33949-037
> Federal Prison Camp
> 2680 Highway 301 South
> Jesup, Georgia 31599

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was served this 10th day of March, 2007, via first-class mail, on the following:

Sherease Louis
Special Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

                                        BRANDON SAMPLE