for that jurisdiction and the remainder of this Agreement will continue to operate. This Agreement shall be governed by the laws of New South Wales, Australia. Odyssey and Licensee submit unconditionally and irrevocably to the non-exclusive jurisdiction of the courts of New South Wales. Licensee agrees that Odyssey may obtain, specific performance and preliminary and permanent injunctive or other equitable relief for any violation of this Agreement. Any modification to or alteration of this Agreement terms shall be subject to Odyssey's prior written consent and shall be reduced to writing and signed by both parties. Odyssey may audit Licensee for its compliance with the terms of this Agreement and Licensee will provide Odyssey with access to all necessary computers, software, hardware, servers, documents and records during normal business hours at Licensee's premises on twenty-four hours notice to allow Odyssey (and Odyssey's nominated representative) to inspect, audit and make such copies of records as are necessary for the purposes of such audit. If any audit reveals that Licensee has underpaid any amounts due to Odyssey under this Agreement then Licensee must immediately pay such amounts due, owing and payable to Odyssey plus all expenses relating to such audit or inspection and interest at a rate equal to the 30 day Australian Treasury Bill rate plus 5% calculated and compounded daily.

**TRIAL OR EVALUATION USE:** If, with Odyssey's prior written consent, Licensee opens this package or uses this Software on a no-cost, limited-time evaluation basis, then the only right granted to Licensee under this Agreement is the right to access the Software for the aforementioned purposes (i.e. no license is granted). Odyssey provides no Support for evaluation Software. Licensee must return the Software to Odyssey immediately upon the end of the evaluation period or upon Odyssey demand. The provisions in this paragraph govern this Agreement to the extent that they are inconsistent with provisions in other parts of this Agreement. All other terms of this Agreement are unmodified by this paragraph. If Licensee purchases a license to this Software, then this section shall be of no further force or effect.

**QUESTIONS:** If Licensee has any questions concerning the terms or conditions of this Agreement, contact: Odyssey Development Pty Ltd, of 10-12 Clarke Street, Crows Nest, NSW 2065 Australia or call +61 2 9439 5800.



## ODYSSEY DEVELOPMENT PTY LTD
## SOFTWARE LICENSE AGREEMENT TERMS AND CONDITIONS

**PLEASE NOTE: READ THIS DOCUMENT CAREFULLY BEFORE OPENING THE PRODUCT MEDIA ENVELOPE. THIS DOCUMENT IS A LEGAL AGREEMENT BETWEEN YOU (THE "LICENSEE") AND ODYSSEY DEVELOPMENT PTY LTD ("ODYSSEY"). BY OPENING THIS PACKAGE OR USING THE ENCLOSED SOFTWARE AND DOCUMENTS ("SOFTWARE"), LICENSEE AGREES TO BE BOUND BY THIS SOFTWARE LICENSE AGREEMENT ("AGREEMENT"). IF LICENSEE DOES NOT AGREE TO THE AGREEMENT TERMS, PROMPTLY RETURN THE UNUSED SOFTWARE AND PACKAGE TO WHERE YOU OBTAINED IT.**

**GRANT OF RIGHTS:** Subject to Licensee's payment as invoiced and compliance with the terms of this Agreement, Odyssey Development Pty Limited (ACN 003 578 407 ABN 16 003 578 407) of 10-12 Clarke Street, Crows Nest, NSW 2065 Australia ("Odyssey") grants Licensee a non-exclusive and non-transferable license to use and display the Software for its internal purposes only. Licensee must use the Software only as follows:

1. use the Software on one computer at a time subject to Odyssey's written consent to distribute the Software to multi-users using the multiple user version and subject to Odyssey's conditions of use;
2. load the Software onto the temporary memory (i.e. RAM) or onto the permanent memory (i.e. hard disk) of that one computer;
3. submit a purchase order to Odyssey or Odyssey's authorized representative indicating (i) the number of users that Licensee wishes to permit access to the Software ("Authorized Users") and (ii) the number of additional copies of the Software that Licensee wishes to license with Odyssey's written consent ("Authorized Copies");
4. Licensee will be invoiced for the appropriate license and maintenance fees and shall be responsible for all applicable (i) shipping charges; (ii) any other applicable taxes; (iii) tariffs; and (iv) governmental charges;
5. If a business entity purchased this license, then the business entity and all its officers, employees and contractors will be subject to this Agreement;
6. Licensee must not (i) distribute the Software; or (ii) use the Software for any purpose other than internal use; or (iii) modify or alter the Software; and
7. Licensee will be permitted to make one copy of the Software only for backup purposes.

Exhibit 8

**PAYMENT OF LICENSE FEES:** Licensee is not entitled to use the Software until the license fees (plus any other applicable taxes) have been paid in full to Odyssey without deduction, set-off, counterclaim or withholding unless Odyssey agrees in writing to such use prior to payment of all license fees.

