UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE            )
                             )
        Plaintiff,           )
                             )
    v.                       ) Case Number: 1:06-cv-00715-PLF
                             )
BUREAU OF PRISONS            )
                             )
        Defendant.           )
                             )

## DECLARATION OF CHRISTINE GREENE

1. I, Christine Greene, do hereby declare and state the following:

I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau), Freedom of Information Act/Privacy Act (FOIA/PA) Section, at the Federal Correctional Complex at Coleman, Florida. In this position, I have access to the records of requests made pursuant to the FOIA/PA for the Southeast Regional Office.

2. The BOP FOIA Office received request number 2006-04671 on March 23, 2006. The BOP provided three responses to plaintiff's request. On April 28, 2006, May 25, 2006, and July 25, 2006. Plaintiff alleges the BOP failed to provide records concerning the "provision of Passover ceremonial meal during 2004 and the purchase of the eight days worth of meals by the Food Service department at FCI Beaumont (Low)" He further alleges the BOP failed to provide any documents responsive to his request for "all invoices, purchase order, and the other related materials concerning the purchase

of a Sukkah by the religious services department at FCI Beaumont (LOW) in 2004 or 2005.

3. All requested documents in relation to provision of Passover ceremonial meal during 2004 and the purchase of the eight days worth of meals by the Food Service department at FCI Beaumont (Low) were provided to the plaintiff on April 28, 2006. Additional records were provided on July 25, 2006, and October 27, 2006. Only the names and phone numbers of staff were redacted. There were no documents withheld.

4. The request for information related to a Sukkah was over looked. That information was requested from both FCI Jesup and FCI Beaumont on May 8, 2007. We received responses from both institutions on May 9, 2007. FCI Jesup had no responsive documents and FCI Beaumont provided us with two responsive pages. The records were placed in the mail to Brandon Sample on May 10, 2007.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

    Executed this __10th__ day of __May__, 2007.

*Christine Greene*
Christine Greene
Paralegal Specialist
Federal Bureau of Prisons