UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE      )
                       )
    Plaintiff,          )
                       )
    v.                  ) Case Number: 1:06-cv-00715-PLF
                       )
BUREAU OF PRISONS      )
                       )
    Defendant.          )
_____        )

## DECLARATION OF OMAR HERRAN

1. I, Omar Herran, do hereby declare and state the following:

I am the Chief of the Information Management Office for the Federal Bureau of Prisons (Bureau), in the Bureau's Central Office. In this position, my duties include oversight responsibility for BOPDOCS.

2. BOPDOCS was produced in order to allow staff to electronically search BOP documents.

3. BOPDOCS is a document management CD-ROM system produced by BOP using commercially license software along with BOP documents in WordPerfect, Adobe PDF, HTML, among other electronic format. These documents are indexed and searchable using a commercial search engine product called ISYS by Odyssey Development. There are no documents of BOPDOCS that are not available in hard copy or other

electronic format.

4. The CD contains proprietary software licensed to the BOP.  The Information Management Office (earlier called Documents Control Systems and Document Systems), maintains control over distribution of the CDs.  Because of the license agreement, staff does not have the authority to redistribute BOPDOCS disks to non-Bureau staff.  (A true and correct copy is attached)

5.  The BOP is prohibited from distributing the software beyond the licence agreement. BOPDOCS contain essentially every policy, form and directive used by the BOP. Presently there are approximately 3500 files, not including software-related files. These can be searched using ISYS search software.

6. A separate CD-ROM could be produced without the ISYS software, to contain only the BOP documents, mostly in WordPerfect, HTML, and PDF formats.  This requires

the extraction of the software related files such as executable, index and configuration files.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May, 2007.

*Omar Herran* (signature)
Omar Herran
Chief, Information Management Office
Federal Bureau of Prisons