UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brandon Sample, et. al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-715 |
| ) | |
| Bureau of Prisons, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DELAINE HILL

I, Delaine Hill, hereby declare and state the following:

1. I am an Assistant General Counsel for the Federal Bureau of Prisons ("BOP") in Washington, D.C. I have been employed as an attorney with the Bureau of Prisons since August 2001.

2. I have access to Bureau of Prisons records pertaining to administrative remedy appeals submitted to this office and all computerized administrative remedy filings.

3. Pursuant to 28 C.F.R. § 542.10 et seq., "Administrative Remedy Procedure for Inmates," the BOP has implemented a three-tiered grievance mechanism which inmates must use to forward complaints about any aspect of their confinement. The procedure requires inmates to first address their complaints informally to the institution staff, and if not resolved at that level then formally to staff through a form commonly known as a "BP-9." If dissatisfied with the response at the institution level, an inmate may appeal his concerns to the Regional Director, commonly known as a "BP-10". If dissatisfied with the Regional Director's response, the inmate may finally appeal to the General Counsel's office in the Central Office of the Bureau of Prisons,

commonly known as a "BP-11". Using this grievance mechanism allows the BOP to accurately and thoroughly investigate inmates allegations at all levels.

4. On May 10, 2007, I searched the computerized administrative remedy records filed by plaintiffs Brandon Sample (BOP Inmate Number: 33949-037) and Bernard Shaw (BOP Inmate Number: 59469-004) and found that they have failed to exhaust all of their available administrative remedies before the BOP on claims made in this case.

5. Specifically, BOP records indicate that Brandon Sample has not filed administrative remedies on his claim regarding educational transfers (Count Five).

6. Plaintiff Bernard Shaw has not filed an administrative remedy for any claims in this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of May 2007 in Washington, D.C.

　　　　　　　　　　　　　　　　　　　　Delaine Hill
　　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　　Litigation Branch
　　　　　　　　　　　　　　　　　　　　Federal Bureau of Prisons