UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:06-cv-00715-PLF |
| BUREAU OF PRISONS | ) |
| Defendant. | ) |

## DECLARATION OF WILSON J. MOORER

1. I, Wilson J. Moorer, do hereby declare and state the following:

I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau), Freedom of Information Act/Privacy Act (FOIA/PA) Section, in the Bureau's Central Office. In this position, I have access to the records of requests made pursuant to the FOIA/PA. I review all incoming FOIA requests and make the initial determination as to whether there is sufficient information or documentation for the request to be processed.

2. A review of the FOIA Data Base reveals, Plaintiff's FOIA request was received in the Bureau of Prisons, FOIA/PA Office, Washington, DC on May 12. 2004. Once a FOIA request is received, it is logged into the FOIA Data Base and issued a number. Plaintiff's request was issued FOIA request number 2004-06254. Once the request is logged in it is reviewed to determine if the request meets the requirements of a properly filed FOIA request. This review was completed on May 12, 2004, it was determined the

request would be returned to the Plaintiff because it was not properly filed. The BOP returned the request on May 12, 2004.

3. Requests are returned when they are received with missing documentation or otherwise incomplete to the extent that they cannot be processed. When a request is incomplete or cannot otherwise be processed all documents are returned to the requester with a letter explaining the reason for the return. They are specifically advised that until the necessary information is received, the request is considered closed.

4. Plaintiff alleges he had written authorization to review the PSI of another inmate. If the request had proper authorization attached, the request would not have been returned. It would have been accepted and assigned to a paralegal for processing. In the course of processing the request, it would be reviewed and any applicable exemptions or exclusions applied. Plaintiff would have been notified if any documents or portions of the documents were withheld and the reason for the withholding.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of May, 2007.

Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons