UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, <u>et al.</u>,      )
                                    )
                Plaintiffs,         )
                                    )
        v.                          )  Civil Action No. 06-715 PLF
                                    )
FEDERAL BUREAU OF PRISONS, <u>et al.</u>, )
                                    )
                Defendants.         )
                                    )

DECLARATION OF W. MARK NEBEKER

1.  I, W. Mark Nebeker, am an Assistant United States
Attorney ("AUSA") in the Civil Division of the Office of the
United States Attorney for the District of Columbia.  I am
familiar with the facts set forth in this declaration, either
because of my personal observation of the facts set forth, or
because of a review I have made of the records of the United
States Department of Justice, including the Judgment In A
Criminal Case referred to below, which records are maintained by
employees of the agency under a duty accurately and timely to
maintain those records.

2.  In researching the request made in paragraphs 34-36 of
the complaint in Civil Action No. 06-715 PLF, I became aware of
various entries in the docket in <u>United States</u> v. <u>Richard
Painter</u>, Case No. 2:01-cr-00190-1 (S.D. Tex., Corpus Christi
Division), placing Mr. Painter's presentence report and related
materials under seal, a copy of which docket sheet is attached as
Attachment A, Docket Nos. 35-36, 41, and 68.

3.  On or about September 7, 2006, I mailed a letter to the
Hon. Janis Graham Jack of the United States District Court for

the Southern District of Texas, seeking advise on whether the Court's orders in United States v. Richard Painter, Case No. 2:01-cr-00190-1 placing Mr. Painter's presentence report under seal were intended to prohibit the disclosure of the documents under the Freedom of Information Act. A copy of the September 7, 2006 Letter (exclusive of enclosures) is attached to this declaration as Attachment B.

4. On October 2, 2006, having not heard from Judge Jack, I sent a second letter to the Judge as contemplated in Morgan v. U.S. Department of Justice, 923 F.2d 195 (D.C. Cir. 1991). A copy of the October 2, 2006 Letter is attached to this declaration as Attachment C.

5. On or about October 25, 2006, I received a call from Nathan Nelson, who identified himself as a law clerk to Judge Jack. Mr. Nelson stated that the Court would not be clarifying its judgment, but that the language in the judgment itself indicates that the presentence investigation report ("PSI") is for use only by the BOP employees with only some limited exceptions, including instances of escape when the report is needed by the U.S. Marshals.

6. I have since secured from the Bureau of Prisons a copy of the May 28, 2003 Judgment In A Criminal Case in United States v. Richard Painter, Case No. 2:01-cr-00190-1, a copy of which is attached as Attachment D (with personal information redacted consistent with Local Civil R. 5.4(f)), and which includes the following language:

-2-

It is the order of the Court that the PSI in this case is for use by the Bureau of Prisons employees only and <u>shall not</u> be further disclosed to any other party (other than defendant), agency or individual without written permission of this Court, except in instances of escape or failure to surrender, when the report is needed by the U.S. Marshals.

Attachment D at 2.

I declare this under penalty of perjury, that the foregoing is true and correct to the best of my information and belief.

<u>November 17, 2006</u>
    date

W. MARK NEBEKER
Assistant United States Attorney

-3-

APPEAL, CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CRIMINAL DOCKET FOR CASE #: 2:01-cr-00190 All Defendants

Case title: USA v. Painter

Date Filed: 06/14/2001
Date Terminated: 05/07/2003

---

Assigned to: Judge Janis Graham Jack

## Defendant

**Richard S Painter** (1)
*$20,000 - 10% deposit (BOND*
*FORFEITED per JGJ on 7/30/01)*
*TERMINATED: 05/07/2003*

represented by **John S Gilmore, Jr**
Attorney at Law
622 S Tancahua
Corpus Christi, TX 78401
361-882-4378
Fax: 361-882-3635 fax
Email: gilmorelaw@msn.com
*TERMINATED: 05/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jose I Gonzalez-Falla**
Office of Federal Public Defender
606 N Carancahua
Ste 401
Corpus Christi, TX 78476-0401
361-888-3532
Fax: 361-888-3534
Email: Jose_Gonzalez-Falla@FD.org
*TERMINATED: 05/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Richard E Wetzel**
Attorney at Law
1411 West Avenue
Ste 100
Austin, TX 78701
512-469-7943
Fax: 512-474-5594 fax
Email: wetzel_law@1411west.com
*LEAD ATTORNEY*

*Attachment A*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                  **Disposition**

Did knowingly and intentionally with
intent to distribute approximately 85
grams of a mixture or substance
containing methamphetamine 21 USC
841(a)(1) and 841(b)(1)(B) Date of        115 mos BOP each count concurrent, 5
offense: July 6, 1999. PENALTY: Not       years concurrent Supervised Release
less than 5 years nor more than forty     Term; $500 concurrent fine; $200
years imprisonment without probation,     Special Assessment
parole or suspended sentence, a fine of
up to $2 million, at least 4 years SRT, a
$100 Special Assessment, and
community restitution up to the amount
of any fine imposed by the court.
(1)

Did knowingly and intentionally
possess with intent to distribute
approximately 42 grams of cocaine 21
USC 841(a)(a) and 841(b)(1)(C) Date       115 mos BOP each count concurrent, 5
of offense: July 6, 1999 PENALTY:         years concurrent Supervised Release
Not more than 20 years imprisonment, a    Term; $500 concurrent fine; $200
fine of up to $1 million, at least 3 years   Special Assessment
SRT, a $100 Special Assessment, and
community restitution up to the amount
of any fine imposed by the court.
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

