UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

UPON CONSIDERATION of *Defendant's Motion to Dismiss the Complaint Or, in the Alterative, for Summary Judgment, Memorandum of Points and Authorities In Support thereof*, any Opposition filed thereto, and the entire record herein, for good cause shown, it is by the Court,

**ORDERED** that the Defendant's motion should be and is hereby granted.


DATED:_____              _____
                                          PAUL L. FRIEDMAN
                                          UNITED STATES DISTRICT JUDGE

Copy to:

**BRANDON C. SAMPLE**
# R33949-037
FEDERAL PRISON CAMP
2680 Highway 301 South
Jesup, GA 31599

**BERNARD SHAW**
# R59469-004
FCI- Beaumont (Low)
POB 26020
Beaumont, TX  77720-6020