RECEIVED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,         )
                                )
v.                              )   No. 06-715 (PLF)
                                )
FEDERAL BUREAU OF PRISONS, et al.  )

### PLAINTIFF'S FIRST MOTION FOR AN ENLARGEMENT OF TIME

In accordance with Fed.R.Civ.P.6(b), the undersigned Plaintiffs respectfully request an enlargement of time up to and including August 1, 2007, in which to respond to the Defendant's motion to dismiss or for summary judgment. The Defendant's dispositive motion is voluminous, necessitates conference by mail between the Plaintiffs who are incarcerated in different institutions, and will otherwise require a significant expenditure of time to respond to due to the lead Plaintiff's busy work and college schedule, and involvement in the discovery process in Sample v. Lappin, et al., No. 05-596 (PLF). Accordingly, the undersigned Plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via first-class mail on the following this 21st day of May, 2007:

Shearease Louis
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

BRANDON SAMPLE