UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING OF INADVERTENTLY OMITTED EXHIBIT

Defendant, the United States Department of State (the "Department" or the "Department of State"), hereby files the attached Declaration of Margaret Grafeld, which was inadvertently omitted from the supporting exhibits that were filed with Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, in the above-captioned action.

Respectfully submitted,

  Jeffery A. Taylor
    JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.,* )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-0715 (PLF) |

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Declaration of Margaret Grafeld has been made by mailing copies thereof, first class postage prepaid, addressed to:

BRANDON C. SAMPLE
R33949-037
FEDERAL PRISON CAMP
Federal Satellite Low Security
2680 Highway 301 South
Jesup, GA 31599

BERNARD SHAW
R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599

on this 27th day of June, 2007.

/s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895