UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brandon Sample,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )        Civil Action No.
                                   )           06-715
Federal Bureau of Prisons et al.  )
                                   )
            Defendants.            )
                                   )

DECLARATION OF MARGARET P. GRAFELD

I, Margaret P. Grafeld, declare and state as follows:

      1.    I am the U.S. Department of State's Information and

Privacy Coordinator and the Director of the Department's Office

of Information Programs and Services (IPS).   In these

capacities, I am the Department official immediately

responsible for responding to requests for records under the

Freedom of Information Act (FOIA), 5 U.S.C. § 552, the Privacy

Act, 5 U.S.C. § 552a, and other applicable records access

provisions.   I have been in the employ of the Department of

State since 1974, and have served with the Department's

Information Access Program for most of my tenure with the

Department.   I am authorized to classify and declassify

national security information pursuant to Executive Order

2

(E.O.) 12958, as amended, and Department of State regulations set forth in 22 CFR §§ 9.7, 9.14. I make the following statements based upon my personal knowledge, which in turn is based on a personal review of the records in the case file established for the processing of the subject request, and upon information furnished to me in the course of my official duties. I have read the Second Amended Complaint incorporating the Amended Complaint filed by Plaintiff Brandon Sample in the above-captioned matter, and I am familiar with the efforts of Department personnel to process the FOIA request that is at issue in this lawsuit.

2.    IPS is responsible for the receipt, acknowledgment, and processing of external requests for Department records. External requests include those that have been made by the general public (under the FOIA, Privacy Act, the Mandatory Declassification Review requirements of E.O. 12958, or the Ethics in Government Act), members of Congress, other government agencies, and those that have been made pursuant to judicial processes, such as subpoenas, court orders, and discovery requests. IPS also provides retrieval services for computerized and paper records that are maintained in the Central Foreign Policy File, the Department's principal records system, reviews for disclosure Department records dealing with the

*Brandon Sample v. Bureau of Prisons et al.*
*Grafeld Declaration*

3

general foreign policy of the United States, and, in general, coordinates all search and review action in response to external requests for Department records.

3.    The purpose of this declaration is to explain the Department's efforts to respond to the request filed by Mr. Sample.

4.    By letter to the Department of State dated September 6, 2005 (Exhibit 1), Mr. Sample requested "[a]ll documents concerning [his] repatriation from Dublin, Ireland to the United States in 1997."

5.    By letter dated December 7, 2005 (Exhibit 2), IPS acknowledged Mr. Sample's request and assigned it case number 200504028.

6.    In response to FOIA and/or Privacy Act requests, IPS initiates searches in any offices or records systems within the Department that may reasonably be expected to have responsive records. Mr. Sample's request sought records related to his repatriation from Ireland in 1997. In this case, IPS initiated searches of five Departmental records systems -- the Central Foreign Policy File (the Department's principal records system), the Office of Overseas Citizen Services, the Bureau of Diplomatic Security, the Office of Passport Services, and the Bureau of Resource Management.

*Brandon Sample v. Bureau of Prisons et al.*
*Grafeld Declaration*

4

7.    The Central Foreign Policy File was searched because it is the Department's principal records system. It is a word-searchable database of millions of Department of State documents (mostly telegrams to and from Embassies and other posts abroad). The search of the Central Foreign Policy File was conducted by an IPS analyst familiar with the subject matter of the request using search terms relevant to the request.

8.    The Office of Overseas Citizen Services, the Bureau of Diplomatic Security, and the Office of Passport Services were searched because of the possibility that those offices could have played a role in Mr. Sample's repatriation from Ireland in 1997. The Office of Overseas Citizen Services was searched because it administers repatriation loans to destitute Americans who are abroad for use in arranging their direct return to the United States. The Office of Passport Services was searched because of its routine involvement in repatriation issues, since new passports may not be issued to citizens with outstanding repatriation loans. The Bureau of Diplomatic Security was searched because Mr. Sample's request mentioned a "State Department special agent" at the U.S. Embassy in Dublin. We also reviewed the retired records manifests for American Embassy Dublin files and Office of Overseas Citizens

*Brandon Sample v. Bureau of Prisons et al.*
*Grafeld Declaration*

5

Services files and found no responsive records.  The Bureau of Resource Management was searched because it maintains accounts receivable records, including repatriation loan case files.  The searches for responsive records in these bureaus and offices were conducted by Department personnel who were familiar with the subject matter of Mr. Sample's request.  The Department's search was conducted in good faith and was reasonably calculated to uncover all responsive documents.

