UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0715 (PLF) |

**NOTICE OF WITHDRAWAL OF ARGUMENT**

On May 16, 2007, Defendants filed a Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment. In the Motion, Defendant Federal Bureau of Prisons ("BOP") argued that Plaintiff Shaw had failed to exhaust his administrative remedies with respect to Counts 1-4, and that Plaintiff Sample had failed to exhaust his administrative remedies with respect to Count 5. *See* Dkt. 39, and Attached Exhibit 8, Decl. of Delaine Hill. Plaintiffs have since brought to BOP's attention documents indicating that Plaintiffs have exhausted their administrative remedies with respect to Counts 1-5. Therefore, we withdraw the argument that Plaintiffs have failed to exhaust their administrative remedies with respect to Counts 1-5. *See* Revised Decl. of Delaine Hill, dated June 27, 2007. Further, we withdraw the argument that Counts 1-5 should be dismissed for lack of subject matter jurisdiction as, in any event, a failure to exhaust

administrative remedies is an affirmative defense that would not limit this Court's subject matter jurisdiction. *See Woodford v. Ngo,* 126 S.Ct. 2378, 2392 (June 22, 2006).

                                     Respectfully submitted,

                                     Jeffery A. Taylor
                                  JEFFREY A. TAYLOR, D.C. Bar # 498610
                                  United States Attorney

                                   Rudolph Contreras
                                  RUDOLPH CONTRERAS, D.C. Bar # 434122
                                  Assistant United States Attorney

                                  /s/Sherease Louis
                                  SHEREASE LOUIS
                                  Special Assistant United States Attorney
                                  555 Fourth Street, N.W., Civil Division
                                  Washington, D.C. 20530
                                  Counsel for Defendants

**OF COUNSEL:**

Wanda Hunt, Esq.
Delaine Martin Hill, Esq.
Bureau of Prisons
Washington, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et al.,*   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that service of the foregoing Notice of Withdrawal of Argument, has been made by mailing copies thereof, first class postage prepaid, addressed to:

BRANDON C. SAMPLE
R33949-037
FEDERAL PRISON CAMP
Federal Satellite Low Security
2680 Highway 301 South
Jesup, GA 31599

BERNARD SHAW
R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599

on this 27th day of June, 2007.

                                                                          /s/Sherease Louis
                                                                    SHEREASE LOUIS
                                                                    Special Assistant United States Attorney
                                                                    United States Attorney's Office
                                                                    Civil Division
                                                                    555 4th Street, N.W.,
                                                                    Washington, D.C. 20530
                                                                    (202) 307-0895