UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,            )
                                   )
v.                                 )    No. 06-715 (PLF)
                                   )
FEDERAL BUREAU OF PRISONS, et al.  )

### ADVISORY TO THE COURT

In order to adequately oppose the Bureau of Prisons' ("BOP") motion to dismiss or for summary judgment, the undersigned requires some information, and possibly a declaration, from inmate Russell Marks #06550-045. The BOP will allow Sample to correspond with Marks in order to obtain this information; however, only upon providing documentation that he is a witness in the case. See 28 C.F.R. § 540.17(b)(1) (permitting correspondence between federal inmates "if both inmates ... are a party or witness in a legal action in which both inmates are involved"). The filing of this advisory with the Court serves as such documentation.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599

RECEIVED
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served, via first-class mail, this 17th day of July, 2007, on the following:

Sherease Louis
Special Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

_____
BRANDON SAMPLE