UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON SAMPLE, et al.,         )
                                )
v.                              )   No. 06-715 (PLF)
                                )
FEDERAL BUREAU OF PRISONS, et al.  )

### PLAINTIFF'S SECOND MOTION FOR AN ENLARGEMENT OF TIME

In accordance with Fed.R.Civ.P.6(b), the undersigned Plaintiffs respectfully request an enlargement of time up to and including August 14, 2007, in which to file their opposition to the Defendant's motion to dismiss or for summary judgment. This is the Plaintiff's second request for an enlargement of time. The Plaintiffs opposition is substantially completed; however, due to the inmate telephones being out of service, delays in mail, and Plaintiff Sample's extremely busy work and school schedule, the Plaintiffs are not able to fully finish their opposition and cross motion for summary judgment by August 1, 2007.

Wherefore, Plaintiffs respectfully request that their motion for an enlargement of time be granted.

Respectfully submitted,

Brandon Sample

Brandon Sample #33949-037
Federal Prison Camp

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served, via first-class mail, this 18th day of July, 2007, on the following:

Sherease Louis
Special Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

                                                  _____
                                                  BRANDON SAMPLE