UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

AUG - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON SAMPLE, et al.,                    )

v.                                         )        No. 06-715

FEDERAL BUREAU OF PRISONS, et al.          )

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

In accordance with Fed.R.Civ.P.56, the undersigned Plaintiffs, Brandon Sample ("Sample"), and Bernard Shaw ("Shaw"), respectfully request summary judgment on Counts 1-8, 11, and 14 of the Plaintiff's Second Amended Complaint. Further, Plaintiffs respectfully request that summary judgment be entered in favor of the Department of State on Count Ten, and that Counts 12-13 be dismissed as moot contingent upon the Bureau of Prisons' release of the requested records. Count Nine requires no further action by the Court due to its settlement by the parties. Finally, to the extent the Court finds that the Plaintiffs are not entitled to summary judgment, this filing serves as the Plaintiff's response to the Defendant's motion to dismiss or for summary judgment.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was served, via first-class mail, this 3rd day of August , 2007, on the following:

Sherease Louis
Special Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

BRANDON SAMPLE