```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

BRANDON SAMPLE, et al.,           )
v.                                )   No. 06-715 (PLF)
FEDERAL BUREAU OF PRISONS, et al. )

## DECLARATION OF PERRY ORLANDO

I the undersigned, Perry Orlando, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am currently incarcerated at the Federal Satellite Low facility in Jesup, Georgia. I have personal knowledge regarding the negative effects of the so-called "push-5" requirement and monthly 300 minute restriction at issue in this case.

2. I am unable to communicate telephonically with several individuals over the Inmate Telephone System (ITS) as a result of the "push-5" requirement. Specifically, I cannot call my friend, Larry France, because in order to connect to him you must dial "1," or the call is automatically transferred to voicemail. I also cannot call my brother, John Orlando, or my friend, Jim Luper, at work because the computer that answers the phone requires the caller to enter an extension.

3. Aside from the "push-5" requirement, the monthly 300 minute restriction is also burdensome. For instance, as a result of the 300 minute restriction, I am unable to call any of my friends because all my time on the phone is dedicated to maintaining a loving relationship with my fiancee, Lorraine.

And since I have no minutes to call anyone else, I am forced to relay messages to my family through my fiancee. My family, in turn, relays messages to her for me. This haphazard flow of information was the way I recently found out about the death of a friend, and the mother of a different friend.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Signed this 25TH day of July, 2007.

_____
PERRY ORLANDO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,           )
                                  )
v.                                )
                                  )   No. 06-715 (PLF)
                                  )
FEDERAL BUREAU OF PRISONS, et al. )

## DECLARATION OF RICHARD PAINTER

I, Richard Painter, delcare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. Attached is a true and correct copy of a Certification of Identity form executed by me on March 8, 2004, authorizing Brandon Sample to obtain records about me from any component of the Department of Justice. I executed this form with the understanding that Mr. Sample would be submitting a Freedom of Information Act request to the Bureau of Prisons seeking to review a copy of my Presentence Investigation Report (PSI). Because Mr. Sample and I are friends, I do not believe that my health or safety will be jeopardized by Mr. Sample reviewing my PSI.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed this 11TH day of June, 2007.

_____
RICHARD PAINTER

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] __Richard Stuart Painter__

Current Address __P.O. Box 26020 Beaumont, TX 77720-6020__

Date of Birth __8/29/60__

Place of Birth __Corpus Christi, Texas__

Social Security Number [2] __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__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] __Richard S. Painter__   Date __3-8-04__

---

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

__Brandon Creighton Sample__
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98