UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,            )
v.                                 )   No. 06-715 (PLF)
FEDERAL BUREAU OF PRISONS, et al.  )

### DECLARATION OF BERNARD SHAW

I the undersigned, Bernard Shaw ("Shaw"), declare under penalty of perjury that the following is true and correct to the best of my knowledge:

**Count One**

1. I have attempted to make domestic prepaid calls over the ITS II to clerks of court, businesses, friends, family members, and other called parties who utilize an automated telephone answering system ("ATAS"). ATAS' are, however, incapable of pushing "5" to accept my calls. As a result, I have been deprived of the opportunity to communicate telephonically with domestic U.S prepaid called parties who use an ATAS.

2. I recently placed calls over the ITS II to numbers in Iraq, North Korea, and the United Arab Emirates. There is no push "5" requirement for such calls.

3. The push "5" requirement imposes undue hardship on the undersigned in communicating with domestic called parties.

**Count Two**

4. The BOP's gradual increase in long distance rates from .15¢ a minute to .23¢ a minute has cost me at least an additional $288 annually. This is a substantial sum for an incarcerated person.

**Count Three**

5. The 300 and 400 minute restrictions substantially affect me in that they inhibit my ability to communicate with family and friends. For instance, I do not have enough phone time to keep in touch with all of my family and friends. This results in further strain on already strained relationships.

**Count Four**

6. The BOP's change in markup formula has cost me hundreds, if not thousands, of additional dollars.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Signed this 30th day of July, 2007.

_____
Bernard Shaw