UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.*,  )<br>)<br>Defendants.  )<br>_____)  | Civil Action No. 06-0715 (PLF) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully request an enlargement of time of thirty-three days, up to and including September 17, 2007, to file a combined opposition and reply to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment. *Pro se* Plaintiffs have indicated they do not oppose the relief requested in this motion. The grounds for this request are as follows:

a. On August 6, 2007, Plaintiffs filed a Motion for Summary Judgment and a Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment.

b. Undersigned counsel was out of the country from July 30, 2007, through August 9, 2007, with no access to electronic or voice mail, and returned to the office on August 13, 2007.

    c.    A reply to Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment, is currently due on August 14, 2007. Prior to filing a reply, and prior to filing an opposition, undersigned counsel will need additional time to consult with agency counsel and to prepare and finalize a brief for comment and approval.

    d.    This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the extension of time, it would reduce the number of documents filed in this case, as Defendants anticipate they will combine their Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss or in the Alternative, Motion for Summary Judgment, into one response.

Accordingly, Defendants respectfully request that the Motion be granted. A proposed order is attached.

                Respectfully submitted,

                   Jeffrey A. Taylor
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                   Rudolph Contreras
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                   s/Sherease Louis
                SHEREASE LOUIS
                Special Assistant United States Attorney
                United States Attorney's Office
                555 4th Street, N.W.
                Washington, D.C. 20530
                202-307-0895/ FAX 202-514-8780
                sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANDON SAMPLE**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| **FEDERAL BUREAU OF PRISONS**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of August 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served upon *pro se* Plaintiffs Brandon Sample and Bernard Shaw, by placing copies in the United States mail, via First Class prepaid postage, addressed as follows:

BRANDON C. SAMPLE, # R33949-037
FEDERAL SATELLITE LOW, Low Security
2680 Highway 301 South
Jesup, GA 31599

BERNARD SHAW, # R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599

            /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895