UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANDON SAMPLE,** *et al.*,   )<br>                                              )<br>            **Plaintiffs,**         )<br>                                              )<br>        v.                                 )<br>                                              )<br>**FEDERAL BUREAU OF PRISONS,** *et al.*)<br>                                              )<br>            **Defendants.**      )<br>_____ ) | Civil Action No. 06-0715 (PLF) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for An Enlargement of Time of thirty-three days, up to and including September 17, 2007, to file a combined Opposition and Reply to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time, be GRANTED.

_____          _____
DATE                                            PAUL L. FRIEDMAN
                                                       UNITED STATES DISTRICT JUDGE

Copies of this order to:
BRANDON C. SAMPLE, # R33949-037
FEDERAL SATELLITE LOW, Low Security
2680 Highway 301 South
Jesup, GA 31599

BERNARD SHAW, # R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599