8/17/07

Clerk,

RECEIVED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1) In addition to filing the enclosed, can you please send me a copy of the local rules?

2) Also, can you please update my address in case # 06-715 (PLF) with the following:

```
Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599
```

The address on the docket continues to be listed wrong. Thanks,

Sincerely,

Brandon Sample