UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, *et al.*,                )
                                         )
       Plaintiffs,                       )
                                         )
v.                                       )  Civil Action No. 06-0715 (PLF)
                                         )
FEDERAL BUREAU OF PRISONS, *et. al.*,    )
                                         )
       Defendants.                       )
_____)

### STIPULATION OF SETTLEMENT AND DISMISSAL

The parties, Plaintiff Brandon Sample, and Defendant, the Federal Bureau of Prisons ("BOP"), hereby stipulate and agree as follows:

1. The Parties settle and compromise Count Nine of the above-entitled lawsuit, regarding whether 5 U.S.C. § 552a(3)(B) of the FOIA Requires the Defendant to Provide Plaintiff With the BOP-DOCS CD-Rom Disc current at the time of the request, including any and all remaining or appealable issues, under the terms and conditions set forth herein.

2. The parties agree that Plaintiff will receive a redacted copy of the December 2003 BOPDOCs CD Rom, without imposition of processing fees. All proprietary software will be removed.

3. The Parties agree that by providing Plaintiff with a redacted copy of the December 2003 BOPDOCs CD Rom, without imposition of processing fees, BOP has fulfilled its obligation to respond to Plaintiff's FOIA request of December 24, 2003, for a copy of the BOPDOCS CD-ROM, the subject of Count Nine of the FOIA Complaint in this case, and that Plaintiff waives any right to any further production of information in response to that request.

4. This Stipulation of Settlement shall represent full and complete satisfaction of all claims with respect to Count Nine in this FOIA Complaint, including but not limited to full and complete satisfaction of all claims for costs and attorneys' fees that have been, or could be, made with respect to Count Nine of the FOIA Complaint.

5. By this Stipulation of Settlement, Plaintiff waives, releases and abandons any and all claims relating to the FOIA request that is the subject of Count Nine in the Complaint, against the BOP, its officers, agents or employees, including claims that could have been asserted, regardless of forum.

6. This Stipulation of Settlement shall not constitute an admission of fault or liability on the part of the United States, the BOP, or their agents, servants, or employees with respect to the claims asserted in Count Nine of the Complaint, and is entered into by both Parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

8. Execution and filing with the Court of this Stipulation of Settlement by Plaintiff and counsel for the Defendant shall constitute a dismissal of Count Nine of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), except that the Court shall have jurisdiction to reinstate this action on motion of any Party to resolve a claim of noncompliance with the terms of this Stipulation.

Respectfully submitted,

BRANDON C. SAMPLE
R33949-037
FEDERAL PRISON CAMP
Federal Satellite Low Security
2680 Highway 301 South
Jesup, GA 31599

Plaintiff

Jeffery A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 307-0895

Counsel for Defendants

SO ORDERED ON   July ____, 2007.

_____
UNITED STATES DISTRICT JUDGE

3