**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BRANDON SAMPLE**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0715 (PLF)** |
| | ) | |
| **FEDERAL BUREAU OF PRISONS**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN
OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND
TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO
DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully

request an enlargement of time of thirty days, up to and including October 15, 2007, to file a

combined opposition and reply to Plaintiffs' Motion for Summary Judgment and Plaintiffs'

Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary

Judgment. *Pro se* Plaintiffs have indicated they do not oppose the relief requested in this motion.

The grounds for this request are as follows:

a.    A reply to Plaintiffs' Response to Defendants' Motion to Dismiss or in the

Alternative, Motion for Summary Judgment, is currently due on September 15,

2007. Prior to filing a reply, and prior to filing an opposition, agency counsel will

need additional time to execute agency declaration(s), and to assist in the

preparation of the brief.

b.      This extension is sought in good faith.

Accordingly, Defendants respectfully request that the Motion be granted.  A proposed

order is attached.

Respectfully  submitted,

    Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BRANDON SAMPLE,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0715 (PLF)** |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I  HEREBY  CERTIFY that on this 10th day of September 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served upon *pro se* Plaintiffs Brandon Sample and Bernard Shaw, by placing copies in the United States mail, via First Class prepaid postage, addressed as follows:

BRANDON C. SAMPLE, # R33949-037
FEDERAL SATELLITE LOW, Low Security
2680 Highway 301 South
Jesup, GA 31599

BERNARD SHAW, # R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895