UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANDON SAMPLE,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** *et al.*) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for An Enlargement of Time of thirty days, up to and including October 15, 2007, to file a combined Opposition and Reply to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time, be GRANTED.

_____         _____
DATE                                       PAUL L. FRIEDMAN
                                           UNITED STATES DISTRICT JUDGE

Copies of this order to:
BRANDON C. SAMPLE, # R33949-037
FEDERAL SATELLITE LOW, Low Security
2680 Highway 301 South
Jesup, GA 31599

BERNARD SHAW, # R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599