UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANDON SAMPLE**, *et al.*,          ) | |
| ) | |
| **Plaintiffs,**          ) | |
| ) | |
| v.          ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| **FEDERAL BUREAU OF PRISONS**, *et al.* ) | |
| ) | |
| **Defendants.**          ) | |
| ) | |

**ORDER**

      Upon consideration of the Defendants' Motion for a Protective Order, it is this _____ day of September, 2007 hereby:

      ORDERED that the motion is GRANTED. If the Court's ruling on Defendants' dispositive motion does not dispose of Plaintiffs' Complaint in whole, Defendants are hereby GRANTED 30 days thereafter, to respond to Plaintiffs' discovery demands or seek other relief.

DATED:_____

                                                  PAUL L. FRIEDMAN
                                                UNITED STATES DISTRICT JUDGE

<u>Copy to:</u>
BRANDON C. SAMPLE
R33949-037
FEDERAL PRISON CAMP
Federal Satellite Low Security
2680 Highway 301 South
Jesup, GA 31599

BERNARD SHAW
R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599