UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON SAMPLE, ET AL.        )
v.                            )        06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL.   )

### PLAINTIFF'S MOTION FOR RETURN OF OVERPAYMENT

For the following reasons, the undersigned Plaintiffs respectfully request the Court order the Clerk to reimburse Plaintiff Sample $100.00 and Plaintiff Shaw $15.69 for monies paid in excess of the required filing fee for instituting this action.

1. On March 1, 2006, the Plaintiffs commenced this action by depositing a copy their Original Complaint into the prison mail system. Docket Entry ("DE") 1 at 12. The Clerk physically received the Plaintiff's complaint on March 22, 2007, but did not file it until April 21, 2006. Id. Between the time Plaintiffs "filed" their complaint on March 1, 2006, under the so-called "mailbox rule," the filing fee for civil actions increased from $250 to $350. The Plaintiffs were assessed the $350 fee by the Court, DE 12, because Plaintiff's complaint was not physically filed until April 21, 2006 -- after the increase in filing fee took effect. The $350 fee was promptly paid by an outside individual on Plaintiff Sample's behalf. See Receipt number 136941. In addition, $15.69 was deducted from Plaintiff Shaw's prisoner trust fund account above and beyond the already paid $350 fee. See Exhibit 1.

2. The Court should order the Clerk to reimburse Plaintiff Sample $100. The required fee for instituting this action was $250, not $350. The Plaintiff's complaint was "filed" under the "mailbox rule" on March 1, 2006, and physically received by the Clerk on March 22, 2006, well before the filing fee for civil actions increased from $250 to $350. It matters not that the Clerk did not physically file Plaintiff's complaint until April 21, 2006, it is the March dates that control in determining whether Plaintiffs were subject to the increased filing fee. Moreover, Plaintiff Shaw is due to be reimbursed $15.69 for fees paid above the required filing fee. See Exhibit 1. Accordingly, the Court should direct the Clerk to refund $100 to Plaintiff Sample and $15.69 to Plaintiff Shaw.

3. In remitting this refund to the respective Plaintiffs, Plaintiffs request the Court order the Clerk to send the funds to Federal Bureau of Prisons, Inmate's Name, Inmate's Register Number, P.O. BOX 474701, Des Moines, Iowa 50947-0001. This address is for the central depository of all inmate funds. Funds cannot be remitted to the Plaintiff's address of record.

Wherefore, Plaintiff's respectfully request this motion for return of overpayment be granted.

Respectfully submitted,

_____
Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599

_____
Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 1st day of October, 2007, via first-class mail on the following:

Sherease Louis
Special Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

_____
Brandon Sample

United States District Court
for the District of Columbia
Finance Office - Rm 1825B
333 Constitution Ave., NW
Washington, DC 20001

July 20, 2007

Brandon Sample
Reg No: 33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, GA 31599

Dear Mr. Sample:

This letter is in response to your letter to the Court dated July 16, 2007.

For Civil Action 06-0715 Brandon Sample vs Bureau of Prisons, our Court did receive a payment of $350.00, Receipt#136941, however, we also received the payment that was withdrawn from Mr. Shaw's account in the amount of $15.69. For the monies to be returned to Mr. Shaw there needs to be a motion submitted to the Court requesting that the funds be returned. Without an order from the Court and signed by the Judge the Finance Office can not return the funds.

For Civil Action 05-5038 Brandon Sample vs Bureau of Prisons we will need copies of the cancelled checks so that I can verify our records that the payments were received. These copies can be sent to the address above. Once this information has been received I can begin the research to resolve this matter.

Should you have any further questions I can be reached at the address listed above.

Sincerely,

*Alfreda A. Ludd*
Alfreda A. Ludd
Financial Administrator

Exhibit 1