UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL.        )
                                 )    06-715 (PLF)
v.                               )
                                 )
FEDERAL BUREAU OF PRISONS, ET AL. )

RECEIVED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

The Clerk will please enter the following change of address for Plaintiff Sample:

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

(903) 838-4587

Respectfully submitted,

*/s/ Brandon Sample*

Brandon Sample #33949-037
Federal Prison Camp
2680 Highway 301 South
Jesup, Georgia 31599

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 9th day of October, 2007, via first-class mail on the following:

Sherease Louis
Special Assistant U.S. Attorney
555 4th Street, N.W.
Washington, DC 20530

                                                BRANDON SAMPLE