UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0715 (PLF) |

**DEFENDANTS' THIRD MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully request an enlargement of time of thirty days, up to and including November 14, 2007, to file a combined opposition and reply to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment. *Pro se* Plaintiffs have indicated in the past that they do not oppose the relief requested in this motion. The grounds for this request are as follows:

1. An opposition to Plaintiff's Cross-Motion for Summary Judgment, and a reply to Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment, is due on October 15, 2007. The undersigned is currently working with agency counsel to acquire all of the information necessary to defend the agency.

2. Before an opposition and reply can be filed, additional time is needed for the agency to provide certain information, finalize the agency declarations, and consult with the undersigned.

3. This extension is sought in good faith.

Accordingly, Defendants respectfully request that the Motion be granted. A proposed order is attached.

Respectfully submitted,

    Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Sherease Pratt
SHEREASE PRATT
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*,               )<br>                                                              )<br>            **Plaintiffs,**                        )<br>                                                              )<br>      v.                                                 )<br>                                                              )<br>FEDERAL BUREAU OF PRISONS, *et al.,*  )<br>                                                              )<br>            **Defendants.**                    )<br>                                                              ) | Civil Action No. 06-0715 (PLF) |

## CERTIFICATE OF SERVICE

**I  HEREBY  CERTIFY** that on this 15th day of October 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served upon *pro se* Plaintiffs Brandon Sample and Bernard Shaw, by placing copies in the United States mail, via First Class prepaid postage, addressed as follows:

BRANDON SAMPLE#33949-037
Federal Prison Camp
P.O. Box 9300
Texarkana, TX 75505

BERNARD SHAW # R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599

                                                             /s Sherease Pratt
                                          SHEREASE PRATT
                                          Special Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, N.W.,
                                          Washington, D.C. 20530
                                          (202) 307-0895