UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANDON SAMPLE,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0715 (PLF) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** *et al.*) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for An Enlargement of Time of thirty days, up to and including November 14, 2007, to file a combined Opposition and Reply to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time, be GRANTED.

_____        _____
DATE                                            PAUL L. FRIEDMAN
                                                UNITED STATES DISTRICT JUDGE

Copies of this order to:
BRANDON SAMPLE #33949-037
Federal Prison Camp
P.O. Box 9300
Texarkana, TX 75505

BERNARD SHAW, # R59469-004
FEDERAL SATELLITE LOW
2680 Highway 301 South
Jesup, GA 31599