UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE )
)
    Plaintiff, )
)
v. ) Case Number: 1:06-cv-00715-PLF
)
BUREAU OF PRISONS )
)
    Defendant. )
)

### DECLARATION OF JAMES WATANABE

1. I, James Watanabe, do hereby declare and state the following:

I am the Chaplin at the Federal Correctional Complex, Low Security Institution, Beaumont, Texas. In this position, I have access to the records of related to religious purchases, to include purchases for kosher foods for special observances.

2. I understand that the plaintiff has alleged the "BOP has failed to disclose all records related to the provisions for the Passover ceremonial meal at FCI Beaumont (LOW) during 2004." He specifically alleges the BOP has not provided records from a "Kosher Cajun Deli in Louisiana."

3. I have reviewed the tracking report for all expenditures by FCC Beaumont's Religious Services Department for FY2004. A True and Correct Copy is Attached. The

Medium facility did purchase merchandise from the Kosher Cajun Kitchen in 2004 as did the Penitentiary. There were no purchases for the Low from that vendor in 2004.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of September, 2007.

James Watanabe
Chaplin
Federal Bureau of Prisons