**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case Number: 06-0715 (PLF) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Special Assistant United States Attorney Sherease Louis as counsel of record for Defendants in the above-captioned action.

Dated: November 28, 2007                    Respectfully submitted,

                                            /s/ Christopher B. Harwood
                                            CHRISTOPHER B. HARWOOD
                                            Assistant United States Attorney
                                            555 Fourth St., N.W.
                                            Washington, D.C. 20530
                                            Phone: (202) 307-0375
                                            Fax: (202) 514-8780
                                            Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of November, 2007, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiffs by first-class mail, postage prepaid, addressed as follows:

BRANDON C. SAMPLE
R33949-037
Federal Prison Camp
P.O. Box 9300
Texarkana, TX 75505

BERNARD SHAW
R59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, GA 31599


      /s/   Christopher B. Harwood
CHRISTOPHER B. HARWOOD