UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 06-0715 (PLF) |
| | ) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

Defendant hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to respond to Plaintiffs' Motion for a Protective Order of seven days, up to and including December 20, 2007. Because Plaintiffs are incarcerated and pro se, it is impracticable for the undersigned counsel to confer with them about this Motion.[1] The grounds for this request are as follows:

1. This case was transferred to the undersigned counsel late last week, on November 28, 2007, and counsel requires additional time to familiarize himself with the case.

2. Although Plaintiffs' certificate of service states that they mailed their Motion for a Protective Order on November 29, 2007, this Office has still not received that mailing. In fact, the undersigned counsel did not learn of Plaintiffs' Motion until yesterday evening, when it was entered on the Court's Electronic Case Filing system.

3. In order to adequately defend the Federal Bureau of Prisons (the "FBP") against

---

[2] Local Civil Rule 7(m)'s duty to confer applies only to non-incarcerated parties appearing pro se.

Plaintiffs' Motion, the undersigned counsel must consult with and obtain information (and, possibly, declarations) from the FBP. The employee at the FBP who is most familiar with this case is currently out of the office and is not due back until next week.

4. This extension is sought in good faith and not for purposes of delay.

Accordingly, Defendants respectfully request that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

> Respectfully submitted,
>
> /s/
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>
> /s/
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
> /s/
> CHRISTOPHER B. HARWOOD
> Assistant United States Attorney
> United States Attorney's Office
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of December, 2007, true and correct copies of the foregoing Motion and the proposed order were served via first class prepaid postage as follows:

**BRANDON C. SAMPLE**
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

**BERNARD SHAW**
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599

                                                  /s/
                                         CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0372