UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al., )
)
       Plaintiffs, )
)
       v. )    Civil Action No. 06-0715 (PLF)
)
FEDERAL BUREAU OF PRISONS, et al., )
)
       Defendants. )
)

**ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time to Respond to Plaintiffs' Motion for a Protective Order, it is this ____ day of December, 2007,

ORDERED that Defendants' Motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendants shall file their response to Plaintiffs' Motion for a Protective Order on or before December 20, 2007.

SO ORDERED.

_____
United States District Judge