UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON SAMPLE, ET AL.,           )
v.                                )    No. 06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL. )

### PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME

In accordance with Fed.R.Civ.P.6(b), the undersigned Plaintiffs respectfully request an enlargment of time up to and including January 11, 2008, in which to file their reply in support of Plaintiff's motion for summary judgment. This enlargement of time is needed because of (1) Plaintiff's busy work schedule; (2) the lead Plaintiff's involvement in addressing discovery matters in <u>Sample v. Lappin, et al.</u>, No. 05-596 (PLF); (3) the lead Plaintiff's time being further limited by college studies; and (4) the lag time associated with Plaintiffs conferring about Defendant's response by mail.

Respectfully submitted,

Brandon Sample #33949-037
P.O. BOX 9300
Texarkana, Texas 75505

Bernard Shaw #59469-004
2680 Highway 301 South
Jesup, Georgia 31599

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 20th day of November, 2007, via first-class mail, on the following:

Sherease Pratt
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

Brandon Sample