UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:06-cv-00715-PLF |
| BUREAU OF PRISONS | ) |
| Defendant. | ) |

### DECLARATION OF WILSON J. MOORER

1. I, Wilson J. Moorer, do hereby declare and state the following:

I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau), Freedom of Information Act/Privacy Act (FOIA/PA) Section, in the Bureau's Central Office. In this position, I have access to the records of requests made pursuant to the FOIA/PA. I review all incoming FOIA requests and make the initial determination as to whether there is sufficient information or documentation for the request to be processed.

2. This declaration is being provided to inform the Court of the Bureau's response to Count 12 and Count 13 of Plaintiff's complaint. Count 12 referred to FOIA request 2006-09274 and Count 13 referred to FOIA request 2006-09273. A review of the FOIA Data Base reveals, both requests were responded to under one letter in which Plaintiff was provided with the documents he requested. The documents were provided via electronic format (cd).

**Exhibit 1**

3. The original response was mailed on October 30, 2007 from the Bureau's FOIA Office, Washington, D.C. to the Plaintiff's place of incarceration; however, the response was returned to the Washington, D.C. office. The response was re-mailed to the Plaintiff on November 23, 2007. See Letters from the Bureau of Prisons to Brandon Sample, dated October 30, 2007 and November 16, 2007, a true and correct copy of which are attached here to as Exhibit A.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of December, 2007.

Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons

**Exhibit 1**

**EXHIBIT**

**A**

**Exhibit 1**

U.S. Department of Justice

Federal Bureau of Prisons

OCT 30 2007

Washington, DC 20534

Brandon Sample
Register Number 33949-037
Federal Correctional Institution
2680 Highway 301 South
Jesup, Georgia 31599

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOI/Privacy Office

RE: Request for Information, FOIA Request No. 2006-09273
    Request for Information, FOIA Request No. 2006-09274

Dear Mr. Sample:

   This is in response to the above Freedom of Information Act requests for copies of three (3) years of Administrative Remedy Indexes (FOIA Request No. 2006-09273) and copies of responses to 98 separate Administrative Remedy Appeals (FOIA Request No. 2006-09274). You have also requested to have the responsive documents provided to you in electronic format (cd). This request was re-opened and processed as stated in Civil Action No. 06-0715 (PLF), Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment,.

   We have located responsive documents to FOIA Request Number 2006-09273 which are being released via electronic format (cd). Documents responsive to FOIA Request Number 2006-09274 have also been located; however, the following Administrative Remedy Appeal numbers that you provided do not exist-372881-A1, 379174-A2, and 377333-A1. No pages have been excised or withheld.

   I trust this information has been responsive to your request. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wilson J. Moorer, Paralegal
Wanda M. Hunt
Chief, FOIA/PA Section

Enclosures: cd

cc: File

**Exhibit 1**



U.S. Department of Justice

Federal Bureau of Prisons

NOV 6 2007

Washington, DC 20534

Brandon Sample  
Register Number 33949-037  
Federal Correctional Institution  
P.O. Box 7000  
Texarkana, Texas 75505

For Further Inquiry Contact:  
Federal Bureau of Prisons  
320 First Street. N.W.  
Room 841, HOLC Building  
Washington, D.C. 20534  
Attn: FOI/Privacy Office

RE:  Request for Information, FOIA Request No. 2006-09273  
     Request for Information, FOIA Request No. 2006-09274

Dear Mr. Sample:

   This is in response to the above Freedom of Information Act requests for copies of three (3) years of Administrative Remedy Indexes (FOIA Request No. 2006-09273) and copies of responses to 98 separate Administrative Remedy Appeals (FOIA Request No. 2006-09274). You have also requested to have the responsive documents provided to you in electronic format (cd). This request was re-opened and processed as stated in Civil Action No. 06-0715 (PLF), Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment,.

   We have located responsive documents to FOIA Request Number 2006-09273 which are being released via electronic format (cd). Documents responsive to FOIA Request Number 2006-09274 have also been located; however, the following Administrative Remedy Appeal numbers that you provided do not exist-372881-A1, 379174-A2, and 377333-A1. No pages have been excised or withheld.

   I trust this information has been responsive to your request. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wilson J. Moorer, Paralegal  
Wanda M. Hunt  
Chief, FOIA/PA Section

Enclosures: cd

cc: File

**Exhibit 1**