UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRANDON C. SAMPLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action 06-0715 (PLF) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO FILE A REPORT ADDRESSING WHETHER THE BUREAU OF PRISONS IS IN COMPLIANCE WITH THE PAPERWORK REDUCTION ACT**

Upon consideration of Defendants' Motion for an Extension of Time to File a Report Addressing Whether the Bureau of Prisons is in Compliance with the Paperwork Reduction Act ("Defendants' Motion for an Extension of Time"), it is, this ____ day of December, 2007,

ORDERED that Defendants' Motion for an Extension of Time be and hereby is GRANTED; and

IT IS FURTHER ORDERED that Defendants must file a report addressing whether the Bureau of Prisons is subject to and, if so, in compliance with the Paperwork Reduction Act by January 14, 2008.

SO ORDERED.

_____
United States District Judge