UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:06-cv-00715-PLF ) |
| BUREAU OF PRISONS | ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF RANDY ETERNICK

1. I, Randy Eternick, do hereby declare and state the following:

I am the Administrator for the Correctional Programs Branch, of the Correctional Programs Division for the Federal Bureau of Prisons (Bureau), in the Bureau's Central Office. In this position I have access to information about Bureau programs and procedures.

2. I understand that the plaintiff has alleged the "BOP has failed to make available through telecommunication means" thirteen types of records.

3. Federal Inmates housed in Federal Correctional Facilities are not permitted internet

access.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of December, 2007.

Randy Eternick,
Correctional Programs Branch Administrator
the Correctional Programs Division
Federal Bureau of Prisons