UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE        )
                         )
    Plaintiff,            )
                         )
    v.                    ) Case Number: 1:06-cv-00715-PLF
                         )
BUREAU OF PRISONS        )
                         )
    Defendant.           )
                         )

### DECLARATION OF JEFFERY D. ALLEN,

1. I, Jeffery D. Allen, do hereby declare and state the following:

I am the Chief of Health Programs with the Federal Bureau of Prisons (Bureau), Health Services Division, in the Bureau's Central Office. In this position, I have general oversight responsibility for Medical Designations, Pharmacy, Nursing Programs and Utilization Review.

2. I understand that the plaintiff has alleged the "BOP has failed to make available through telecommunication means" thirteen (13) types of records, including "decisions made by the Utilization Review Committee, whether at the institution, Regional, or Central Office level, concerning the provision of medical care to inmates."

3. As mandated by *Program Statement 6031.01, Patient Care* (which can be found in the BOP's public reading room located at BOP.gov), every institution must have an established Utilization Review Committee (URC), chaired by the Clinical Director. Other

members can include, but are not limited to, the Health Services Administrator or Assistant Health Services Administrator, Medical Trip Coordinator; Health care provider(s) directly involved in the reviewed cases; Director of Nursing (if applicable); or a chaplain or social worker.

4. The URC reviews outside medical, surgical, and dental procedures and requests for specialist evaluations. This includes in-house or escorted trips to the specialist's office (approved by the Clinical Director); requests for "Limited Medical Value" treatments/procedures (approved by the Clinical Director); retrospective review of all cases sent to the community hospital during hours when no health care provider was on duty at the institution; case considerations for extraordinary care; concurrent review of inpatients at community hospital (monitoring length of stay and interventions); and other services a primary care provider or the Clinical Director have recommended. Care considered "Medically Necessary - Acute or Emergent" does not require URC review prior to the treatment being provided.

5. Matters are raised before the URC, by health care providers, not by inmates. Inmates are not necessarily specifically advised of or aware of the screening process.

6. As chair of the committee, the Clinical Director is the final authority for all URC decisions. The Clinical Director is not required to adopt the opinion of the URC. The Clinical Director will notify inmates in writing when URC decisions are made with a copy of the notification placed in the inmate's health record. The reason for the decision

should be indicated where applicable.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 20TH day of December, 2007.

Jeffery D. Allen
Chief, Health Programs
Federal Bureau of Prisons