

U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: CPD/CPB
NUMBER: P5322.12
DATE: 11/29/2006
SUBJECT: Inmate Classification and Program Review

RULES EFFECTIVE: 7/24/2006

1. **PURPOSE AND SCOPE.** This Program Statement provides policy and procedure for the classification and subsequent review of the security, custody and program needs of inmates who have been designated for service of sentence.

2. **SUMMARY OF CHANGES.** Significant changes to this Program Statement include:

   - All inmates regardless of type of commitment will be classified within 28 calendar days of arrival at their designated facilities;

   - References and procedures regarding the SENTRY-generated Program Review Report have been incorporated;

   - The instructions for developing and documenting measurable goals have been clarified;

   - The Case Management Coordinator (CMC) is no longer required to attend each unit team at least once every six months or to complete the Unit Team Assessment form;

   - Allows Unit Staff other than the Unit Manager to chair Program Reviews. Ordinarily, the Unit Manager will chair Program Reviews when Community Corrections Center (CCC) referral decisions are considered; and

   - A standardized reporting form, the Education Progress Report (Attachment B) has been developed for the unit team to use when the Education Advisor is unable to provide an in-person report of the inmate's educational needs/progress.

Exhibit A

```
                                              P5322.12
                                              11/29/2006
                                              Page 2
```

3. **PROGRAM OBJECTIVES.** The expected results of this Program Statement are:

   a. All Initial Classification and Program Review decisions will be made by a team of correctional specialists;

   b. All departments will have the opportunity to contribute to the classification and program review process;

   c. All inmates will have the opportunity to communicate directly with the staff who make classification, custody and program review decisions; and

   d. All inmates will be classified within appropriate time frames in accordance with their security, custody, and program needs.

4. **DIRECTIVES AFFECTED**

   a. **Directive Rescinded**

   P5322.11   Classification and Program Review of Inmates (3/11/99)

   b. **Directives Referenced**

   P1330.13   Administrative Remedy Program (12/22/95)
   P5070.10   Responses to Judicial Recommendations and U.S. Attorney Reports (6/30/97)
   P5070.11   Study and Observation Reports (12/31/97)
   P5100.08   Security Designation and Custody Classification System (9/12/06)
   P5110.15   Notifications of Release to State and Local Law Enforcement Officials (8/30/00)
   P5111.03   Mariel Cuban Detainees (10/25/99)
   P5140.34   Transfer of Offenders To or From Foreign Countries (9/21/00)
   P5215.05   Youth Corrections Act (YCA) Institutions and Programs (3/17/99)
   P5290.12   Intake Screening (3/16/99)
   P5290.14   Admission and Orientation Program (4/3/03)
   P5321.07   Unit Management (9/16/99)
   P5325.06   Release Preparation Program (3/4/02)
   P5350.28   Literacy Program (GED Standard) (12/1/03)
   P5380.08   Inmate Financial Responsibility Program (8/15/05)

Exhibit A

```
P5800.11   Inmate Central File (9/8/97)
P5803.07   Progress Reports (3/16/98)
P7331.04   Pretrial Inmates (1/31/03)

T5802.02   SENTRY General Use Technical Reference Manual
           (7/10/00)
```

c. Rules cited in this Program Statement are contained in 28 CFR 524.10-11 and 551.107 (see Attachment A)

5. **STANDARDS REFERENCED**

   a. American Correctional Association 3rd Edition Standards for Adult Local Detention Facilities: 3-ALDF-IE-06, 3-ALDF-4B-01, and 3-ALDF-4B-02

   b. American Correctional Association 4th Edition Standards for Adult Correctional Institutions: 4-4295, 4-4296, 4-4297, 4-4298, 4-4299, 4-4300, 4-4301, 4-4302, and 4-4303

6. **PRETRIAL/HOLDOVER AND/OR DETAINEE PROCEDURES.** Procedures for pretrial inmates are specified in the **Pretrial Inmate** Program Statement. This Program Statement is not applicable to holdover inmates. Additional direction regarding long-term detainees may be found in the **Mariel Cuban Detainees** Program Statement, which also includes procedures on Mariel Cubans serving federal sentences.

7. **CLASSIFICATION TEAM.** At a minimum, each unit team will include the inmate's assigned Unit Manager or designee, Case Manager, and Correctional Counselor. An Education Advisor and a Psychology Services representative are also ordinarily members of the team.

The Education Advisor is the unit team's consultant and expert regarding all education, recreation, and vocational training matters. The Education Advisor may be assigned to one or more unit teams and, therefore, may not be able to attend all Initial Classification or Program Review meetings.

