RECEIVED
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,            )
                                   )
v.                                 )   06-715 (PLF)
                                   )
FEDERAL BUREAU OF PRISONS, ET AL.  )

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OUT OF TIME

For the following reasons, the undersigned Plaintiffs respectfully request leave to file their reply to Defendant's response to Plaintiff's motion for summary judgment (MSJ) out of time.

Under Local Civil Rule 7(d), a party may serve a reply memorandum within five days after service of an opposition memorandum. Local Civil Rule 7(d). Here, Defendant Federal Bureau of Prisons (BOP) served its opposition to Plaintiff's MSJ on November 14, 2007. Unable to file their reply within five days, Plaintiffs, on November 20, 2007, moved for an enlargement of time until January 11, 2007, to reply. However, on December 6, 2007, a review of PACER revealed that Plaintiff's motion for an enlargment of time had not been filed. Accordingly, this same day, Plaintiffs resent their motion for an enlargment of time. While this replacement copy of Plaintiff's motion has been docketed, see Docket Entry 64, Plaintiffs are unware if the Court has granted or denied it.

The Plaintiffs have been diligent in attempting to timely file a reply to BOP's opposition to Plaintiff's MSJ. Moreover, BOP had some 90 days in which to file their reply to

Plaintiff's opposition to BOP's MSJ. Accordingly, leave to file Plaintiff's reply to BOP's response to Plaintiff's MSJ out of time should be granted.

Respectfully submitted,

_____
Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505


_____
Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 17th day of December, 2007, via first-class mail, postage prepaid, on:

Christopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, DC 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

_____
Brandon Sample