UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL.,            )
v.                                     )        C.A. No. 06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL.      )

### PLAINTIFF'S RESPONSE TO DEFENDANT'S STATUS REPORT

On December 14, 2007, Defendant Federal Bureau of Prisons (BOP) filed a statuts report in this matter regarding the disclosure of the records sought in Count 9 and 11-12 of the Plaintiff's Second Amended Complaint. See Docket Entry 65. According to BOP, all of the records related to Counts 11-12 have been disclosed to Plaintiff Sample, and the records related to Count Nine are in the process of being "reviewed and, if necessary, redacted pursuant to any applicable exemptions or exclusions." Id. at 2-3.

In late November, Plaintiff Sample received the disc provided by BOP containing the records related to Counts 11-12. Accordingly, Counts 11-12 should be dismissed as moot. As for the disc containing the records related to Count Nine, BOP has waived its right to assert any exemptions. The only redaction permitted by the Stipulation of Settlement is the removal of the proprietary software on the BOPDOCS disc. Should BOP redact other matters from the disc, Sample will seek enforcement of the settlement agreement according to its terms.

**RECEIVED**

DEC 3 1 2007



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 21st day of December, 2007, via first-class mail, postage prepaid, on:

Christopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street., N.W.
Washington, DC 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

Brandon Sample

2