UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL.,          )

v.                                  )    No. 06-715 (PLF)

FEDERAL BUREAU OF PRISONS, ET AL.   )

<u>PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT OUT OF TIME, AND MOTION FOR ORDER
DIRECTING CLERK TO FILE PLAINTIFF'S REPLY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

The undersigned Plaintiffs recently moved for leave to file their reply in support of Plaintiff's motion for summary judgment out of time. <u>See</u> Docket Entry 69. In light of the Court's order granting Plaintiffs until January 11, 2008, in which to file their reply, this motion is moot. Accordingly, Plaintiffs respectfully request the Court withdraw Plaintiff's Motion for Leave to File Reply in Support of Plaintiff's Motion for Summary Judgment Out of Time. Finally, since the Plaintiff's reply was timely filed, but has not yet been docketed separately by Clerk (the Clerk presumably appended it to Plaintiff's motion for leave to file Plaintiff's reply out of time), Plaintiffs respectfully request the Court order the Clerk to file Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment.

**RECEIVED**

JAN - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505


Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was provided to prison officials for mailing this 31st day of December, 2007, to:

Chistopher Harwood
Assistant U.S. Attorney
555 Fourth St. N.W.
Washington, DC 20530

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

Brandon Sample