UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brandon Sample, *et. al.*,<br><br>   Plaintiff,<br><br>v.<br><br>Bureau of Prisons, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-cv-715<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED DECLARATION OF MICHAEL ATWOOD

I, Michael Atwood, hereby declare and state the following:

1. I am currently employed by the Federal Bureau of Prisons of the United States Department of Justice as Chief of the Trust Fund Branch. My business office is located at the Central Office in Washington, D.C. I have held this position since June 1991. Prior to that time, I served as Supervisor of Computer Specialists from May 1989.

2. As the Chief of the Trust Fund Branch, I have primary responsibility for management and oversight of the Inmate Commissary Fund and the programs operated from the Commissary Fund, including the Inmate Telephone System (ITS).

3. The statements in this declaration are based upon my personal knowledge, belief and experience, and upon information made available to me in the course of my official duties.

4. Pursuant to 28 C.F.R. § 540.100(a), the BOP is authorized to implement and manage a telephone system for inmates in federal prisons and impose limitations consistent with the Bureau's correctional management responsibilities. One aspect of ITS is the "Push 5" requirement. The "Push 5" requirement governs acceptance of incoming calls from inmates and

it's purpose is to protect the public from unwanted and potentially harassing and intrusive contact with inmates.

5. When an inmate makes a call, the call recipient is informed that the call is coming from a federal prison and the name of the inmate is provided. Call recipients are informed that the call is pre-paid and they will not be charged for the call. If the call recipient does not wish to accept the call he/she may hang up and the call will be disconnected. The only means of accepting a call from an inmate is for the call recipient to push the number "5" on his or her telephone. The inmate will then be connected and the call may commence. To block future calls, the call recipient has the option of pushing the number "7" on their telephone. All future calls from the inmate will then be blocked.

6. I am aware of Plaintiff's suggestion that the BOP remove the "Push 5" requirement and instead provide a five second delay after which a call would be connected if no negative response is given. Implementing this procedure would defeat the BOP's goal of protecting the public from unwanted and potentially harassing contact with inmates.

7. First, a five second delay would allow inmates to leave harassing and threatening messages on voice mails. Second, when going through an automated switchboard, inmates would have the ability to input an extension (after the five second delay) and then contact persons in the general public without their consent to communicate. Third, after the five second delay, an inmate could have unfettered access to an automated voice mail system, which would present the inmate with the opportunity to commit remote toll fraud. Remote toll fraud is the fraudulent, illegal use of a company's telecommunications system by a third party from a remote location. A party who successful commits remote toll fraud is able to make a long distance call in a way that

2

he or she is not billed for the call. For example, a common scam involves conning employees in businesses that use private branch exchanges. A private branch exchange is a telephone exchange that serves a particular business or office, as opposed to one that a common carrier or telephone company operates for many businesses or for the general public. Through a private branch exchange, an inmate is transferred to an employee who has no way of knowing the call is from an inmate. The inmate can then con the employee into transferring him or her to an outside toll number, a technique known as social engineering. The call would be billed to the business, and the business's phone number rather than the inmate's phone number. The BOP houses inmates who were convicted of computer and telephone fraud for committing such scams.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __4__th day of January 2008 in Washington, D.C.

_____

Michael Atwood

Bureau of Prisons Trust Fund Branch

3