UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRANDON C. SAMPLE, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action 06-0715 (PLF) |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS'
REPLY ON THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through the undersigned counsel, respectfully move for leave to file a response to Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (Plaintiffs' "Reply Brief") (Docket No. 69). Because Plaintiffs are incarcerated and pro se, it is unnecessary for the undersigned counsel to confer with them about this motion. See LCvR 7(m). The grounds for this motion are as follows:

In their Second Amended Complaint, in Counts 8, 11 and 14, respectively, Plaintiffs assert that: (1) the Bureau of Prisons (the "BOP") is in violation of, and should be forced to comply with, the Paperwork Reduction Act (the "PRA"); (2) the BOP has failed to respond adequately to Plaintiff Sample's request under the Freedom of Information Act ("FOIA") for records concerning the purchase of food items in 2004 from the "Kosher Cajun Deli" for the FCI Beaumont Low facility for the Passover ceremonial meal;[1] and (3) pursuant to FOIA, the BOP

---

[1] Plaintiffs have conceded that this is the only aspect of Count 11 that is not moot. (See Pls. Mem. & Points of Authorities in Support of Their Mot. for Summ. J. & Response to Defs. Mot. to Dismiss or for Summ. J. at 20; Pls. Reply Br. at 13.)

should be forced to publish 13 categories of documents on its public website and maintain electronic copies of its records.  (See Docket No. 22 ¶¶37-39, 44-46; Docket No. 30 ¶¶51-57.)

Defendants have argued that those three Counts should be dismissed, or at the very least, that Plaintiffs should not be awarded summary judgment on them, because:  (1) there is no private right of action under the PRA; (2) the BOP's records show that FCI Beaumont's Religious Services Department did not purchase any items from the Kosher Cajun Deli in 2004 for the FCI Beaumont Low facility; and (3) Plaintiffs lack standing to assert that the BOP should be forced to publish the 13 categories of documents on its public website and maintain electronic copies of its records.  (See Docket No. 60 at 21-25; Docket No. 65 at 3-4; Docket No. 67 at 2.)

In their Reply Brief, Plaintiffs make three arguments with respect to the above Counts to which Defendants believe a response is necessary in order to clarify the record for the Court. First, as to Count 8, Plaintiffs concede that they do not have a private right of action under the PRA, but argue that (1) they can bring a claim to force the BOP to comply with the PRA under the Administrative Procedure Act ("APA"); and (2) the Court should construe the claim they have asserted in Count 8 as arising under the APA (even though Plaintiffs clearly asserted in Count 8 a claim arising under the PRA).  (Pls. Reply Br. at 12-13.)  Second, Plaintiffs argue that they should prevail as to Count 11 because the BOP has not addressed whether FCI Beaumont's Food Services Department purchased items from the Kosher Cajun Deli in 2004 for the FCI Beaumont Low facility for the Passover ceremonial meal.  (Id. at 13-14.)  And, third, Plaintiffs assert that if this Court finds that they have standing to assert the claims that appear in Count 14, then the Court should immediately order the BOP to publish the 13 categories of documents on its public website and maintain electronic copies of its records.  (Id. at 15-16.)

     Defendants strongly disagree with the arguments Plaintiffs make in their Reply Brief as to Counts 8 and 14.  Moreover, Defendants seek to explain why the claim asserted by Plaintiffs in Count 11 is now moot.  For these reasons, Defendants seek leave to file a response to Plaintiffs' Reply Brief.

     Attached hereto are:  (1) a proposed order granting Defendants' Motion for Leave to File a Response to Plaintiffs' Reply Brief; and (2) Defendants' Response to Plaintiffs' Reply Brief.

Dated: January 9, 2008                        Respectfully submitted,

                                            /s/
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                                            /s/
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

                                            /s/
                              CHRISTOPHER B. HARWOOD
                              Assistant United States Attorney
                              555 Fourth St., N.W.
                              Washington, D.C.  20530
                              Phone: (202) 307-0372
                              Fax: (202) 514-8780
                              Christopher.Harwood@usdoj.gov

**Of Counsel:**

Oliver M. Lewis, Esq.
U.S. Department of State
Washington, D.C.

Wanda Hunt, Esq.
Delaine Martin Hill, Esq.
Bureau of Prisons
Washington, D.C.

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**BRANDON C. SAMPLE**
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

**BERNARD SHAW**
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599

                                         /s/
                                 Christopher B. Harwood