UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' REPLY ON THEIR MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendants' Motion for Leave to File a Response to Plaintiffs' Reply on Their Motion for Summary Judgment ("Defendants' Motion"), and the entire record herein, it is, this ____ day of _____, 2008,

ORDERED that Defendants' Motion be and hereby is GRANTED.

SO ORDERED.

_____
United States District Judge

Copy to:

**ECF Counsel**

**BRANDON C. SAMPLE**
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

**BERNARD SHAW**
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599