1:33    5048882014    KOSHER CAJUN    PAGE 02



# KOSHER CAJUN DIST., INC.

INVOICE Nº

(504) 888-2010
Fax (504) 888-2014
Website: koshercajun.com
Hours: Sun 10-3 • Mon-Th 10-7 • Fri 10-3

US Dept of Justice - Beaumont
5870 Knauth Rd  Beaumont TX 77705

Date 4/1/04

| | | | |
|---|---|---|---|
| 2 | Passover Seder Meals | 289.50 | 868 50 |
| 2 | Rotisserie Chick | 10.95 | 21 90 |
| 4 | Matzo Meal | 3.49 | 13 96 |
| 2 | 16oz chili horseradish | 2.99 | 5 98 |
| 40 | Ritz sandwichen w/gefilte | 3.29 | 131 60 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

SUB TOTAL   1041 94
Fedex Ship   500 —
SALES TAX
TOTAL  $ 1541 94

OK
Paid by Fedex
4/1/04

There will be an additional $10.00 charge for any returned checks. Interest at the rate of 1.5% per month (ANNUAL PERCENTAGE RATE OF 18%) will be added to all invoices not paid within 30 days. In the event this invoice is placed for collection, a minimum charge of 25% collection and/or attorney fees plus all costs of collection will be assessed.

Please Pay From This Invoice. No Statement Sent.

Customer's
Signature _____