

# KOSHER CAJUN DIST., INC.

INVOICE Nº

(504) 888-2010
Fax (504) 888-2014
Website: koshercajun.com
Hours: Sun 10-3•Mon-Th 10-7•Fri 10-3

US Dept of Justice - Beaumont
5870 Knauth Rd Beaumont TX 77708

Date 4/1/04

| Qty | Description | Price | Amount |
|---|---|---|---|
| 3 | Passover Seder Meals | 289.50 | 868 50 |
| 2 | Rotisserie Chicken | 10.95 | 21 90 |
| 4 | Matzo Meal | 3.49 | 13 96 |
| 2 | 16oz White Horseradish | 2.99 | 5 98 |
| 40 | Muenster cheese w/Scallion | 3.29 | 131 60 |

CC
Paid by fax
4/3/04

SUB TOTAL    1041 94
Fedex Ship    500 —
SALES TAX    ——
TOTAL $    1541 94