# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF PRISONS
# CREDIT CARD PURCHASE FORM
(Not for Personal Use Items)

No._____

LOW    5870 KNAUTH RD. BEAUMONT TX 77705

**VENDOR NAME:** Kosher Cajun        **PHONE NUMBER:** 504-888-2010
**DEPARTMENT:** Food Service Low                           3 of 4
**CARD HOLDER NAME:**                **DATE:** 3-16-04

| STOCK NO. | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 3 | EA. | Seder Package #1 (Oven roasted Fresh Brisket) with chopped liver pate w/ Matzoh Crackers | 289.50 | 868.50 |
| | 2 | EA. | Rotisserie Chicken | 10.95 | 21.90 |
| 172 | 4 | EA. | Matzo meal Canister | 3.49 | 13.96 |
| 751 | 2 | EA. | White Prepared Horseradish 16 OZ | 2.99 | 5.98 |
| 740 | 40 | EA. | Rite Cream Cheese and Scalliion | 3.29 | 131.60 |
| | | | Need delivery no later than April 2, 2004 | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | **TOTAL AMOUNT** | ~~1041.94~~ 1541.44 |

ACCOUNTING CODE (If other than default) _____

Card Holder Signature: _____ Date: 3/19/04
Cost Center Manager: _____ Date: 3/19/04
Computer Svc. Approval: _____ Date: _____
Safety Dept. Approval: _____ Date: _____
Warehouse: _____ Date: _____
OFFICE REQ. Nº: _____