UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON SAMPLE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0715 (PLF) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Defendant. | ) |

## ORDER

It is hereby

ORDERED that plaintiffs' motion for return of overpayment [Dkt. #56] is GRANTED. It is further

ORDERED that the Clerk of Court shall reimburse plaintiff Brandon Sample (Fed. Reg. # 33949-037) $100, shall reimburse plaintiff Bernard Shaw (Fed. Reg. # 59469-004) $15.69, and <u>shall send these payments to the following address: P.O. Box 474701, Des Moines, IA 50947-0001</u>. It is further

ORDERED that the Clerk of the Court shall mail a copy of this Order to plaintiffs at their addresses of record.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

Date:   January 17, 2008