UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRANDON SAMPLE, *et al.*,           )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil Action No. 06-0715  (PLF)
                                    )
FEDERAL BUREAU OF PRISONS,          )
                                    )
            Defendant.              )
_____)


ORDER

      Before the Court is Plaintiff Sample's Motion for a Protective Order. He alleges that, pursuant to the Federal Bureau of Prisons' document retention schedule, the agency "is actively destroying some of" the records that should be made available under the Freedom of Information Act. Pl.'s Mot. at 2. "[I]n an effort to avoid protracted litigation over the instant motion," the BOP "agree[s] to retain for the duration of this litigation all of the Documents that Plaintiffs identified in Count 14 and 'that are still in existence.'" Defendants' Response to Plaintiffs' Motion for a Protective Order at 1.

      Accordingly, it is hereby

      ORDERED that plaintiffs' Motion for a Protective Order [Dkt #62] is DENIED WITHOUT PREJUDICE.

      SO ORDERED.

/s/
PAUL L. FRIEDMAN
Date: January 17, 2008                United States District Judge