UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRANDON SAMPLE, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 06-0715  (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

It is hereby

ORDERED that Plaintiffs' Motion to Withdraw Motion for Leave to File Reply in Support of Plaintiff's Motion for Summary Judgment Out Of Time [Dkt. #71] is GRANTED. Plaintiff's Motion for Leave to File Reply in Support of Plaintiff's Motion for Summary Judgment Out Of Time [Dkt. #69] is WITHDRAWN. It is further

ORDERED that Plaintiff's Motion for Order Directing Clerk to File Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment [Dkt. #71] is GRANTED. The Clerk of Court shall docket the Reply, submitted as an attachment to the Motion for Leave to File Reply in Support of Plaintiff's Motion for Summary Judgment Out Of Time, as a separate docket entry.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
Date: January 17, 2008                United States District Judge