UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL.,              )

v.                                      )       No. 06-715 (PLF)

FEDERAL BUREAU OF PRISONS, ET AL.       )

## PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S RULE 56(f) MOTION

Despite the facial appeal of many of the BOP's reasons supporting the push "5" requirement and the rejection of the alternative offered by Plaintiffs, BOP overlooks one important point--there is no push "5" requirement for international calls over the Inmate Telephone System. All of the "problems" BOP identifies that would result from the implementation of Plaintiffs' alternative do not exist with international calling. Indeed, Plaintiffs' alternative provides greater protection to callers than the direct dialing permitted with international calls. BOP cannot have it both ways. With the requested discovery, Plaintiffs will be able to demonstrate that the push "5" requirement is indeed an arbitrary and irrational response to BOP's asserted goals of protecting the public. Accordingly, Plaintiff's Rule 56(f) Motion should be granted.

RECEIVED

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505


Bernard Shaw #59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 15th day of January, 2008, first-class postage pre-paid, on the following:

Christopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530


Brandon Sample