UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL.,            )
v.                                    )     No. 06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL.     )

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S REPLY ON THEIR MOTION FOR SUMMARY JUDGMENT, AND MOTION FOR AN ORDER DIRECTING DEFENDANTS TO FILE A SUPPLEMENTAL RESPONSE REGARDING COUNT FOURTEEN, AND MOTION FOR LEAVE TO FILE A REPLY TO BOP'S RESPONSES CONCERNING COUNT FOURTEEN

Defendant Federal Bureau of Prisons moves for leave to file a response (actually a surreply) to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment ("Plaintiff's Reply"). Although the argument presented by BOP in its "response" should have been included in its initial response to Plaintiff's Motion for Summary Judgment ("Plaintiff's MSJ"), Plaintiffs will not oppose BOP's request. Plaintiffs in this case are foremost concerned with the "just and speedy" determination of the case. See Fed.R.Civ.P. 1. Requiring the Plaintiffs and the Court to deal with additional dispositive motions in the event the Court were to reject BOP's standing arguments regarding Count 14 would not serve these interests.

Nevertheless, Plaintiffs are concerned that despite the filing of BOP's "response," BOP will seek to provide additional argument regarding Count 14 should the Court rule against BOP. For instance, BOP's "response" does not address whether the other 10 categories of records listed in Count 14 fall within the ambit of 5 U.S.C. § 552(a)(2)(A)-(C). If BOP wishes to file

an additional "response" detailing why the remaining 10 categories of records are not subject to § 552(a)(2)(A)-(C), it should do so now. Accordingly, BOP's motion for leave to file a response to Plaintiff's reply should be granted, BOP should be directed to file a supplemental response raising any additional argument BOP desires to present regarding Count 14, and Plaintiffs should be permitted an opportunity to file a reply to BOP's responses concerning Count 14.[1]

                          Respectfully submitted,

                          Brandon Sample #33949-037
                          Federal Prison Camp
                          P.O. BOX 9300
                          Texarkana, Texas 75505

                          Bernard Shaw #59469-004
                          FSL Jesup
                          2680 Highway 301 South
                          Jesup, Georgia 31599

---

[1] In December of 2007 Congress passed legislation revamping the Freedom of Information Act. Plaintiffs are awaiting a copy of the legislation to determine what, if any, effect it may have on this case. In addition, Plaintiffs are considering seeking leave to amend in order to add a prayer for declaratory relief. Specifically, Plaintiffs are contemplating seeking a declaratory judgment stating that the 13 categories of records listed in Count 14 are "final opinions" or "orders made in the adjudication of cases," 5 U.S.C. § 552(a)(2)(A), "statements of policy" or "interpretations which have been adopted by the agency and are not published in the Federal Register," 5 U.S.C. § 552(a)(2)(B), or "instructions to staff that affect a member of the public," 5 U.S.C. § 552(a)(2)(C). In order to prevent duplicitous filings regarding Count 14, the Court might consider delaying a ruling on the instant motion and BOP's motion for leave to file a response to Plaintiff's reply until after February 10, 2008. By then, any motion for leave to amend (and accompanying amended complaint) will have been filed by Plaintiffs.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 16th day of January, 2008, first-class postage pre-paid, on the following:

Christopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

                                            _____
                                            Brandon Sample