UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON SAMPLE, ET AL.,            )
                                   )
v.                                 )    06-715 (PLF)
                                   )
FEDERAL BUREAU OF PRISONS, ET AL.  )

### PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME

The undersigned Plaintiffs, Brandon Sample and Bernard Shaw, respectfully request an extension of time until February 21, 2008, in which to file their Reply to Defendants' Opposition to Plaintiffs' Motion for an Order Directing Defendants to File a Supplemental Response Regarding Count 14. Plaintiffs would have filed this motion sooner, but did not receive the Defendants' response until late last week. This extension is sought in good faith.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505


Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 12th day of February, 2008, via first-class mail, postage prepaid, on the following:

Chistopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Brandon Sample