RECEIVED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,          )
                                 )
v.                               )      06-715 (PLF)
                                 )
FEDERAL BUREAU OF PRISONS, ET AL.)

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S REPLY ON THEIR MOTION FOR SUMMARY JUDGMENT

Defendant Federal Bureau of Prisons ("BOP") was recently permitted to file a Response to Plaintiffs' Reply on Their Motion for Summary Judgment. BOP's response contains argument regarding Counts 8, 11, and 14 that Plaintiffs have never had an opportunity to address. For instance, BOP contends that three categories of records sought to be disclosed under FOIA via computer telecommunication means are not subject to § 552(a)(2)(A)-(C), and the APA does not provide a cause of action to enforce FOIA. Attached is reply to the BOP's response that fully addresses why each of BOP's arguments should be rejected (with the exception of one category of records). Accordingly, Plaintiffs respectfully request leave to file the attached Reply to Defendant's Response to Plaintiff's Reply on Their Motion for Summary Judgment.

Respectfully submitted,

Brandon Sample #33949-037

Bernard Shaw #59469-004

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was served this ___19th___ day of February, 2008, via first-class mail, postage prepaid, on the following:

Chistopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

_____
Brandon Sample