RECEIVED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,            )
                                   )
v.                                 )     06-715 (PLF)
                                   )
FEDERAL BUREAU OF PRISONS, ET AL.  )

### PLAINTIFF'S NOTICE OF FILING

Plaintiff Sample is currently participating in a Federal Bureau of Prison's program that permits him to send and receive e-mail. Sample intends to add counsel for Defendants, Mr. Harwood, to his approved contact list so they may exchange messages regarding the instant case more efficiently. In order add Mr. Harwood to Sample's approved contact list, Mr. Harwood must click "approve" and "send" in response to a computer generated message that he will receive in his inbox shortly after this document is filed. Thereafter, both Messrs. Harwood and Sample will be allowed to e-mail each other. All of the e-mails are monitored by the Bureau of Prisons, no attachments are permitted, and the body of each e-mail may not exceed 13,000 characters. Mr. Sample's e-mail address on the system is 33949037@inmatemessage.com.

Respectfully submitted,

*Brandon Sample*
Brandon   Sample   #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this \_\_19th\_\_ day of February, 2008, via first-class mail, postage prepaid, on the following:

Chistopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

*Brandon Sample*
Brandon Sample