RECEIVED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,            )
v.                                 )    06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL.  )

### PLAINTIFF'S STATUS REPORT

Plaintiff Sample offers the following status report regarding the disclosure of records responsive to Counts Nine and Eleven. To date, Plaintiff Sample still has not received the records related to Count Nine despite the party's stipulation of settlement and dismissal. The records sought in Count 11, on the other hand, have since been disclosed. Accordingly, Count 11 should be dismissed as moot.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 19th day of February, 2008, via first-class mail, postage prepaid, on the following:

Chistopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Brandon Sample