UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,            )
                                    )
v.                                  )    06-715 (PLF)
                                    )
FEDERAL BUREAU OF PRISONS, ET AL.  )

RECEIVED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT**

BOP recently filed a status report arguing that Count Eight should be dismissed before the Office of Management and Budget ("OMB") determines whether BOP is exempt from the Paperwork Reduction Act ("PRA"). For the reasons set forth in the Plaintiffs' Reply to Defendants' Response to Plaintiffs' Reply on Their Motion for Summary Judgment, filed contemporaneous herein, BOP's request should be denied.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 19th day of February, 2008, via first-class mail, postage prepaid, on the following:

Chistopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Brandon Sample