UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,            )
                                   )
            Plaintiffs,            )
                                   )
      v.                           )     Civil Action No. 06-0715 (PLF)
                                   )
FEDERAL BUREAU OF PRISONS, et al., )
                                   )
            Defendants.            )
_____)

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFFS' FEBRUARY 27, 2008 FILINGS**

Defendants hereby move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to respond to Plaintiffs' (1) Amended Motion for Summary Judgment on Count One of their Second Amended Complaint; (2) Motion for Leave to Conduct Discovery; and (3) Renewed Motion for Appointment of Counsel. Defendants' responses to those Motions are currently due by March 12, 2008. Defendants respectfully request up to and including March 24, 2008 to submit their responses. Because Plaintiffs are incarcerated and pro se, it is unnecessary for the undersigned Assistant United States Attorney (the "undersigned AUSA") to confer with them about this Motion.[1] The grounds for this Motion are as follows:

1. Plaintiffs have already submitted a motion for summary judgment addressing, inter alia, Count One of their Second Amended Complaint, and that motion has been fully briefed. Defendants will not object to the filing of Plaintiffs' Amended Motion for Summary Judgment, but will require additional time to respond to that Motion.

---

[2] Local Civil Rule 7(m)'s duty to confer applies only to non-incarcerated parties appearing pro se.

2. This case was transferred to the undersigned AUSA after briefing had already been completed on the parties' dispositive motions regarding Count One of Plaintiffs' Second Amended Complaint. Thus, before the undersigned AUSA could begin drafting Defendants' response to Plaintiffs' Amended Motion for Summary Judgment on Count One, he had to first familiarize himself with all prior briefing on Count One.

3. The undersigned AUSA has been working diligently on Defendants' response to Plaintiffs' Amended Motion for Summary Judgment. In drafting that response, the undersigned AUSA has discovered that he needs to obtain additional information from agency counsel. The undersigned AUSA cannot complete his work on Defendants' response to the Amended Motion for Summary Judgment until he obtains that information, and agency counsel has indicated that it will likely take the agency a number of days to gather the information that the undersigned AUSA has requested.

4. Plaintiffs' Motion for Leave to Conduct Discovery and Renewed Motion for Appointment of Counsel both relate to issues raised in their Amended Motion for Summary Judgment on Count One. Thus, the undersigned AUSA cannot finalize Defendants' responses to the prior Motions until after he has finalized Defendants' response to the Amended Motion for Summary Judgment.

5. This extension is sought in good faith and not for purposes of delay.

6. There is no schedule currently in place addressing briefing on Plaintiffs' Amended Motion for Summary Judgment, Motion for Leave to Conduct Discovery or Renewed Motion for Appointment of Counsel.

Accordingly, Defendants respectfully request that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

                                  Respectfully submitted,

                                  /s/
                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                United States Attorney

                                /s/
                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                Assistant United States Attorney

                                /s/
                                CHRISTOPHER B. HARWOOD
                                Assistant United States Attorney
                                United States Attorney's Office
                                Civil Division
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of March, 2008, true and correct copies of the foregoing Motion and the proposed order were served via first class prepaid postage as follows:

**BRANDON C. SAMPLE**
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

**BERNARD SHAW**
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599

                                            /s/
                                      CHRISTOPHER B. HARWOOD
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W.,
                                      Washington, D.C. 20530
                                      (202) 307-0372