UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, et al.,           )
                                  )
                Plaintiffs,       )
                                  )
        v.                        )        Civil Action No. 06-0715 (PLF)
                                  )
FEDERAL BUREAU OF PRISONS, et al., )
                                  )
                Defendants.       )
_____ )

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time, it is this ____ day

of _____, 2008,

ORDERED that Defendants' Motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED that Defendants shall file their responses to Plaintiffs'

February 27, 2008 filings by March 24, 2008.

SO ORDERED.


_____
United States District Judge

Copy to:

ECF Counsel

BRANDON C. SAMPLE
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

BERNARD SHAW
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599