UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having reviewed Plaintiffs' Amended Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Amended Motion for Summary Judgment, and the entire record herein, it is, this _____ day of

_____, 2008,

ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED; and it is

FURTHER ORDERED that Plaintiffs' Amended Motion for Summary Judgment is DENIED; and it is

FURTHER ORDERED that Count One of Plaintiffs' Second Amended Complaint is DISMISSED with prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

ECF Counsel

BRANDON C. SAMPLE
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

BERNARD SHAW
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599