UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED STATEMENT OF MATERIAL FACTS TO WHICH THERE EXISTS NO GENUINE ISSUE**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 7(h) and 56.1, Defendants respectfully submit this response to Plaintiffs' Amended Statement of Material Facts to Which There Exists No Genuine Issue ("Plaintiffs' Statement"). Defendants respond to the numbered paragraphs in Plaintiffs' Statement as follows:

1. Defendants do not dispute the facts set forth in paragraph 1.

2. Defendants do not dispute the facts set forth in paragraph 2.

3. Defendants do not dispute the facts set forth in paragraph 3.

4. Defendants do not dispute the facts set forth in paragraph 4, except that they dispute any insinuation that it was "simple" for a non-inmate whose telephone number had been placed on an inmate's official telephone list to have his number removed from that list.

5. Defendants dispute any suggestion that Plaintiffs have presented sufficient evidence to support their assertion that they have been unable to communicate telephonically with "clerks of courts, businesses, friends, family members, government agencies" or any other persons or entities as a result of the "push 5" requirement. Defendants do not

dispute that the "push 5" requirement limits inmates' ability to communicate telephonically with those called parties whose telephones are answered solely by an automated telephone answering system.

Dated: March 24, 2008          Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

**Of Counsel:**

Wanda Hunt, Esq.
Delaine Martin Hill, Esq.
Bureau of Prisons
Washington, D.C.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**BRANDON C. SAMPLE**
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

**BERNARD SHAW**
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599

                                            /s/
                                   Christopher B. Harwood