UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action 06-0715 (PLF) |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| Defendants. ) | |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERY

In this lawsuit, Plaintiffs are challenging, inter alia, the "push 5" requirement of the Bureau of Prison's inmate telephone system. Plaintiffs claim that the "push 5" requirement is unlawful because, inter alia, it violates their First Amendment rights.

Recently, Plaintiffs moved for leave to conduct document and deposition discovery so that they can establish that the "push 5" requirement is unconstitutional. (See Docket No. 92.)[1] Defendants submit that such discovery is wholly unnecessary. In light of the arguments presented in Defendants' March 24, 2008 Cross-Motion for Summary Judgment, there can be no doubt as to the constitutionality of the "push 5" requirement. Thus, Plaintiffs' motion for leave to conduct discovery should be denied.

Dated: March 24, 2008            Respectfully submitted,

                                  /s/
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

---

[1] This Court has previously denied Plaintiffs leave to conduct discovery. (See Sept. 26, 2007 Minute Order.)

                                              /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                              /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

**Of Counsel:**

Wanda Hunt, Esq.
Delaine Martin Hill, Esq.
Bureau of Prisons
Washington, D.C.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**BRANDON C. SAMPLE**
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

**BERNARD SHAW**
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599

                                              /s/
                                    Christopher B. Harwood