UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRANDON C. SAMPLE, et al.,         )<br>                                                            )<br>            Plaintiffs,                             )<br>                                                            )<br>            v.                                          )<br>                                                            )<br>FEDERAL BUREAU OF PRISONS, et al.,  )<br>                                                            )<br>            Defendants.                          )<br>_____) | Civil Action 06-0715 (PLF) |

## **ORDER**

Having reviewed Plaintiffs' Motion for Leave to Conduct Discovery and Defendants' memorandum in opposition thereto, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Plaintiffs' Motion for Leave to Conduct Discovery is DENIED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

ECF Counsel

BRANDON C. SAMPLE
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

BERNARD SHAW
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599