UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,          )
v.                               )   No. 06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL. )

### PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME

In accordance with Fed.R.Civ.P. 6(b), the undersigned Plaintiffs, Brandon Sample and Bernard Shaw, respectfully request an enlargement of time up to and including May 9, 2008, in which to respond/reply to Defendant Federal Bureau of Prisons' (BOP) March 24, 2008, filings. Additional time is needed due to (1) Plaintiffs' need to confer by mail regarding BOP's filings; (2) Plaintiff Sample's upcoming observance of Passover in April; (3) delays associated with obtaining legal research materials from the institution; and (4) institutional work requirements. The requested enlargement of time is sought in good faith.

Respectfully submitted,

Brandon Sample #33949-037
P.O. BOX 9300
Texarkana, Texas 75505

Bernard Shaw #59469-004
2680 Highway 301 South
Jesup, Georgia 31599

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 28th day of March, 2008, via first-class mail, postage prepaid, on the following:

Christopher Harwood
Assistant U.S. Attorney
555 Fourth Street, NW
Suite 4220
Washington, DC 20530

_____
Brandon Sample