UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,           )
v.                                )     06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL. )

**PLAINTIFF SAMPLE'S MOTION TO REINSTATE COUNT NINE
IN ORDER TO RESOLVE NONCOMPLIANCE WITH SETTLEMENT AGREEMENT**

On September 4, 2007, Plaintiff Brandon Sample ("Sample") and the Federal Bureau of Prisons ("BOP") settled Count Nine of the above entitled lawsuit regarding whether the Freedom of Information Act ("FOIA") requires BOP to provide Sample with a copy of its BOPDOCS disc. See Docket Entry ("Docket Entry") 52. According to the settlement agreement, BOP agreed to provide Sample with "a redacted copy of the December 2003 BOPDOCs CD Rom, without imposition of fees. All proprietary software will be removed." DE 52 ¶ 2. To date, however, the BOPDOCS disc has yet to be provided to Sample.

According to the BOP's recent filings, the delay in producing the disc is related to the review and redaction of certain documents on the disc. However, the only redaction authorized by the party's settlement agreement is the removal of proprietary software. This is clear from the face of the settlement agreement and the communications between Sample and counsel for BOP when the agreement was reached, Sherease Louis. Accordingly, the Court should reinstate Count Nine of the suit and order BOP to release a copy of the 2003 BOPDOCS disc to Sample absent proprietary software only by May 15, 2008.

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*/s/ Brandon Sample*

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 10th day of April, 2008, via first-class mail, postage prepaid, on the following:

Christopher Harwood
Assistant U.S. Attorney
555 Fourth St. N.W.
Washington, DC 20530

*/s/ Brandon Sample*
Brandon Sample