UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, et al., :
:
       Plaintiffs, :
:
v. : Civil Action No. 06-0715 (PLF)
:
FEDERAL BUREAU OF PRISONS, et al., :
:
       Defendants. :

## DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

# VAUGHN INDEX

| Document | Description | Basis for Exemption |
|---|---|---|
| 1<br>Technical Reference Manuals (TRM) and internal news letters | Manuals written to provide technical guidance to staff concerning the operation of various computer programs, systems and databases involving the internal operations of the Federal Bureau of Prisons. Provides detailed instructions and other information on how to operate these computer systems.<br><br>Redacted portions of News letters provided similar guidance to staff concerning the operation of various computer programs, systems and databases involving the internal operations of the Federal Bureau of Prisons. | Withheld TRMs in full when segregability of the information was not possible as the information remaining after redactions was meaningless. Partial release of other TRMs and News Letters when segregation was possible. Information withheld or redacted under (b)(2), as the information release could risk circumvention of the security measures in place to protect vital information regarding prison security and information protected by the Privacy Act. |

|  |  |  | Release of the technical information contained in the internal news letters and manuals at issue could allow an outsider to gain unauthorized access to the BOP's internal computer programs, systems and databases and, thereby, undermine BOP security. There is additional concern that because inmates are constantly in close proximity to staff working with internal computer programs, that should any breach of security occur allowing access, knowledge of these programs and the codes used in them, as discussed in these news letters and manuals will allow quicker and further access to secure information. |
|---|---|---|---|

3

| | | |
|---|---|---|
| 2<br><br>Internal Telephone Directory | Telephone directory of Psychology Staff at all prisons with their pager/beeper numbers. | Withheld directory under (b)(2) as it is an internal record of a trivial nature to the public. Additionally, pagers/beepers are used to contact Psychology staff in the event of an emergency at a prison. Release of these numbers to the public could risk circumvention of these contact procedures by false alarm calls. |

4

| 3 Program Statements | Policy documents intended to provide instructions to staff detailing security procedures concerning the operation of federal prisons. These records discuss internal security practices for staff to follow in critical correctional subjects such as inmate accountability, emergency procedures, and inmate investigations. | Withheld Program Statements in full when segregability of the information was not possible as the information remaining after redactions was meaningless. Withheld under (b)(2) as the information release could risk circumvention of the security measures in place to protect the security of all federal prisons. |

Pursuant to Title 28 U.S.C. Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this day, April 25, 2008.

Wilson Moorer
Federal Bureau of Prisons