UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action 06-0715 (PLF) |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Having considered Plaintiff Brandon C. Sample's Motion to Reinstate Count Nine and the Bureau of Prison's memorandum in opposition thereto, and the entire record herein, it is, this _____ day of _____, 2008,

ORDERED that Plaintiff's Motion to Reinstate Count Nine is DENIED.

SO ORDERED.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE

Copy to:

ECF Counsel

BRANDON C. SAMPLE
#33949-037
P.O. Box 9300
Texarkana, Texas 75505