UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

### STATUS REPORT AND MOTION FOR LEAVE TO FILE
### NOTICE OF CLARIFICATION

Plaintiffs' operative pleading contains fourteen Counts. The parties have resolved their disputes with respect to five of those Counts, and thus, those five Counts are no longer before this Court. Those five Counts are: Counts 5, 10, 11, 12 and 13. (See Docket No. 46 (Counts 10, 12, 13); Docket No. 79 at n.5 (Count 5); Docket No. 89 (Count 11).) In addition, the parties have settled Count 9.[1] (See Docket No. 52.)

The parties are currently pursuing the possibility of settlement with respect to Count 14, and are in the midst of briefing Plaintiffs' supplemental motion for summary judgment (and the Bureau of Prison's (the "BOP") cross-motion for summary judgment) on Count 1. Count 8 alleges that the BOP is in violation of the Paperwork Reduction Act (the "PRA"). On prior occasions, the BOP has explained why Count 8 should be dismissed. (See, e.g., Docket Nos. 73, 74.) Nevertheless, in accordance with its past representations to this Court, the BOP is seeking to obtain a statement from the Office of Management and Budget (the "OMB")—which is

---

[1] Plaintiffs have recently moved for the reinstatement of Count 9 due to the Bureau of Prison's alleged failure to comply with the parties' settlement agreement with respect to that Count. The Bureau of Prison's opposition to Plaintiffs' motion for reinstatement, which was filed yesterday, shows why that motion should be denied.

assigned oversight responsibility with respect to the PRA—regarding whether the OMB views the BOP as exempt from the PRA. As soon as the BOP obtains such a statement from the OMB, it will file with the Court a report addressing whether the OMB views the BOP as exempt from the PRA.

The remaining Counts at issue are Counts 2, 3, 4, 6 and 7. By way of this filing, the BOP hereby requests leave to file the attached Notice of Clarification with respect to its arguments for dismissal as to those Counts. Although the BOP has fully briefed a dispositive motion regarding Counts 2, 3, 4, 6 and 7, it believes that there is some ambiguity with respect to its arguments for dismissal as to those Counts. Thus, to assist this Court in resolving Counts 2, 3, 4, 6 and 7, the BOP respectfully submits the attached Notice of Clarification to clarify precisely why it believes that those Counts should be dismissed.

Dated: April 30, 2008                              Respectfully submitted,

                                                   /s/
                                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                   United States Attorney

                                                   /s/
                                                   RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                   Assistant United States Attorney

                                                   /s/
                                                   CHRISTOPHER B. HARWOOD
                                                   Assistant United States Attorney
                                                   555 Fourth St., N.W.
                                                   Washington, D.C.  20530
                                                   Phone: (202) 307-0372
                                                   Fax: (202) 514-8780
                                                   Christopher.Harwood@usdoj.gov

**Of Counsel:**

Wanda Hunt, Esq.
Delaine Martin Hill, Esq.
Bureau of Prisons
Washington, D.C.

Case 1:06-cv-00715-PLF     Document 101     Filed 04/30/2008     Page 3 of 4

4

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**BRANDON C. SAMPLE**
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

**BERNARD SHAW**
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599

                                    /s/
                           Christopher B. Harwood