UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SAMPLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 06-0715 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Having considered the Bureau of Prison's Motion for Leave to File Notice of Clarification, and the entire record herein, it is, this _____ day of

_____, 2008,

ORDERED that the Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

ECF Counsel

BRANDON C. SAMPLE
#33949-037
P.O. Box 9300
Texarkana, Texas 75505

BERNARD SHAW
#59469-004
FSL Jesup
2680 Highway 301 South
Jesup, Georgia 31599