

**U.S. Department of Justice**
Federal Bureau of Prisons

# Change Notice

**OPI:** ADM/TFB
**DIRECTIVE AFFECTED:** 4500.04
**CHANGE NOTICE NUMBER:** 8
**DATE:** 6/22/2004

1. **PURPOSE AND SCOPE.** To update Program Statement 4500.04, Trust Fund/Warehouse/Laundry Manual.

2. **SUMMARY OF CHANGES.** This CN implements the Executive Staff's recent decision to:

- increase the mark-up on Commissary items; and
- increase the inmate spending limit.

The necessary policy revisions are as follows:

a. Chapter 4523 was revised to implement the Commissary mark-up increase.

b. Chapter 4526 was revised to increase the inmate spending limit.

c. Chapter 4554 was revised to increase the inmate telephone rates Bureau-wide.

3. **TABLE OF CHANGES**

| **Remove** | **Insert** |
|---|---|
| Chapter 4523 | Chapter 4523 |
| Chapter 4524, Attachment A, Pg 1 | |
| Chapter 4526 | Chapter 4526 |
| Chapter 4554 | Chapter 4554 |

Changes are indicated by an asterisk (*) before and after added or deleted information.

**EXHIBIT 2**

4. **ACTION.** File this Change Notice in front of PS 4500.04, the Trust Fund\Warehouse\Laundry Manual.

/s/
Harley G. Lappin
Director

**EXHIBIT 2**

# Chapter 4523 - Pricing

* 1. PURPOSE AND SCOPE. Effective March 1, 2002, the following procedures for determining the selling price of items in the Commissary must be used. *

2. COST PRICE COMPUTATION. The cost price is determined by completing the following steps:

- Divide the cost per case (box, package, etc.) by the number of sellable units in the case, extended to two decimal places. Sellable unit is defined as the smallest individual unit sold in the Commissary.

- The cost price shall include transportation charges, except for Special Purpose Order items.

- The cost price does not ordinarily include taxes (State, local, or Federal).

* 3. SELLING PRICE COMPUTATION, COMMISSARY ITEMS (EXCLUDING TOBACCO PRODUCTS). The selling price for products other than those containing tobacco is determined by completing the steps below:

- With the calculator set to two decimal places, multiply the cost price for each sellable unit by 1.30.

- Round the result to the next highest nickel.

**Example:**

| Unit Cost Price (Extended 2 Decimals) | Computed Selling Price (Cost Multiplied by 1.30) | Rounded to Next Nickel | Mfr's Printed Price | Established Unit Selling Price |
|---|---|---|---|---|
| $ .98 | $1.27 | $1.30 | None | $1.30 |
| 1.16 | 1.51 | 1.55 | None | 1.55 |
| .29 | .38 | .40 | None | .40 |

Generally, the Federal Government does not pay taxes (State, local, or Federal) on purchases. However, when payment of taxes is required, these steps must be followed:

- Complete the first step above.

**EXHIBIT 2**

- Divide the total tax charge(s) by the number of sellable units taxed.

- Add the tax per sellable unit to the selling price computed above.

- Round the result to the next highest nickel, if necessary.

**Example:**

| Unit Cost Price (Extended 2 Decimals) | Computed Selling Price (Cost Multiplied by 1.30) | Tax | Rounded to Next Nickel | Established Unit Selling Price |
|---|---|---|---|---|
| $5.23 | $6.80 | $ .65 | $7.45 | $7.45 |

Occasionally, the selling price, rounded to the next highest nickel, may exceed the manufacturer's printed selling price. Then, the selling price must be set at the manufacturer's price, even though it may be in odd cents. In those instances when the calculated selling price is less than the manufacturer's printed selling price, the calculated selling price shall be used. **Printed selling price** applies only to preprinted, packaged, "across the counter" sales items (potato chips, pretzels, etc.). It does not apply to catalog prices such as those used for Special Purpose Order items (e.g., leather companies' catalogs).

