UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON SAMPLE, ET AL.,            )
v.                                 )   No.   06-715   (PLF)
FEDERAL BUREAU OF PRISONS, ET AL.  )

### PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME

In accordance with Fed.R.Civ.P. 6(b), the undersigned Plaintiffs respectfully request an enlargement of time up to and including June 9, 2008, in which to file a response/reply to the Defendants' March 24, 2008, filings. Previously, the Court granted Plaintiffs an extension of time until May 9, 2008. Additional time is needed in order to allow the parties to complete settlement negotiations regarding Count One.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505


Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 28th day via first-class mail, postage prepaid, on the following:

Mr. Christopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Suite 4220
Washington, DC 20530

*[signature]*
Brandon Sample