UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON C. SAMPLE, ET AL.,      )
                                )
v.                              )    06-715 (PLF)
                                )
FEDERAL BUREAU OF PRISONS, ET AL.  )

### MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF SAMPLE'S MOTION TO REINSTATE COUNT NINE

The undersigned Plaintiff, Brandon Sample, respectfully requests an enlargement of time up to and including May 16, 2008, in which to file a reply to the Defendant's Memorandum of Law in Opposition to Plaintiff's Motion To Reinstate Count Nine. Additional time is needed to formulate a reply due to the undersigned' institutional work requirements, college studies (Sample is taking four courses for a total of 13 hours), and otherwise limited schedule. The requested enlargement of time is sought in good faith.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 8th day of May, 2008, via first-class mail, postage prepaid, on the following:

Christopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Brandon Sample