RECEIVED

MAY 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON C. SAMPLE, ET AL,           )
                                    )
v.                                  )   06-715 (PLF)
                                    )
FEDERAL BUREAU OF PRISONS, ET AL.   )

### PLAINTIFF SAMPLE'S MOTION TO WITHDRAW MOTION TO REINSTATE COUNT NINE

While the undersigned in no way agrees with the Bureau of Prisons (BOP) interpretation of the party's settlement agreement regarding Count Nine, Sample, after receipt of the disc, has decided to longer pursue his Motion to Reinstate Count Nine.

Wherefore, Sample respectfully requests the Court withdraw Sample's Motion to Reinstate Count Nine.

Respectfully submitted,

Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 14th day of May, 2008, via first-class mail, postage prepaid, on the following:

Christopher B. Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, DC 20530

_____
Brandon Sample