**RESTRICTIONS:** Licensee may not distribute the Software, including by electronic transfer from one computer to another over a network (including without limitation through an application service provider, bureau service, timeshare service, lease service or rental service), or otherwise, except as necessary for use of the Authorized Copies by the Authorized Users. Licensee may not decompile, reverse engineer, disassemble, or otherwise reduce the Software to a human perceivable form. Licensee may not copy, modify, adapt, translate, rent, lease, loan, encumber, resell, distribute, sub-license, time-share, transfer or create derivative works based upon or similar to the Software. Licensee may permit access to the Software only to the Authorized Users, and Licensee may make only Authorized Copies of the Software. Licensee may add additional users and make additional copies only upon payment of an additional license fee. Licensee may not release the results of any benchmark of the Software to any third party without the prior written approval of Odyssey for each such release. The documentation and supporting materials must not be copied or distributed under any circumstances. Licensee shall comply with all laws that are applicable to the Software including, without limitation, export laws.

**LIMITED WARRANTY:** The Software is licensed and otherwise provided "AS IS" to the extent permitted by law. If any materials or media in this package are defective, Licensee may return them within sixty days of the original date of invoice, and Odyssey will replace them at no extra charge. To the extent permitted by law, all other representations, conditions or warranties are excluded.

**LIMITATION OF LIABILITY:**
In no event will Odyssey or its licensors be liable under this Agreement to Licensee for any indirect, special, economic or consequential loss or damage or loss of business, revenue, profits, goodwill, bargain or opportunities or loss of data or corruption of data or loss of anticipated savings incurred or suffered by Licensee whether caused by negligence or otherwise and whether or not Odyssey was aware or should have been aware of the possibility of such loss or damage. To the extent that Odyssey is permitted by law to limit the remedies available under this Agreement, Odyssey expressly limits its liability for breach of this Agreement (including any condition or warranty implied by any legislation which cannot be excluded) to one or more of the following:
In the case of goods:
(a) either the replacement of the goods or the supply of equivalent goods;
(b) the repair of the goods;
(c) the payment of the cost of replacing the goods or of acquiring equivalent goods; or
(d) the payment of the cost of having the goods repaired; or
In the case of services:
(e) the supplying of the services again; or
(f) the payment of the cost of having the services supplied again.

**SUPPORT:** Odyssey will not provide Software updates or telephone support ("Support") to Licensee unless: (i) Odyssey agrees to provide Support; and (ii) Licensee uses the Software in a supported environment; and (iii) Licensee has paid all its Support fees in advance. Fees for Support are payable annually and in advance. Support may be extended or re-instated upon the mutual agreement of Odyssey and Licensee. Support, when kept current, entitles Licensee to receive Support as provided in Odyssey's Support policies published by Odyssey from time to time. Odyssey shall support the Software only so long as it is used under conditions and on operating environments for which the Software is designed.

**INTELLECTUAL PROPERTY RIGHTS:** Licensee acknowledges and agrees that it has no rights of ownership in or to the Software. All right, title and interest in and to the Software, together with all enhancements, modifications, alterations, customizations or adaptations to the Software (whether created by Odyssey or any other person) are the property of, or vest on creation in, Odyssey, including as an assignment of all future copyright. Licensee must execute all documents and do all things which are reasonably necessary to assign any intellectual property rights in and to any modifications, enhancements, alterations, customizations or adaptations of the Software to Odyssey. Odyssey's logo is a trademark of Odyssey Development Pty Ltd. Licensee must ensure all copies of the Software contains all legends and notices regarding copyright and ownership of the Software. Worldwide rights to the Software are reserved by Odyssey.

**TERMINATION:** The license(s) granted under this Agreement is effective from the date this sealed package is opened and continues for a period of ten years or until Licensee returns the Software to Odyssey (including without limitation all backup copies and documentation), provided however, that Odyssey may immediately terminate this Agreement (including, for the avoidance of doubt, the license(s) granted under this Agreement) or any services under this Agreement, if: (i) Licensee has used the Software otherwise than in accordance with this Agreement; or (ii) Odyssey has notified the Licensee in writing of a material breach and such breach is not cured within twenty days; or (iii) Licensee fails to pay any fees when due. Termination shall not relieve Licensee from its obligation to pay the fees that remain unpaid, and shall not limit either party from pursuing any other available remedies. Upon termination by Odyssey of this Agreement, or any part thereof, Odyssey shall have no obligation to refund to Licensee any fees paid by Licensee, and Licensee agrees to waive, in perpetuity and unconditionally, any and all claims for refunds. If a license is revoked, Licensee must immediately uninstall and destroy all copies of the revoked Software and certify to Odyssey, in writing and within ten days of such revocation, that the Software (including without limitation all backup copies and all documentation) has been uninstalled and destroyed. This paragraph shall survive termination of this Agreement.

**GENERAL:** This Agreement extends to any enclosed or related documentation and manuals which are deemed to be part of the Software. Any assignment or delegation of Licensee's Agreement rights without Odyssey's prior written consent is void. Odyssey may assign, sub-contract or novate its rights and obligations under this Agreement without the approval of Licensee. If an Agreement provision is found unlawful, void or unenforceable, in any jurisdiction, then that provision shall be severed