---

**Plaintiff**

USA                            represented by **Financial Litigation**

U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - CC**
1133 North Shoreline, Room 109
Corpus Christi, TX 78401
361-888-3154
Fax: 361-888-3174
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
Email:
txsptdb_corduty@txspt.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - CC**
1133 North Shoreline Blvd, Room 124
Corpus Christi, TX 78401
361-888-3518 fax
Fax: 361-888-3518 fax
Email:
TXSPdb_CorDuty@txsp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joel Rene Gonzalez**
Assistant U S Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200 fax
Email: joel.gonzalez@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jon Muschenheim**
US Atty's Office
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200 fax
Email: jon.muschenheim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula C Offenhauser**
US Attorneys Office
P O Box 61129
Houston, TX 77208
713-567-9364
Email: paula.offenhauser@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2001 | 1 | INDICTMENT as to Richard S Painter count(s) 1, 2 ,filed. (fmremp) (Entered: 06/18/2001) |
| 06/14/2001 | 2 | MOTION by USA as to Richard S Painter for Issuance of Arrest Warrant , And to Set Bond , filed. (fmremp) (Entered: 06/18/2001) |
| 06/15/2001 | 3 | ORDER granting [2-1] motion for Issuance of Arrest Warrant as to Richard S Painter (1), granting [2-2] motion to Set Bond Bond set to $10,000 with 10% deposit for Richard S Painter ( Signed by Magistrate Judge B. J. Ellington ), entered. Parties ntfd. (fmremp) (Entered: 06/18/2001) |
| 06/15/2001 |  | Arrest WARRANT issued as to Richard S Painter (fmremp) (Entered: 06/18/2001) |
| 06/18/2001 |  | ARREST of Richard S Painter (Voluntary Surrender) (lsmith) (Entered: 06/18/2001) |
| 06/18/2001 | 4 | Initial appearance as to Richard S Painter held before Magistrate Judge B. J. Ellington. Arraignment set for 2:00 6/20/01 for Richard S Painter Ct Reporter: Grace Lerma Tape Number: 1/2661-3005 App: J. Muschenhiem; J. Gilmore. (Defendant informed of rights.) , filed. (lsmith) (Entered: 06/18/2001) |
| 06/18/2001 | 5 | Appearance BOND with Order Setting Conditions of Release entered by Richard S Painter in Amount $ 20,000 - 10% deposit, filed. ( Signed by |

| | | Magistrate Judge Jane Cooper-Hill ) Bond Depositor: Jack Painter, 309 Cape Henry, Corpus Christi, TX 78412 (lsmith) (Entered: 06/19/2001) |
|---|---|---|
| 06/19/2001 | 6 | Arrest WARRANT issued 6/15/01 Returned Executed as to Richard S Painter on 6/18/01 , filed. (ysanchez) (Entered: 06/19/2001) |
| 06/20/2001 | 7 | Arraignment held before Magistrate Judge Jane Cooper-Hill Ct Reporter: Linda R Smith Tape Number: 1-698-822 App: Jon Muschenheim f/govt; John Gilmore f/deft. Plea of Not Guilty: , Richard S Painter count(s) 1, 2 Deft continued on present bond. (fmremp) (Entered: 06/21/2001) |
| 06/20/2001 | 8 | SCHEDULING ORDER setting Pretrial Conference for 8:30 7/31/01 for Richard S Painter ; Jury Trial for 8:00 8/2/01 Jury Selection for 8:00 8/2/01 Plea Agreement Due 7/31/01 before Judge Janis Graham Jack ( Signed by Magistrate Judge Jane Cooper-Hill ), entered. Parties ntfd. (fmremp) (Entered: 06/21/2001) |
| 07/18/2001 | 9 | NOTICE of Setting : Reset pretrial conference for 8:30 8/6/01 for Richard S Painter before Judge Janis Graham Jack , Reset jury selection for 8:00 8/7/01 , Reset Jury trial for 8:00 8/7/01 , Reset Plea Agreement deadline to 8/6/01 , filed. Parties ntfd. (fmremp) (Entered: 07/23/2001) |
| 07/26/2001 | 10 | NOTICE of Setting : set Rearraignment for 2:00 7/30/01 for Richard S Painter before Judge Janis Graham Jack , filed. Parties ntfd. (ysanchez) (Entered: 07/26/2001) |
| 07/30/2001 | 11 | Call for rearraignment as to Richard S Painter not held before Judge Janis Graham Jack Ct Reporter: Velma Gano Tape Number: 1. App: Jon Muschenheim f/govt; John S. Gilmore f/deft, filed. Dft has failed to appar. Govt orally motions for a warrant and no bond. Court orders a warrant for deft and his bond is forfeited. (ysanchez) (Entered: 07/31/2001) |
| 07/31/2001 | | Bench WARRANT issued as to Richard S Painter (ysanchez) (Entered: 07/31/2001) |
| 08/27/2001 | 12 | TRANSCRIPT filed in case as to Richard S Painter for Rearraignment Hearing for dates of 7/30/01 before Judge Janis Graham Jack, filed. ( Court Rptr: Velma Gano.) (ysanchez) (Entered: 08/28/2001) |
| 09/13/2001 | 13 | MOTION by USA as to Richard S Painter for judgment of bond forfeiture , filed. (fmremp) (Entered: 09/17/2001) |
| 10/02/2001 | 14 | ORDER Declaring Forfeiture of the Bail as to Richard S Painter ( Signed by Judge Janis Graham Jack ) , entered. Parties ntfd. (fmremp) (Entered: 10/03/2001) |
| 10/02/2001 | 15 | ORDER Directing Notice of Motion for Judgment of Default on Security Bond as to Richard S Painter ( Signed by Judge Janis Graham Jack ), entered. Parties ntfd by CM-RRR/mas.. (fmremp) (Entered: 10/03/2001) |
| 12/18/2001 | 16 | Bench WARRANT Returned Unexecuted as to Richard S Painter , filed. (ysanchez) (Entered: 12/18/2001) |

| 04/25/2002 | 17 | ORDER Declaring Forfeiture of the Bail as to Richard S Painter ( Signed by Judge Janis Graham Jack ) , entered. Parties ntfd. (lrivera) (Entered: 04/30/2002) |
|---|---|---|
| 07/15/2002 | 18 | Abstract of Judgment Issued as to Richard S Painter (shytnen) (Entered: 07/15/2002) |
| 01/21/2003 | 19 | Excludable Delay Worksheet XM start 7/30/01 as to Richard S Painter , filed. (ysanchez) (Entered: 01/23/2003) |
| 01/22/2003 | 20 | Docket Entry as to Richard S Painter, filed. Called Atty John Gilmore's office today and informed secretary Diana that the above referenced dft has been set for Final Pretrial Conference on 2/6/03 8:30 am. and Jury Selection/Trial on 2/7/03 8:00 am. Also a notice in writing will follow by fax/mail. (kbledsoe) (Entered: 01/22/2003) |
| 01/22/2003 | 21 | NOTICE of Setting : reset pretrial conference for 8:30 2/6/03 for Richard S Painter before Judge Janis Graham Jack , reset jury selection for 8:00 2/7/03 before Judge Janis Graham Jack , reset Jury trial for 8:00 2/7/03 before Judge Janis Graham Jack , filed. Parties ntfd. (kbledsoe) (Entered: 01/22/2003) |
| 01/22/2003 | 22 | MOTION by Richard S Painter for John Gilmore to withdraw as attorney , filed. (kbledsoe) (Entered: 01/23/2003) |
| 01/27/2003 | 23 | NOTICE of Setting : Motion hearing set for 2:00 1/27/03 as to: Richard Painter, re: (22-1) before Magistrate Judge Jane Cooper-Hill , filed. Parties ntfd. (kbledsoe) (Entered: 01/28/2003) |
| 01/28/2003 | 24 | Hearing on Attorney John Gilmore's Motion to Withdraw as Counsel for defendant as to Richard S Painter held before Magistrate Judge Jane Cooper-Hill Reporter: Linda R. Smith digital 2:04:08-2:13:53 App: Jon Muschenheim f/govt; John Gilmore, Jose Gonzalez-Falla f/dft. Court inquires of Atty Gilmore why he wants to withdraw. Atty Gilmore states that dft does not trust the direction the case was taking, even before the dft absconded. Court inquires of Mr. Painter why he doesn't want Mr. Gilmore to reporesent him. Mr. Painter states that he didn't feel that Mr. Gilmore was paying attention to his case. Court denies the Motion to Withdraw. Dft remanded. (kbledsoe) (Entered: 01/28/2003) |
| 01/28/2003 | 25 | ORDER denying [22-1] motion for John Gilmore to withdraw as attorney as to Richard S Painter (1) ( Signed by Magistrate Judge Jane Cooper-Hill ), entered. Parties ntfd. (kbledsoe) (Entered: 01/28/2003) |
| 01/30/2003 | 26 | UNOPPOSED MOTION by Richard S Painter for continuance , filed. (kbledsoe) (Entered: 01/30/2003) |
| 01/30/2003 | 27 | MOTION by Richard S Painter for reconsideration of [22-1] motion for John Gilmore to withdraw as attorney , filed. (kbledsoe) (Entered: 01/30/2003) |
| 02/06/2003 | 28 | Final Pre-trial conference as to Richard S Painter held before Judge Janis Graham Jack Ct Reporter: Velma Gano digital 8:30-8:50 Interpreter: Zeph Pease-standby App: Jon Muschenheim f/govt; John Gilmore f/dft. |