9.  By letter dated January 23, 2006 (Exhibit 3), the Office of Passport Services informed Mr. Sample that it had completed the search of its records, which resulted in the retrieval of two documents responsive to Mr. Sample's request.  Both documents were released in their entirety and were enclosed with this letter.

10.  By letter dated February 26, 2006 (Exhibit 4), Mr. Sample advised IPS that his mailing address had changed.

11.  By letter dated December 20, 2006 (Exhibit 5), IPS advised Mr. Sample that the search of the Central Foreign Policy Records had been completed and had resulted in the retrieval of four records responsive to Mr. Sample's request.  All four records were released in their entirety and were enclosed with this letter.  IPS also enclosed additional copies of the two responsive documents from the

6

Office of Passport Services, which previously had been mailed to Mr. Sample's former address under cover letter dated January 23, 2006 (Exhibit 3).

12.   By letter dated February 7, 2007 (Exhibit 6), IPS advised Mr. Sample that the searches of the records of the Bureau of Diplomatic Security and the Office of Overseas Citizen Services had been completed and had resulted in the retrieval of no responsive documents.

13.   By letter dated March 2, 2007 (Exhibit 7), IPS informed Mr. Sample that the Department had initiated one additional search in the Bureau of Resource Management. This search produced one record responsive to Mr. Sample's request, an accounts receivable database entry containing information including the dates and amount of the repatriation loan granted to Mr. Sample and the repayment of that loan in 1997.  This record was released in its entirety to Mr. Sample and enclosed with this letter.

14.   The existence of the database entry originally led the Bureau of Resource Management to believe that there might exist a case file containing documentation related to Mr. Sample's repatriation loan.  However, under the Department of State's records disposition schedules (which are approved by the National Archives and Records Administration), repatriation loan case files are to be

*Brandon Sample v. Bureau of Prisons et al.*
*Grafeld Declaration*

7

destroyed three years after final payment of the loan.
Consistent with this records disposition schedule, a search
of the records system where Mr. Sample's repatriation loan
case file would have been maintained (the Department's
archived repatriation accounts receivable records) yielded
no archived files related to Mr. Sample.

15. In summary, the search for records responsive to
Mr. Sample's request has been completed and resulted in the
retrieval of seven responsive documents. All seven
documents were released to Mr. Sample in full.


I declare under penalty of perjury that the foregoing
is true and correct to the best of my knowledge.


Executed this _22nd_ day of March, 2007


Margaret P. Grafeld

EXHIBIT 1

September 6, 2005

U.S. State Department
FOIA/PA Office
2201 C. Street N.W.
Washington, DC 20520

To whom it may concern:

In accordance with the provisions of the Freedom of Information Act, I request that I be provided with copies of the following records:

(1) All documents concerning my repatriation from Dublin, Ireland to the United States in 1997. This should include, but not be limited to, memoranda created by State Department Special Agent John Hammans from the embassy in Dublin, Ireland concerning my attempted surrender to the embassy on outstanding charges in the United States. (it turned out that I did not have any warrants, but any documents concerning this matter should still be provided). I agree to pay up to $75.00 in the processing of this request.