While attendance at these meetings is preferred and strongly recommended, a local variance may be granted with the Warden's written approval.

When not in attendance, the Education Advisor will provide the unit team with a written report of the progress and/or measurable needs of all unit inmates relative to education, recreation, and vocational training matters at each Initial Classification and

Exhibit A

subsequent Program Review using the Education Progress Report (Attachment B). This written report will be provided to the Unit Manager prior to the team meeting. Education recommendations or requirements should include target time frames for program completion, and measurable assessments during participation in courses.

The Unit Psychologist is not required to serve as a regularly attending unit team member. However, Unit Psychologists are responsible for providing the unit team with written psychological reports for inmates who are scheduled for Initial Classification or Program Review who have regular contact with Psychology Services staff. This written report will be provided to the Unit Manager prior to the team meeting.

Health Services staff will ensure that SENTRY Medical Duty Status (MDS) assignments are accurate and current.

8. **INITIAL CLASSIFICATION AND PROGRAM REVIEWS.** There are two types of regularly scheduled unit team meetings, Initial Classification and Program Reviews. The Unit Manager monitors the scheduling of unit team meetings and, therefore, must ensure Case Managers meet Initial Classification and Program Review time requirements.

When practicable, unit staff will hold an Initial Classification or Program Review as scheduled when the inmate is held in the Special Housing Unit. However, any delay should ordinarily not exceed two weeks from the originally scheduled review and the reason for the delay should be documented on the SENTRY-generated Program Review Report.

   a. The purpose of Initial Classification is to develop a program plan for the inmate during his/her incarceration. This plan should include work and programming activities which will assist the inmate to develop skills to make a successful transition back into the community.

   Initial Classification occurs within 28 calendar days of arrival at the designated institution for each newly committed inmate (new commit, parole, mandatory release and supervision violators) following sentencing or return to custody as a violator.

   Former Study and Observation cases should be scheduled for Initial Classification within 28 calendar days of receipt of the Inmate Central File, but no later than 90 calendar days after arrival if no Inmate Central File is available.

b. At Program Reviews, progress in recommended programs will be reviewed, and new programs recommended based upon skills the inmate has gained during incarceration. Program Reviews occur at least once every 180 calendar days.

When an inmate is within 12 months of the projected release date, staff will conduct a Program Review at least once every 90 calendar days. When an inmate is re-designated, a Program Review must be held within 28 calendar days of the inmate's arrival at the new institution.

In some cases, a Program Review date may occur while an inmate is away from the institution, or in the custody of other law enforcement agencies. Then, the unit team must conduct a Program Review meeting within two weeks of the inmate's return. Otherwise, the inmate's next Program Review will occur as scheduled.

Unit team members are to review all relevant information before Initial Classification or a Program Review. Additionally, each team member will provide the following specific information at the team meeting.

(1) Ordinarily, the **Unit Manager** will chair all Initial Classifications and Program Reviews where CCC referral decisions are considered. Other Program Reviews may be chaired by another staff member. The Unit Manager will monitor the scheduling of an inmate's appearance before the unit team and all other team actions. The Unit Manager's or Chairperson's signature on the SENTRY-generated Program Review Report indicates that:

(a) The information contained on the Acknowledgment of Inmate forms (BP-407 and 408) is correct, complete, and filed in Section 3 of the Inmate Central File;

(b) The Judgment(s) in a Criminal Case and the Statement of Reasons were reviewed to ensure any judicial recommendations requiring unit team actions are addressed;

(c) The inmate's trust fund record is obtained for all Program Reviews (data will include deposit, balance, and purchase activity from the prior Initial Classification or Program Review to the present team meeting);

Exhibit A

   (d)    The SENTRY-generated Program Review Report (replaces the BP-571) is signed, certifying that all required team members are present and that the SENTRY-generated Program Review Report is current and accurate; and

   (e)    All SENTRY data is current, accurate and complete, including:

- Assignments in the work, drug, religion, Inmate Financial Responsibility Program, Victim Witness Program categories, and all case management activity (CMA) assignments;

- Identifying data and numbers;

- Sentence related transactions;

- Security Designation Data, CMC Clearance and Separatee Data, and Custody Classification forms; and

- Chronological Disciplinary Record (as compared with incident report(s) and associated hearing.