**Example:**

| Unit Cost Price (Extended 2 Decimals) | Computed Selling Price (Cost Multiplied by 1.30) | Rounded to Next Nickel | Mfr's Printed Price | Established Unit Selling Price |
|---|---|---|---|---|
| $ .60 | $ .78 | $ .80 | $ .80 | $ .80 |
| .54 | .70 | .70 | .69 | .69 |
| .79 | 1.03 | 1.05 | 1.09 | 1.05 |

**Note:** Care must be exercised in pricing items that are sold individually and by the box or carton, such as cigarettes, cigars, snack crackers, candy bars, etc. The cost and selling price must be computed on the smallest individual unit (sellable unit) the institution sells. For example, if cigarettes are sold by the carton and the pack, the cost and selling prices must be computed on the pack. The computed selling price, rounded to the next

**EXHIBIT 2**

highest nickel, is then multiplied by 10 (the number of sellable units in the carton) to determine the carton's selling price.

4. SELLING PRICE COMPUTATION, TOBACCO PRODUCTS. The selling price for items containing tobacco (cigarettes, cigars, and smokeless tobacco) is determined by completing the steps below:

- With the calculator set to two decimal places, multiply the cost price for each sellable unit by 1.40 (see above note concerning sellable units).
- Round the result to the next highest nickel.

**Example:**

| Unit Cost Price (Extended 2 Decimals) | Computed Selling Price (Cost Multiplied by 1.40) | Rounded to Next Nickel | Established Unit Selling Price |
|---|---|---|---|
| $2.60 | $3.64 | $3.65 | $3.65 |
| 1.95 | 2.73 | 2.75 | 2.75 |
| 2.39 | 3.35 | 3.35 | 3.35 |

5. SELLING PRICE COMPUTATION, SPECIAL PURPOSE ORDERS. When establishing a selling price for Special Purpose Orders, these steps must be followed:

- With the calculator set to two decimal places, multiply the total cost price for the Special Purpose Order by 1.30.
- Add transportation charges.
- Round the results to the next highest nickel.

**Example:**

| SPO Total Price | Computed Selling Price (Cost Multiplied by 1.30) | Trans-portation Charge | Rounded to Next Nickel | Established Unit Selling Price |
|---|---|---|---|---|
| $5.98 | $7.77 | $1.23 | $9.00 | $9.00 |

**EXHIBIT 2**

When it is necessary to purchase special purpose items at retail cost, normal pricing procedures may not be used. **Retail cost** is defined as the cost at which the general public can purchase an item. The selling price must be computed by adding a five percent "handling charge" to the cost price, adding any shipping charges, and rounding the resulting figure to the next highest nickel.

| Retail Cost Price | 5 Percent Handling Charge | Computed Selling Price Retail Cost Plus 5 Percent | Trans-portation Charge | Rounded To Next Nickel | Established Unit Selling Price |
|---|---|---|---|---|---|
| $5.98 | $ .30 | $6.28 | $1.23 | $7.55 | $7.55 |

6. TICKETS/TOKENS. Tickets or tokens sold through the Commissary and used to purchase items or services must, without exception, be marked-up in the same manner as ordinarily stocked items (see Paragraph 3).

7. SELLING PRICE WITH NO MARK-UP. There may be no mark-up added to the cost and no rounding to the next $0.05 of the following items:

- Coins.
- Postage, except where coin-operated vending machines are installed and the denominations sold preclude change return.
- Discharge clothing (special-purpose clothing).
- Self-improvement textbooks.
- Correspondence courses.
- Tools and materials for educational/vocational training.
- Law books or other legal materials.
- Eyeglasses.
- Religious articles.
- Smoking Cessation Program materials.

8. SELLING PRICE ADJUSTMENT, TRUST FUND MERCHANDISE. When a new shipment's selling price, established per Paragraph 3, results in a different price from the existing unsold stock (either increase or decrease), a price adjustment must be computed automatically on the FPPOS System during the receiving function. Old and new stock may not be maintained at different selling prices.