| | | |
|---|---|---|
| | | Dft appeared with counsel. Parties are not ready for trial or plea. Atty announces is in state trial and not ready to proceed with trial or plea; he requests continuance. Atty Gilmore requests to withdraw. Mr. Painter states wishes to release Mr. Gilmore. Court states dft is not entitled to a court appointed atty. Court is not inclined to consolidate this case with new one (CR C-01-387). Court continues jury selection to 2/24/03 8:30 am. Court sets deadline of 2/21/03 for voir dire questions/jury charge in CR C-01-191. court moves up in CR C-01-387 FPTC for 2/26/03 8:00 and jury trial for 2/27/03 8:00 am. Trial, if any, should last 1 1/2 days. , filed. (kbledsoe) (Entered: 02/07/2003) |
| 02/06/2003 | 29 | ORDER Appointing Co-Counsel for Richard S Painter . Attorney Jose I Gonzalez-Falla added. ( Appointed by Judge Janis Graham Jack ), entered. (kbledsoe) (Entered: 02/07/2003) |
| 02/20/2003 | 30 | Pre-trial conference as to Richard S Painter held before Judge Janis Graham Jack Ct Reporter: Velma Gano digital 2:45- App: Jon Muschenheim f/govt; Jose Gonzalez-Falla f/dft. Dft appeared with counsel. Dft announces that he will accept a plea agreement and requests to be re-arraigned. Re-arraignment is set for today., filed. (kbledsoe) (Entered: 02/21/2003) |
| 02/20/2003 | 31 | Re-Arraignment held before Judge Janis Graham Jack Ct Reporter: Velma Gano digital 2:46-3:18 App: Jon Muschenheim f/govt; Jose Gonzalez-Falla f/dft. , filed., Plea of Guilty: Richard S Painter (1) count (s) 1, 2 (Terminated motions - [27-1] motion for reconsideration of [22-1] motion for John Gilmore to withdraw as attorney [26-1] motion for continuance , ) Sentencing set: 5/7/03 9:00 am. Dft remanded. (kbledsoe) (Entered: 02/21/2003) |
| 02/20/2003 | 32 | ORDER for Disclosure of PSI , PSI completion by 3/27/03 for Richard S Painter , Objection to PSI due 4/11/03 , Final PSI due 4/21/03 , Sentencing set for 9:00 5/7/03 before Judge Janis Graham Jack ( Signed by Judge Janis Graham Jack ), entered. Parties ntfd. (kbledsoe) (Entered: 02/21/2003) |
| 03/10/2003 | 33 | MOTION by Richard S Painter for Order directing U.S. Marshal to permit family visitation , filed. (kbledsoe) (Entered: 03/10/2003) |
| 03/13/2003 | 34 | Motion Hearing as to Richard S Painter held before Judge Janis Graham Jack Ct Reporter: Velma Gano Digital 11:01-11:10 App: Jon Muschenheim f/govt;Jose Gonzalez-Falla f/deft. Court advised attys it is US Marshal's discretion to have visitors for deft. US Marshal James Torres states they are opposed to visitation. US Marshal Torres also stated Marshal Rick Taylor is also opposed to visitation being that parents participated in hiding deft. Court advised M Gonzalez; deft and father can can see each other at county jail. Court does not order the US Marshal to allow visits. Deft remanded. (shytnen) (Entered: 03/13/2003) |
| 04/21/2003 | 35 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Richard S Painter , filed. (kbledsoe) (Entered: 04/22/2003) |
| 04/21/2003 | 36 | SEALED Confidential Sentencing Recommendation regarding Richard S |