My identifying information is as follows:

Brandon Creighton Sample
DOB: ~~████████~~
Place of Birth: Houston, TX

Passport #: ~~████████████~~
Mother's maiden name: ~~████████~~
SS# ~~████████~~

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Sincerely,

*Brandon Sample*

Brandon Sample #33949-037
P.O. BOX 26020
Beaumont, TX 77720-6020

EXHIBIT 2



**United States Department of State**

*Washington, D.C. 20520*

December 7, 2005
Case Number: 200504028

Mr. Brandon Sample #33949-037
P. O. Box 26020
Beaumont, TX 77720-6020

Dear Mr. Sample:

This is in response to your Privacy Act (PA) request, dated September 6, 2005 for copies of documents concerning your repatriation from Dublin, Ireland to the United States in 1997.

We will begin the processing of your request based upon the information provided in your communication. As soon as responsive material has been retrieved and reviewed, we will notify you.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a particular time frame or the date the search is initiated.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

Inquiries:
Phone: 1-202-261-8314
FAX: 1-202-261-8579
email: FOIAStatus@state.gov

```
GRAFELD DECLARATION
Civil Action No. 06-715
Exhibit 2
```

-2-

We are pleased to be of service to you.

Sincerely,

Gaisha Cook
Requester Communications Branch

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

EXHIBIT 3



**United States Department of State**
*Washington, D.C. 20520*

JAN 2 3 2006

In reply refer to:
CA/PPT/IML/R/RR/RL – SAMPLE, Brandon Creighton
Case Control Number – 200504028

Brandon Sample
P.O. Box 26020
Beaumont, TX 77720-6020

Dear Mr. Sample:

The following is in response to your letter dated September 6, 2005, requesting the release of passport records in your name under the provisions of the Privacy Act (5 USC 552a). Your letter was received by this office on January 10, 2006.

The Department of State, Passport Services has completed a search of its records. The search for passport records has resulted in the retrieval of two documents that is responsive to your request. Passport Services has reviewed these documents and has determined that they may be released to you in full. A copy of these documents is enclosed.

If you would like to obtain a certified copy of the passport records enclosed, please submit a notarized letter and fee in the amount of $30.00 in the form of a check or money order payable to the Department of State to the following address:

Department of State
Passport Services
Research and Liaison Section
1111 19th Street, N.W. – Suite 500
Washington, D.C. 20036

Passport Services has now concluded the processing of your request.

GRAFELD DECLARATION
Civil Action No. 06-715
Exhibit 3

- 2 -

The Privacy Act permits individuals to request amendment of information about themselves. If you believe that the information that Passport Services maintains about you is not accurate, relevant, timely, or complete, you may request the information be amended. A copy of the Department's procedures for requesting an amendment of personal information is enclosed.

If you have any questions with respect to the processing of this request, you may write to:

The Office of Information Programs and Services
A/RPS/IPS/RL, SA-2, Room 6001
U.S. Department of State
Washington, D.C. 20522-6001

Telephone (202) 261-8314

Please be sure to refer to the case control number in all correspondence about this case.

I hope that the Department has been of service to you in this matter.

Sincerely,

*Gale A. McCoy*

Gale A. McCoy
Chief, Record Services Division
Office of Information Management and Liaison
Passport Services

Enclosures:
As stated

EXHIBIT 4

February 26, 2006

U.S. Dept. of State
Office of Information Programs & Services
Washington, DC 20522-8100

Re: Case # 200504028

Please be advised that my mailing address
has changed. Please send all future
correspondence regarding this request to:

Brandon Sample #33949037
FSL Jesup
2680 Highway 301 South
Jesup, GA 31599

If you have also responded to my request,
I'd appreciate it if you'd re-mail your correspondence
to My new address. Thank you

Sincerely,
Brandon Sample

Brandon Sample #33949037

GRAFELD DECLARATION
Civil Action No. 06-715
Exhibit 4

'06 MAR 9 PM 1:53

EXHIBIT 5



**United States Department of State**

*Washington, D.C.  20520*

DEC 2 0 2006

Case No. 200504028
ER Segment

Mr. Brandon Sample, #33949037
FSL Jesup
2680 Highway 301 South
Jesup GA 31599

Dear Mr. Sample:

I refer to your letter dated September 6, 2005, requesting under the provisions of the Freedom of Information Act (Title 5 USC Section 552) release of records maintained on you by the Department of State.  Since you are eligible to submit requests under the Privacy Act (Title 5 USC Section 552a) as well as the Freedom of Information Act, we have considered the request under both Acts.