  (2)  The **Case Manager** schedules the inmate's appearance before the unit team, and provides a verbal summary of the inmate's:

- Current offense;

- Prior record;

- Social situation;

- Security/custody classification;

- Central Inmate Monitoring System (CIM) concerns;

- Financial Responsibility Program obligations; and

- Release Preparation Program participation, and special programming considerations (Drug Abuse Program, Mental Health Program, etc.).

  (3)  The **Correctional Counselor** provides a verbal summary of the inmate's:

Exhibit A

- Work performance;

- Participation in individual or group counseling;

- General adjustment;

- Living quarters sanitation;

- The Correctional Counselor also contacts Health Services staff, when necessary, to ensure SENTRY MDS assignments are current and accurate; and

- When the Education Advisor is unable to attend a unit team meeting, the Correctional Counselor provides a summary of the inmate's education test results, recommended educational program needs, and progress toward completion of education and other applicable release readiness programs, using Attachment B, provided by the Education Advisor.

   c.  A team docket will be prepared for each unit team meeting (Initial Classification or Program Review), listing the name and register number of each inmate scheduled for appearance and the date and time of the meeting.

   Dockets will be posted conspicuously in the unit at least 48 hours prior to the meeting (or inmates must be otherwise notified by staff at least 48 hours prior if they do not have access to such posting).  The inmate may waive the 48-hour notice in writing.

   The inmate's attendance at Initial Classification or Program Review is expected.  Ordinarily, if the team meeting is properly scheduled and the inmate fails to appear, disciplinary action will be taken.  If the inmate refuses to appear, staff will document on the SENTRY-generated Program Review Report the inmate's refusal, and if known, the reason.  A copy of the Program Review Report will be forwarded to the inmate.

   d.  Staff must complete a SENTRY-generated Program Review Report at the inmate's Initial Classification and all subsequent Program Reviews.  This report ordinarily includes information on the inmate's needs and offers a correctional program designed to meet those needs.

   All correctional programs will be stated in measurable terms, establishing time limits, performance levels, and specific, expected program accomplishments.

Exhibit A

**Note:** On the SENTRY-generated Program Review Report, in the Section "GOALS FOR NEXT PROGRAM REVIEW MEETING" no dates are necessary as it is clear the time limit is by the next Program Review. Under "LONG TERM GOALS" a target date should be established and monitored at each Program Review for adjustment if necessary.

**Example A:** GOALS FOR NEXT PROGRAM REVIEW MEETING: Recommend enrollment in Anger Management counseling group. Enroll in General Equivalency Diploma (GED) program.

**Example B:** LONG TERM GOALS: Complete GED by MM/YY. Enroll in Release Preparation Program (list specific course) by MM/YY.

Inmates who are classified as CIM cases will be reviewed and that review documented on the SENTRY-generated Program Review Report. This notation will indicate whether the CIM assignment is appropriate or whether declassification procedures will be initiated.

e. At Initial Classification, a sentenced inmate is assigned to a work detail if cleared for duty by Health Services staff. The unit team must consider the inmate's financial responsibilities and obligations when considering a work assignment.

At Initial Classification, staff must notify, in writing, newly designated inmates, who meet the applicability criteria of Title 18 U.S.C. § 4042(b) and/or (c), that they are subject to notification and/or registration.

f. Inmates subject to **VCCLEA notification** pursuant to Title 18 U.S.C. § 4042(b):

- Will be notified via a copy of the SENTRY-generated Program Review Report; and

- A copy of the SENTRY-generated Program Review Report with the notification statement will be filed in Section 5 (Release Processing) of the Inmate Central File.

g. Inmates subject to **Sex Offender Registration and Treatment Notification** pursuant to Title 18 U.S.C. § 4042(c)):

Exhibit A

- Will be notified at initial classification via a copy of the Sex Offender Registration and Treatment Notification form (Part A) (BP-648); and

- Will be renotified at the last program review prior to release via a copy of the Sex Offender Registration and Treatment Notification form (Part B) (BP-648); and

- The original Sex Offender Registration and Treatment Notification form will be filed in Section 5 (Release Processing) of the Inmate Central File.

The SENTRY-generated Program Review Report will document the inmate's Release Preparation Program CMA assignments and staff will identify specific courses recommended and/or courses that the inmate is currently enrolled in. Staff should refer to the Program Statement **Release Preparation Program** for further instruction.

h. The inmate is to be provided with, and must sign for, a copy of the SENTRY-generated Program Review Report. If the inmate refuses to sign for a copy of this report, staff witnessing the refusal will place a signed statement to that effect on the report.