The technician reporting directly to the Trust Fund Supervisor must maintain the current prices of inventory items in the FPPOS System. This includes the comparison of item costs and selling prices entered into the FPPOS System from the Receiving Report, and an occasional review of the "Daily Sales By Item" Report to ensure that proper markups are being computed.

**EXHIBIT 2**

**Example:** 17 units selling for $.35 each are in the Commissary; 120 units of like items are received. The new shipment of 120 units cost $.30 each. The computed selling price is $.39 each and requires rounding to $.40 each.

Adjustments for the Commissary inventory's selling price are determined as follows:

**Example:**

| | |
|---|---|
| Commissary inventory at New Selling Price (17 @ .40) | $6.80 |
| Commissary inventory at Old Selling Price (17 @ .35) | $5.95 |
| Commissary inventory selling price adjustment | $ .85 Increase |

Selling price changes must be recorded, as they occur, into the FPPOS Inventory Control Account - Price Adjustments (Maj. 650 - Min. 220 and Maj. 750 - Min. 000). The total for this entry may be obtained from the FPPOS Receiving Report.

Selling price changes are no longer recorded in FMIS.

9. TRUST FUND PRICE LISTS. Institutions must prepare and distribute lists of Commissary items and their selling prices to help inmates prepare shopping lists in advance.

10. REFUNDS/EXCHANGES. Sales are considered final after the inmate accepts the item(s), signs the sales receipt, and leaves the Commissary area.

11. COUPONS. Coupons may not be honored at the Commissary.

12. REBATES. Institutions are not encouraged to solicit cash rebates for merchandise purchases but must seek the best price available at the time of purchase. If a cash rebate is received at the institution, the funds must be deposited in the Trust Fund appropriation (15X8408) using sub-object code 2670.

13. SAMPLES. All non-food product samples received from a vendor must be returned to the vendor or destroyed as deemed appropriate. Any food samples considered for sale in the Commissary may only be sampled by staff formally designated by the Warden. A sample is any item not currently sold in the Commissary.

**EXHIBIT 2**

14. PROMOTION/QUANTITY DISCOUNTS. If additional items identical to those ordered are received with the order as part of a promotion or quantity discount, these items must be received via a Receiving Report (BP-104) and the cost per item must be computed using the total quantity received. The selling price must be computed on the resulting cost price and any price adjustments processed as described in Paragraph 7.

If promotion or discounted items are received after the original order receiving report has been processed, a donated receiving report must be prepared using the latest cost price and selling price for that item. The donated receiver is to be entered into FPPOS and FMIS in the same manner as other Commissary Receiving Reports. *

**EXHIBIT 2**

*

## Chapter 4554 - Inmate Telephone System - II - Rates

1. PURPOSE AND SCOPE. This Chapter outlines the rate structure applied to ITS-II calls placed by inmates.

2. COST OF CALLS UNDER THE ITS-II. Direct dial ITS-II telephone charges to inmates are to be established to encourage financial responsibility, family ties, and to ensure the ITS-II program remains financially solvent. The Chief, Trust Fund Branch with the Executive Staff's concurrence, is to establish telephone costs.

The Chief, Trust Fund Branch is to review costs periodically. The Executive Staff must approve any significant modifications to direct dial rates (other than those required by routine cost variances).

a. Direct Dial Rates For Local, Long Distance, and International Calls. Telephone rates for local, long distance and international telephone calls are to be set at a standard per minute flat rate for each type of service. These rates will be standard throughout the Bureau regardless of institution location.

b. Rates for Collect Calls. Collect rates are to be charged in accord with the ITS-II contract requirements. The called party will be given collect rates prior to accepting any collect call. The billed party may also obtain collect rates by contacting the service provider.

c. Information Concerning Direct Dial Rates for Inmate Calls. Each Warden is to ensure that information concerning the direct dial rates for telephone calls is maintained on file in the institution (e.g., law library, inmate library, unit). *

**EXHIBIT 2**