| | | Painter to the Court, filed and placed in vault. (kbledsoe) (Entered: 04/22/2003) |
|---|---|---|
| 04/22/2003 | 37 | OBJECTION by Richard S Painter to Presentence Investigation Report , filed. (kbledsoe) (Entered: 04/23/2003) |
| 05/01/2003 | 38 | RESPONSE by USA as to Richard S Painter to [37-1] objection presentence investigation/sentencing objections , filed. (kbledsoe) (Entered: 05/01/2003) |
| 05/07/2003 | 39 | Sentencing held before Judge Janis Graham Jack Ct Reporter: Velma Gano Digital 8:53-9:43 App: Jon Muschenheim f/govt;Jose Gonzalez-Falla & John Gilmore f/deft. Richard S Painter counts 1, 2 . 115 mos BOP each count concurrent, 5 years concurrent Supervised Release Term; $500 concurrent fine; $200 Special Assessment , filed. US Probation Officer: Michelle Morgan Deft remanded. (shytnen) (Entered: 05/08/2003) |
| 05/22/2003 | 40 | AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS ( Signed by Judge Janis Graham Jack ), entered. Parties ntfd. (kbledsoe) (Entered: 05/27/2003) |
| 05/22/2003 | 41 | JUDGMENT as to , Richard S Painter (1) count(s) 1, 2 ( Signed by Judge Janis Graham Jack ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the appropriate defense counsel, the AUSA, and the US Marshal. (kbledsoe) (Entered: 05/28/2003) |
| 06/27/2003 | 42 | TRANSCRIPT filed in case as to Richard S Painter for Sentencing Hearing for dates of May 7, 2003 before Judge Janis Graham Jack , filed. ( Court Rptr: Velma Gano) (kbledsoe) (Entered: 06/30/2003) |
| 07/16/2003 | 43 | Judgment Returned Executed as to Richard S Painter ; on 7/8/03 to serve sentence at FCC Beaumont (Low), filed. (kbledsoe) (Entered: 07/16/2003) |
| 05/28/2004 | 44 | TRANSCRIPT filed in case as to Richard S Painter for Hearing for dates of 1/28/03 before Judge Jane Cooper-Hill , filed. ( Court Rptr: Linda Smith (8 pgs)) (kbledsoe) (Entered: 05/28/2004) |
| 06/02/2004 | 45 | TRANSCRIPT filed in case as to Richard S Painter for Criminal Docket for dates of 2/6/03 before Judge Janis Graham Jack , filed. ( Court Rptr: Velma Gano (12 pgs)) (kbledsoe) (Entered: 06/03/2004) |
| 06/02/2004 | 46 | TRANSCRIPT filed in case as to Richard S Painter for Re-arraignment Hearing for dates of 2/20/03 before Judge Janis Graham Jack , filed. ( Court Rptr: Velma Gano (32 pgs)) (kbledsoe) (Entered: 06/03/2004) |
| 06/04/2004 | 47 | MOTION by Richard S Painter to vacate under 28 U.S.C. 2255 Civil No. 04-309, filed. (amireles) Modified on 06/09/2004 (Entered: 06/08/2004) |
| 06/13/2004 | 48 | ORDER striking [47-1] motion to vacate under 28 U.S.C. 2255 as to Richard S Painter (1) ( Signed by Judge Janis Graham Jack ), entered. |

| | | |
|---|---|---|
| | | Parties ntfd. (kbledsoe) (Entered: 06/15/2004) |
| 06/28/2004 | 49 | MOTION by Richard S Painter for leave to file , and motion for Court to reconsider and withdraw [48-1] order , filed. (kbledsoe) (Entered: 07/01/2004) |
| 06/28/2004 | 50 | MOTION by Richard S Painter to vacate under 28 U.S.C. 2255 , filed. (kbledsoe) (Entered: 07/01/2004) |
| 07/04/2004 | 51 | ORDER striking [49-1] motion for leave to file as to Richard S Painter (1), striking [49-2] motion motion for Court to reconsider and withdraw [48-1] order as to Richard S Painter (1) ( Signed by Judge Janis Graham Jack ), entered. Parties ntfd. (kbledsoe) (Entered: 07/07/2004) |
| 07/28/2004 | 52 | ORDER Response to motion set to 9/20/04 for USA for [50-1] motion to vacate under 28 U.S.C. 2255 ( Signed by Judge Janis Graham Jack ), entered. Parties ntfd. (amireles) (Entered: 07/28/2004) |
| 08/04/2004 | | Mail returned undeliverable as to Richard S Painter on [52-2] order; re-mailed order to deft at new address in Beaumont, TX. (kbledsoe) (Entered: 08/04/2004) |
| 08/12/2004 | | Mail returned undeliverable as to Richard S Painter on [52-1] relief Response to motion set to 9/20/04 for USA for [50-1] motion to vacate under 28 U.S.C. 2255 forwarded to file. (amireles) (Entered: 08/13/2004) |
| 08/23/2004 | 53 | Satisfaction of Judgment by USA as to Richard S Painter , filed. (amireles) (Entered: 08/25/2004) |
| 09/16/2004 | 54 | MOTION for Extension of Time to File Response/Reply as to [52] Order, by USA as to Richard S Painter, filed. (Attachments: # (1) Proposed Order)(amireles, ) (Entered: 09/18/2004) |
| 10/11/2004 | 55 | ORDER granting [54] Motion for Extension of Time to File Response/Reply as to Richard S Painter (1).(Signed by Judge Janis Graham Jack.) Parties notified.(amireles, ) (Entered: 10/13/2004) |
| 10/21/2004 | 56 | RESPONSE to Motion by USA as to Richard S Painter re [50] Motion to Vacate (2255) and Motion for Summary Judgment, filed.(amireles, ) (Entered: 11/02/2004) |
| 10/21/2004 | 57 | Proposed Order for DE # 56 as to Richard S Painter, filed.(amireles, ) (Entered: 11/02/2004) |
| 10/25/2004 | 59 | MAIL RETURNED UNDELIVERABLE re:[55] forwarded to file as to Richard S Painter , filed. (amireles, ) (Entered: 11/05/2004) |
| 10/28/2004 | 58 | REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND RESPONSE to Motion by Richard S Painter re [50] Motion to Vacate (2255) , filed.(lrivera, ) (Entered: 11/03/2004) |
| 11/05/2004 | 60 | ORDER denying [50] Motion to Vacate (2255) and Order Denying Certificate of Appealability as to Richard S Painter (1).(Signed by Judge Janis Graham Jack.) Parties notified.(amireles, ) (Entered: 11/05/2004) |
| | | |

| 11/05/2004 | 61 | FINAL JUDGMENT as to Richard S Painter re [50] Motion to Vacate (2255) filed by Richard S Painter, ( Signed by Judge Janis Graham Jack ). Parties notified. (amireles, ) (Entered: 11/05/2004) |
| 12/30/2004 | 62 | MOTION for Expansion of the Record to Include Translation of Foreign Court Document by Richard S Painter, filed. (Attachments: # 1 Proposed Order)(kbledsoe, ) (Entered: 01/06/2005) |
| 01/03/2005 | 63 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Richard S Painter re 61 Final Judgment Filing fee $ 255, receipt number 2 233143. ,filed.(amireles, ) (Entered: 01/08/2005) |
| 01/10/2005 | 64 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 63 Notice of Appeal - Order. Fee status: paid ,filed.(amireles, ) (Entered: 01/11/2005) |
| 01/18/2005 | 65 | ORDER Transferring Motion for Expansion of Record to the Fifth Circuit Court of Appeals re 62 as to Richard S Painter ( Signed by Judge Janis Graham Jack ). Parties notified. (kbledsoe, ) (Entered: 01/19/2005) |
| 01/20/2005 | 66 | LETTER to USCA as to Richard S Painter re: de# 65 and de# 62 , filed. (amireles, ) (Entered: 01/25/2005) |
| 01/24/2005 | 67 | Fifth Circuit Court of Appeals receipt regarding notice of appeal as to Richard S Painter ( USCA No: 05-40089) ,filed.(ssyler, ) (Entered: 02/04/2005) |
| 01/28/2005 | 68 | Certified and Transmitted Record on Appeal consisting of 1 volume of the record, 2 sealed envelopes (psi/recommendation); 5 volumes of transcripts as to Richard S Painter to US Court of Appeals re 63 Notice of Appeal - Order (USCA No 05-40039) ,filed.(amireles, ) (Entered: 02/06/2005) |
| 01/28/2005 | 69 | MAIL RETURNED UNDELIVERABLE re:65 as to Richard S Painter , filed. (ctaylor, ) (Entered: 02/09/2005) |
| 02/11/2005 | 70 | RECEIPT of Transmittal Letter from Fifth Circuit received on 1/24/05 as to Richard S Painter , filed. (kbledsoe, ) (Entered: 02/23/2005) |
| 03/08/2005 | 71 | RECEIPT of Transmittal Letter from Fifth Circuit filed under case 05-40039 received on 2/1/05 as to Richard S Painter , filed. (kbledsoe, ) (Entered: 03/09/2005) |
| 09/08/2005 | 72 | MOTION for Relief from Final Judgment, Order Denying Motion to Vacate, and Order Denying Certificate of Appealability under Federal Rule of Civil Procedure 60 (b)(3) by Richard S Painter, filed. (amireles, ) (Entered: 09/08/2005) |
| 09/13/2005 | 73 | RESPONSE to Motion by USA as to Richard S Painter re 72 MOTION for Relief of from Final Judgment, Order Denying Motion to Vacate, and Order Denying Certificate of Appealability under Federal Rule of Civil Procedure 60 (b)(3), filed. (Attachments: # 1 Proposed Order)(Gowie, Renata) (Entered: 09/13/2005) |