We initiated searches in the following record systems:  the Central Foreign Policy Records (the principal record system of the Department of State), the Bureau of Diplomatic Security, the Office of Passport Services, and the Office of Overseas Citizen Services.  The search in the Office of Passport Services was completed in January 2006 and that office replied directly to you with the results of that search in a letter dated January 23, 2006.  Our office has been advised that the package was returned to the Office of Passport Services as undeliverable by the U.S. post office.  A copy of the Passport package is enclosed.

The search in the Central Foreign Policy Records has now been completed, resulting in the retrieval of four documents that appear responsive to your request.  After reviewing these documents, we have determined that all four may be released.

GRAFELD DECLARATION
Civil Action No. 06-715
Exhibit 5

- 2 -

The searches in the Bureau of Diplomatic Security and the Office of Overseas Citizens Services are continuing and we will let you know when they are concluded.

The Privacy Act permits individuals to request amendment of the information that Federal agencies maintain under their names. If you believe that the information maintained by the Department about you is not accurate, relevant, timely, or complete, you may request that we amend it. The enclosed information sheet outlines the procedure for requesting amendment of personal information.

If you have any questions with respect to our handling of your request, you may write to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs
        and Services

Enclosures:
 As stated.

EXHIBIT 6



**United States Department of State**

*Washington, D.C. 20520*

FEB - 7 2007

Case No.: 200504028
OCS and DS Segments

Mr. Brandon Sample, #33949037
FSL Jesup
2680 Highway 301 South
Jesup, GA 31599

Dear Mr. Sample:

I refer to our letter dated December 20, 2006, regarding the release of certain Department of State records under the Freedom of Information Act (Title 5 USC Section 552) and/or the Privacy Act (Title 5 USC Section 552a).

The search in the Bureau of Diplomatic Security and the Office of Overseas Citizens' Services has now been completed, resulting in the retrieval of no additional documents that are responsive to your request.

Please note that records pertaining to services provided to American citizens abroad, including financial assistance rendered to repatriates, are destroyed three years after a case is closed, according to the Department of State's records disposition schedule.

We have now completed the processing of your case. If you have any questions with respect to our handling of your request, you may write to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

GRAFELD DECLARATION
Civil Action No. 06-715
Exhibit 6

- 2 -

We hope that the Department has been of service to you in this matter.

Sincerely,

Frank Tummino

Margaret P. Grafeld
Director
Office of Information Programs
    and Services

Enclosures:
As stated.

EXHIBIT 7



**United States Department of State**

*Washington, D.C. 20520*

Case No.: 200504028    MAR - 2 2007
RM Segment

Mr. Brandon Sample, #33949037
FSL Jesup
2680 Highway 301 South
Jesup, GA 31599

Dear Mr. Sample:

I refer to our letter dated February 7, 2007, regarding the release of certain Department of State material under the Freedom of Information Act (Title 5 USC Section 552) and the Privacy Act (Title 5 USC Section 552a).

We initially communicated to you the processing of your case in a letter dated February 7, 2007. However, to ensure that our original search was sufficient, we initiated one additional search, in the Bureau of Resource Management. This search has been completed and has resulted in the retrieval of one document that is responsive to your request. After reviewing the document we retrieved, we have determined that it may be released in full and have enclosed it with this letter. This now completes the processing of your case.

If you have any questions with respect to our handling of your case, you may write to the Office of Information Programs and Services, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

Sincerely,

Margaret P. Grafeld    *for*
Director
Office of Information Programs
and Services

```
GRAFELD DECLARATION
Civil Action No. 06-715
Exhibit 7
```

- 2 -

Enclosure:  As stated.