The SENTRY-generated Program Review Report is to be filed in Section 2 of the Inmate Central File. Signatures and unit team actions will be maintained on the SENTRY-generated Program Review Report since duplication is not required on the Inmate Activity Log and the team docket.

The previous six SENTRY-generated Program Review Reports must be maintained to ensure the information contained therein is available for inclusion in a triennial Progress Report.

9. **EFFECT OF A DETAINER ON AN INMATE'S PROGRAM.** The existence of a detainer, by itself, ordinarily does not affect the inmate's program participation. An exception may occur where the program is contingent on a specific issue (for example, custody) which is affected by the detainer.

10. **UNSCHEDULED REVIEWS.** Institution staff may schedule an inmate for a Program Review more frequently than regularly scheduled. Upon request of either the inmate or staff, and with the concurrence of the Unit Manager, an ad hoc Program Review may be held. The inmate must be notified by staff at least 48 hours prior to an ad hoc Program Review. The inmate may waive the 48-hour notice in writing.

Exhibit A

**11. APPEALS PROCEDURE.** An inmate may appeal, through the Administrative Remedy Program, a decision made at Initial Classification or at a Program Review.

**12. TRAINING RESPONSIBILITIES.** The Case Management Coordinator and Unit Manager will ensure that Case Managers and Correctional Counselors are familiarized with this Program Statement's requirements during the on the job training periods which are required for these positions.

/s/
Harley G. Lappin
Director

Exhibit A

```
                                                P5322.12
                                                11/29/2006
                                         Attachment A, Page 1
```

## CODE OF FEDERAL REGULATIONS ON CLASSIFICATION OF INMATES
## §524.10 - 524.11

§ 524.10 What is the purpose of this subpart?

   The purpose of this subpart is to explain the Bureau of Prisons (Bureau) process for classifying newly committed inmates and conducting program reviews for all inmates except:

   (a) Pretrial inmates, covered in § 551.107 of this chapter;
   (b) Inmates committed for study and observation; and
   (c) Inmates in holdover status during transfer to a designated institution or other destination.

§ 524.11 What is the process for classification and program reviews?

   (a) Timing:

   (1) Ordinarily, staff will classify each newly committed inmate within 28 calendar days of arrival at the institution designated for service of sentence.

   (2) Inmates will receive a program review at least once every 180 calendar days. When an inmate is within twelve months of the projected release date, a program review will be conducted at least once every 90 calendar days.

   (b) Inmate appearance before classification team:

   (1) Inmates will be notified at least 48 hours before that inmate's scheduled appearance before the classification team (whether for the initial classification or later program reviews).

   (2) Inmates may submit a written waiver of the 48-hour notice requirement.

   (3) The inmate is expected to attend the initial classification and all later program reviews. Failure to attend initial classification and program reviews may result in disciplinary action.

Exhibit A

```
                                              P5322.12
                                             11/29/2006
                                     Attachment A, Page 2
```

(c) <u>Program Review Report:</u> A Program Review Report will be completed at the inmate's initial classification. This report ordinarily includes information on the inmate's apparent needs and offers a correctional program designed to meet those needs. The Unit Manager and the inmate must sign the Program Review Report, and a copy must be given to the inmate.

(d) <u>Program Participation:</u> Each sentenced inmate who is physically and mentally able is assigned to a program at initial classification. The inmate may choose not to participate unless the program is a work assignment or required by Bureau policy, court order, or statute. Refusal to participate may result in disciplinary action.

Exhibit A

```
                                                    P5322.12
                                                    11/29/2006
                                             Attachment B, Page 1
```

# Education Progress Report

To: _____, Unit Manager

Prepared by: _____
              Education Advisor

_____    _____    _____
Inmate Name            Register Number      Date

## Initial Classification Information

GED/High School: Completed (YES/NO)_____
Year or Highest Grade Completed _____

ESL: Completed (YES/NO)_____

Date of Education Interview:_____

Recommendations/Comments (Please include information regarding recommended classes and target enrollment date):
_____
_____
_____

## Program Review Information

Class:_____    Instructor:_____
Performance:_____
Attendance:_____
Target Completion Date:_____
Hours Completed:_____    Progress: Satisfactory/Unsatisfactory

Class:_____    Instructor:_____
Performance:_____
Attendance:_____
Target Completion Date:_____
Hours Completed:_____    Progress: Satisfactory/Unsatisfactory

Recommendations/Comments (Please include information regarding recommended classes and target enrollment date):
_____
_____
_____

Exhibit A