| 09/30/2005 | 74 | ORDER denying 72 Motion for Relief as to Richard S Painter (1). (Signed by Judge Janis Graham Jack.) Parties notified.(glerma, ) (Entered: 10/03/2005) |
|---|---|---|
| 10/14/2005 | 75 | Transmitted Supplemental Record on Appeal consisting of DE #69-74 to the USCA Fifth Circuit as to Richard S Painter re 63 Notice of Appeal - Order; (USCA No: 05-40089 ) ,filed.(srussell, ) (Entered: 10/14/2005) |
| 10/24/2005 | 76 | NOTICE of Receipt of Supplemental Record on Appeal by US Court of Appeals for the Fifth Circuit as to Richard S Painter re 63 Notice of Appeal - Order filed by Richard S Painter,. USCA Case Number 05-40089. ,filed.(lrivera, ) (Entered: 10/25/2005) |
| 11/02/2005 | 77 | MOTION for Reconsideration OF MOTION FOR RELIEF FROM FINAL JUDGMENT, ORDER DENYING CERTIFICATE OF APPEALABILITY by Richard S Painter, filed. (Attachments: # 1 Proposed Order)(lrivera, ) (Entered: 11/02/2005) |
| 11/03/2005 | 78 | ORDER denying 77 Motion for Reconsideration as to Richard S Painter (1).(Signed by Judge Janis Graham Jack.) Parties notified.(lsmith, ) (Entered: 11/04/2005) |
| 11/21/2005 | 80 | MAIL RETURNED UNDELIVERABLE re:74 as to Richard S Painter , filed. (rroberts, ) (Entered: 11/25/2005) |
| 11/22/2005 | 79 | Transmitted Supplemental Record on Appeal consisting of DE #75-78 to the USCA Fifth Circuit as to Richard S Painter re 63 Notice of Appeal - Order; (USCA No: 05-40089 ) ,filed.(lrivera, ) (Entered: 11/23/2005) |
| 12/01/2005 | 81 | MAIL RETURNED UNDELIVERABLE re:78 as to Richard S Painter, filed. (mewilliams, ) (Entered: 12/05/2005) |
| 12/20/2005 | 82 | NOTICE of Receipt of Supplemental Record on Appeal by US Court of Appeals for the Fifth Circuit as to Richard S Painter re 63 Notice of Appeal - Order filed by Richard S Painter. USCA Case Number 05-40089, filed.(kwallace, ) (Entered: 12/27/2005) |
| 06/20/2006 | 83 | ORDER from the USCA Fifth Circuit (certified copy) as to Richard S Painter re 63 Notice of Appeal - Order. the Motion for the issuance of a COA is granted in part and denied in part USCA No:05-40039, filed. (kwallace, ) (Entered: 06/20/2006) |
| 07/11/2006 | 84 | Request for Electronic Copy of Certified Record on Appeal as to Richard S Painter re 63 Notice of Appeal - Order *(including transcripts)*,filed. (Turner, James) (Entered: 07/11/2006) |
| 07/19/2006 | | Sent notification to James L. Turner, AUSA - Houston, TX re: request of electronic copy of record on appeal requested 7/11/06 as to Richard S Painter; Original record on appeal, including original transcripts and supplemental records at the 5th Circuit (not electronic record). (srussell, ) (Entered: 07/19/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/16/2007 12:45:55 | | | |
| **PACER Login:** | us0850 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:01-cr-00190 |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |

**U.S. Department of Justice**



Kenneth L. Wainstein
United States Attorney

*District of Columbia*

_____

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

September 7, 2006.

The Honorable Janis Graham Jack
United States District Court
   for the Southern District of Texas
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

Re: Prisoner's FOIA Request for Presentence Report of fellow
inmate Richard Painter, Case No. 2:01-cr-00190-1 in <u>Brandon
Sample</u> v. <u>Bureau of Prisons</u>, Civil Action No. 06-715 PLF (D.D.C).

Dear Judge Jack:

      This office is representing the Federal Bureau of Prisons
("BOP") in a civil action now pending in the United States
District Court for the District of Columbia, <u>Brandon Sample, et
al.</u> v. <u>Bureau of Prisons</u>, Civil Action No. 06-715 PLF.  As set
forth in more detail below, we seek clarification of an order
sealing the presentence report and related information in the
above-referenced criminal case.  In the civil case, Mr. Sample, a
federal inmate, has brought suit under, <u>inter alia</u>, the Freedom
of Information Act, 5 U.S.C. § 552, seeking access to the
presentence report of another inmate, Richard Painter.

      Although Mr. Painter has allegedly provided a written
waiver, the BOP has adopted a policy against the potential
disclosure to other inmates of sensitive information in
Presentence Reports and related documents, based on concerns
about inmate safety.  <u>See</u> <u>Martinez</u> v. <u>Bureau of Prisons</u>, 444 F.3d
620, 625 (D.C. Cir. 2006) (citing BOP Program Statement 1351.05
p. 15, available at
<u>http://www.bop.gov/DataSource/execute/dsPolicyLoc</u>).[1]

_____

      [1]  BOP's concerns include fear that a presentence report or
Statement Of Reasons for departure from sentencing guidelines may
contain information that, if known to other inmates, might cause
the criminal defendant to be threatened or harassed either
because he has cooperated with law enforcement or because the
defendant or his family possess money or assets, making him the
likely target of extortion.  We note that a February 6, 2003
docket entry indicates that Mr. Painter was not entitled to a

*Attachment B*

In preparing a response to Mr. Sample's complaint, however, we noted several docket entries in <u>United States</u> v. <u>Richard Painter</u>, Case No. 2:01-cr-00190-1 indicating that the presentence report and a related document have been placed under seal. <u>See</u>, <u>e.g.</u>, Docket entries 35-36, 41, and 68.

The BOP anticipates opposing the release of the presentence report to Mr. Sample, based in part on the fact that the documents have been placed under seal. Documents which a court has enjoined from disclosure are properly withheld under the FOIA. <u>See GTE Sylvania, Inc.</u> v. <u>Consumers Union</u>, 445 U.S. 375, 386 (1980). However, under the case law of the District of Columbia Circuit, we may be required to verify that a sealing order, if in place and covering the responsive documents, was intended to operate as an injunction against the Department's disclosure of the documents under the FOIA. <u>See Morgan</u> v. <u>United States Dep't of Justice</u>, 923 F.2d 195, 197-99 (D.C. Cir. 1991) ("in order to meet its burden of proof, the DOJ may need to seek a clarification from the court that issued the seal. . . If the DOJ obtains a clarifying order stating that the seal prohibits disclosure, the DOJ is obviously entitled to summary judgment.").

Accordingly, we are respectfully requesting that you advise us whether the court's order sealing the presentence report and related information is intended to prohibit the disclosure of these documents under the FOIA. For your convenience, we have enclosed copies of the Complaint in <u>Sample</u> v. <u>Bureau of Prisons</u> as well as the docket sheet in <u>United States</u> v. <u>Richard Painter</u>, Case No. 2:01-cr-00190-1.

Please do not hesitate to contact me at (202) 514-7230, by fax at (202) 514-8780 or by e-mail at <u>mark.nebeker@usdoj.gov</u> should you have any questions or need additional information. Thank you for your assistance in this matter.

Sincerely,

KENNETH L. WAINSTEIN
United States Attorney

By:    W. MARK NEBEKER
Assistant United States Attorney

enclosures

_____

court appointed attorney.

-2-



**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 2, 2006

The Honorable Janis Graham Jack
United States District Court
   for the Southern District of Texas
1133 N. Shoreline Blvd.
Corpus Christi, TX  78401

Re: Prisoner's FOIA Request for Presentence Report of fellow
inmate Richard Painter, Case No. 2:01-cr-00190-1 in <u>Brandon
Sample</u> v. <u>Bureau of Prisons</u>, Civil Action No. 06-715 PLF (D.D.C).

Dear Judge Jack:

     This letter is a follow-up to our letter dated September 7,
2006, in which we sought guidance on whether your order sealing
the Presentence Report ("PSR") and a related document in Mr.
Painter's case should bar another inmate (Brandon Sample) from
accessing Mr. Painter's PSR under the Freedom of Information Act.

     We understand that your Honor is in trial and that the Court
must prioritize its duties accordingly.  Nevertheless, we write
to ensure that we continue to act with the requisite diligence
called for by our Court of Appeals in such matters.  <u>See</u> <u>Morgan</u>
v. <u>U.S. Dept. of Justice</u>, 923 F.2d 195, 198 (D.C. Cir. 1991) ("So
long as the DOJ is diligently pursuing such an authoritative
interpretation of the seal, the district court would reasonably
exercise its discretion by staying its hand, on the government's
motion, to allow a reasonable period of time for the DOJ to seek
a clarification from the court that issued the seal.").  We also
write to verify that the Court has received our earlier letter.

     If for some reason our September 7, 2006 letter has been
lost or misdirected, or if there are any other questions or
concerns, please do not hesitate to contact me at (202) 514-7230,

*Attachment C*

by fax at (202) 514-8780 or by e-mail at mark.nebeker@usdoj.gov
should you have any questions or need additional information.
Thank you for your assistance in this matter.

                Sincerely,

                JEFFREY A. TAYLOR
                United States Attorney

By:    W. MARK NEBEKER
        Assistant United States Attorney

enclosure

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:01-cr-00387-1

Case title: USA v. Painter                              Date Filed: 12/12/2001

Assigned to: Judge Janis Graham Jack

**Defendant**

**Richard S. Painter (1)**          represented by  **Jose I Gonzalez-Falla**
*TERMINATED: 05/07/2003*                             Office of Federal Public Defender
                                                     606 N Carancahua
                                                     Ste 401
                                                     Corpus Christi, TX 78476-0401
                                                     361-888-3532
                                                     Fax: 361-888-3534
                                                     Email: Jose_Gonzalez-Falla@FD.org
                                                     *TERMINATED: 05/07/2003*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                **Disposition**

Did knowingly & willfully fail to
appear as required [underlying offense:
possession w/intent to distribute approx.
85 grams of a mixture or substance
containing methamphetamine, in
violation of 21:841(a)(1), 841(b)(1)(B),
Penalty: not less than 5 yrs. nor more       Dismissed on government's motion
than 40 yrs. imprisonment, a fine of up
to $2 million, at least 4 yrs. SRT, & a
$100 special assessment] 18:3146(a)(1),
3146(b)(1)(A)(i) Offense Date: 7/30/01.
PENALTY: Not more than 10 yrs.
imprisonment, a fine of up to $250,000,

up to 3 yrs. SRT and a $100 special
assessment.
(1)

Did knowingly & willfully fail to
appear as required [underlying offense:
possession w/intent to distribute approx.
42 grams of cocaine, in violation of
21;841(a)(1), 841(b)(1)(C)(Not more
than 20 yrs. imprisonment, a fine of up
to $1 million, at least 3 yrs. SRT, and a
$100 special assessment. 18:3146(a)(1),
3146(b)(1)(A)(i) Ofense Date: 7/31/01.
PENALTY: Not more than 10 yrs.
imprisonment and a fine of up to
$250,000, up to 3 yrs. SRT and a $100
special assessment.
(2)

Dismissed on government's motion

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

None

**Plaintiff**

**USA**                      represented by    **Financial Litigation**
                                                U S Attorney's Office
                                                Southern District of Texas
                                                P O Box 61129
                                                Houston, TX 77208
                                                713-567-9000
                                                Fax: 713-718-3391 fax
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

                                                **US Marshal - CC**
                                                1133 North Shoreline, Room 109
                                                Corpus Christi, TX 78401
                                                361-888-3154
                                                Fax: 361-888-3174
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

                                                **US Pretrial Svcs-CC**

1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
Email:
txsptdb_corduty@txspt.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - CC**
1133 North Shoreline Blvd, Room 124
Corpus Christi, TX 78401
361-888-3518 fax
Fax: 361-888-3518 fax
Email:
TXSPdb_CorDuty@txsp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jon Muschenheim**
US Atty's Office
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200 fax
Email: jon.muschenheim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2001 | 1 | INDICTMENT as to Richard S. Painter (1) count(s) 1, 2 ,filed. (glerma) (Entered: 12/17/2001) |
| 12/12/2001 | 2 | MOTION by USA as to Richard S. Painter for Issuance of Arrest Warrant , filed. (glerma) (Entered: 12/17/2001) |
| 12/13/2001 | 3 | ORDER granting [2-1] motion for Issuance of Arrest Warrant as to Richard S. Painter (1) to set Bond -- Detention W/O Bond for Richard S. Painter. ( Signed by Magistrate Judge B. J. Ellington ), entered. Parties ntfd. (glerma) (Entered: 12/17/2001) |
| 12/18/2001 | 4 | Notice of Transfer of Case to another Judge transferring case from Judge Hayden W. Head, Jr. to Judge Janis Graham Jack , filed. (ysanchez) (Entered: 12/18/2001) |
| 12/20/2002 | 5 | Initial appearance as to Richard S. Painter held before Magistrate Judge |

|  |  | Mary Milloy Ct Reporter: Pat W. Tape Number: 10:21-10:25 App: Jesse Rodriguez f/AUSA; (Defendant informed of rights.) , filed. Dfts first appearance. Dft appeared without counsel. Dft advises he will retain counsel. No bond. Dft remanded. Dft ordered removed to originating district asap. (kbledsoe) (Entered: 12/26/2002) |
|---|---|---|
| 01/03/2003 | 6 | NOTICE of Setting : set Arraignment for 10:00 1/10/03 for Richard S. Painter before Magistrate Judge Jane Cooper-Hill , set Detention Hearing for 10:00 1/10/03 before Magistrate Judge Jane Cooper-Hill , filed. Parties ntfd. (kbledsoe) (Entered: 01/06/2003) |
| 01/10/2003 | 7 | Arrest WARRANT issued 12/13/01 Returned Executed as to Richard S. Painter on 12/19/02 , filed. (lrivera) (Entered: 01/13/2003) |
| 01/10/2003 | 8 | Excludable Delay Worksheet x-6 start 12/20/02 as to Richard S. Painter , filed. (ysanchez) (Entered: 01/13/2003) |
| 01/10/2003 | 9 | Call for Detention Hearing as to Richard S. Painter held before Magistrate Judge Jane Cooper-Hill Ct Reporter: Linda Smith digital 10:19:01-10:25:53 App: Tim Hammer f/govt; Dft appeared without counsel. Dft requests court appointed counsel. Case continued to 1/14/03 2:00 pm. Dft remanded. , filed. (kbledsoe) (Entered: 01/13/2003) |
| 01/10/2003 | 10 | Call for Arraignment as to Richard S. Painter held before Magistrate Judge Jane Cooper-Hill Ct Reporter: Linda Smith digital 10:19:01-10:25:53 App: Tim Hammer f/govt; Dft appeared without counsel. Dft requests court appointed counsel. Case continued to 1/14/03 2:00 pm. Dft remanded. , filed. (kbledsoe) (Entered: 01/13/2003) |
| 01/10/2003 | 11 | CJA 23 FINANCIAL AFFIDAVIT by Richard S. Painter , filed. (kbledsoe) (Entered: 01/13/2003) |
| 01/10/2003 | 12 | ORDER Appointing Federal Public Defender for Richard S. Painter . Attorney Jose I Gonzalez-Falla added. ( Appointed by Magistrate Judge Jane Cooper-Hill ), entered. (kbledsoe) (Entered: 01/13/2003) |
| 01/14/2003 | 13 | Arraignment held before Magistrate Judge Jane Cooper-Hill Ct Reporter: Linda Rivera digital 2:18:50-2:24:50 App: Jon Muschenheim f/govt; Jose Gonzalez-Falla f/dft. Plea of Not Guilty: , Richard S. Painter (1) count(s) 1, 2 Dft appeared with counsel. Dft advised his true name. Dft waived the reading of the Indictment. Ellis Order executed. Dft remanded. (kbledsoe) (Entered: 01/16/2003) |
| 01/14/2003 | 14 | SCHEDULING ORDER setting Pretrial Conference for 8:30 2/28/03 for Richard S. Painter ; Jury Trial for 8:00 3/4/03 ; Jury Selection for 8:00 3/4/03 ; Plea Agreement Due 2/28/03 before Judge Janis Graham Jack ( Signed by Magistrate Judge Jane Cooper-Hill ), entered. Parties ntfd. (kbledsoe) (Entered: 01/16/2003) |
| 01/14/2003 | 15 | Detention hearing as to Richard S. Painter held before Magistrate Judge Jane Cooper-Hill Ct Reporter: Linda Rivera digital 2:18:50-2:24:50 App: Jon Muschenheim f/govt; Jose Gonzalez-Falla f/dft. Dft waived detention hearing in open court. Court to enter Order of Detention pending trial. |

| | | Dft remanded. , filed. (kbledsoe) (Entered: 01/16/2003) |
|---|---|---|
| 01/14/2003 | 16 | ORDER OF DETENTION PENDING TRIAL as to Richard S. Painter ( Signed by Magistrate Judge Jane Cooper-Hill ), entered. (kbledsoe) (Entered: 01/16/2003) |
| 02/20/2003 | 17 | Pre-trial conference as to Richard S. Painter held before Judge Janis Graham Jack Ct Reporter: Velma Gano digital 2:45- App: Jon Muschenheim f/govt; Jose Gonzalez-Falla f/dft. Dft appeared with counsel. Govt announces that upon dfts plea or jury verdict in his CR C-01-190, this case would be dismissed. Court carries forward mtn to dismiss filed in Court during re-arraignment of CR C-01-190 (1) today. , filed. (kbledsoe) (Entered: 02/21/2003) |
| 02/20/2003 | 18 | MOTION by USA as to Richard S. Painter to dismiss Indictment , filed. (kbledsoe) (Entered: 02/21/2003) |
| 05/07/2003 | 19 | ORDER granting [18-1] motion to dismiss Indictment as to Richard S. Painter (1) and DISMISSAL of Count(s) on Govt Motion Counts Dismissed: Richard S. Painter (1) count(s) 1, 2 ( Signed by Judge Janis Graham Jack ), entered. Parties ntfd. (shytnen) (Entered: 05/08/2003) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/06/2006 09:41:40 | | |
| PACER Login: | us0850 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:01-cr-00387 |
| Billable Pages: | 3 | Cost: | 0.24 |

AO 245B    (Rev. 3/01) Judgment in a Criminal C...    Sheet 1

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 2003

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Corpus Christi

MAY 2 8 2003

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA
v.
**RICHARD PAINTER**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **2:01CR00190-001**

Jose Gonzalez-Falla
Defendant's Attorney

☐ See Additional Aliases sheet.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    1 & 2 on February 20, 2003

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession With Intent to Distribute Approximately 85 Grams of Methamphetamine | 07-06-99 | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Possession With Intent to Distribute Approximately 42 Grams of Cocaine | 07-06-99 | 2 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____    ☐ is  ☐ are  dismissed on the motion of the  United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: ▓▓▓▓▓

Defendant's Date of Birth: ▓▓▓▓▓

Defendant's USM No.:    02473-079

Defendant's Residence Address:

325 Lola Johnson Rd

Corpus Christi, TX 78418

Defendant's Mailing Address:

May 7, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

**JANIS GRAHAM JACK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

5-27-03
Date

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
BY _____ Deputy Clerk

Attachment D    41

AO 245B (Rev. 3/01) Judgment in a Criminal C...
Sheet 2 — Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: RICHARD PAINTER
CASE NUMBER: 2:01CR00190-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 115 months. _____

This term consists of 115 months as to each of Counts 1 and 2, to be served concurrently.

It is the order of the Court that the PSI in this case is for use by the Bureau of Prisons employees only and shall not be further disclosed to any other party (other than defendant), agency or individual without written permission of this Court, except in instances of escape or failure to surrender, when the report is needed by the U.S. Marshals.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 pm on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _July 8, 2003_ to _FCC Beaumont (Low)_
at _Beaumont, Texas_ with a certified copy of this judgment.

_Marien Morrison Rhoden_
UNITED STATES MARSHAL

By _Cynthia White, LIE_
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 3/01) Judgment in a Criminal C...
Sheet 3 — Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: RICHARD PAINTER
CASE NUMBER: 2:01CR00198-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   5 year(s).
   This term consists of 5 years as to Count 1, and 3 years as to Count 2, to run concurrently.

☐ See Additional Supervised Released Terms Sheet

   The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐ See Additional Mandatory Conditions Sheet

   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

   The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal C.
        Sheet 3 — Continued 2 — Supervised Release

Judgment — Page 4 of 6

DEFENDANT: RICHARD PAINTER
CASE NUMBER: 2:01CR00190-001

## SPECIAL CONDITIONS OF SUPERVISION

**NIGHTTIME RESTRICTION:** Throughout the period of supervised release, the defendant shall be restricted to his home from 10 pm to 6 am each night, unless other specific arrangements are made with the probation officer.

AO 245B    (Rev. 3/01) Judgment in a Criminal C..
           Sheet 5, Part A -- Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT:  RICHARD PAINTER
CASE NUMBER:  2:01CR00190-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | Assessment | Fine     | Restitution |
|--------|-----------|----------|-------------|
| TOTALS | $ 200.00  | $ 500.00 | $           |

$100 Special Assessment as to each count, to run consecutively.  $500 fine as to each count, to run concurrently.

☐   See Additional Terms for Criminal Monetary Penalties Sheet.

☐   The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|-----------------------------------------|
|               |                      |                               |                                         |

☐   See Additional Restitution Payees Sheet.

| TOTALS |  | $0.00 | $0.00 |
|--------|--|-------|-------|

☐   If applicable, restitution amount ordered pursuant to plea agreement   $_____

☐   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☒   the interest requirement is waived for the  ☒ fine and/or  ☐  restitution.

☐   the interest requirement for the  ☐ fine and/or  ☐  restitution is modified as follows:

☐   Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B      (Rev. 1/01) Judgment in a Criminal C.
             Sheet 5, Part B – Criminal Monetary Penalties

Judgment -- Page 6 of 6

DEFENDANT:  RICHARD PAINTER
CASE NUMBER:  2:01CR00190-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☐  Lump sum payment of _____ due immediately, balance due
       ☐  not later than _____, and/or
       ☐  in accordance with ☐ C, ☐ D, and/or ☐ E, below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
       _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
       _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
       term of supervision; or

E  ☒  Special instructions regarding the payment of criminal monetary penalties:
       Make all payments payable to: U.S. District Clerk, 1133 N Shoreline Blvd Ste 208, Corpus Christi, TX 78401

       Payments are to begin 60 days from the date of placement at the Bureau of Prisons at a rate of no more than 20 percent of
       funds in his inmate trust fund. The balance is to be paid at the rate of $75 per month beginning 30 days after release to
       supervised release.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment
of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made
through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed
by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
(Including Defendant Number)                     Defendant Name                          Joint and Several
                                                                                              Amount

☐  See Additional Defendants Held Joint and Several sheet.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B    (Rev. 3/01) Judgment in a Criminal C...
Sheet 6, Part A — Statement of Reasons

Judgment — Page 1 of 2

DEFENDANT:  RICHARD PAINTER
CASE NUMBER:  2:01CR00190-001

# STATEMENT OF REASONS

## (Not for Public Disclosure)

☒ The court adopts the factual findings and guideline application in the presentence report.

## OR

☐ The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

☐ See Additional Findings and Guideline Applications Exceptions Sheet.

Guideline Range Determined by the Court:

Total Offense Level:  _30_____

Criminal History Category:  _I_____

Imprisonment Range:  ___97___ to __121____ months

Supervised Release Range:  ___4___ to ___5___ years

Fine Range: $ __15,000.00____ to $ _2,000,000.00___

☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution:  $_____

☐ Discretionary restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(a)(1)(B)(ii) (or in offenses committed before April 23, 1996, pursuant to 18 U.S.C. § 3663(d)).

☐ Restitution pursuant to the mandatory victim restitution provisions is not ordered in this Title 18 property offense because the number of identifiable victims is so large as to make restitution impracticable, pursuant to 18 U.S.C § 3663A(c)(3)(A).

☐ Restitution pursuant to the mandatory victim restitution provisions is not ordered in this Title 18 property offense because determining complex issues of fact and related to the cause of amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process, pursuant to 18 U.S.C § 3663A(c)(3)(B).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered, pursuant to 18 U.S.C § 3553(c), for the following reasons(s):

AO 245B    (Rev. 3/01) Judgment in a Criminal C
           Sheet 6, Part B -- Statement of Reasons

DEFENDANT:   RICHARD PAINTER
CASE NUMBER:   2:01CR00190-001

# STATEMENT OF REASONS

## (Not for Public Disclosure)

☒  The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐  The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

## OR

☐   The sentence departs from the guideline range:

    ☐   upon motion of the government, as a result of a defendant's substantial assistance, or

    ☐   for the following specific reason(s):

☐   See Additional Reasons for Departure from the Guideline Range Sheet.