UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON C. SAMPLE, ET AL.,    )
v.                            )   06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL.  )

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

In accordance with Fed.R.Civ.P. 6(b), the undersigned Plaintiffs respectfully request an enlargment of time up to and including July 9, 2008, in which to respond to the Defendants' March 24, 2008, filings. This is the Plaintiffs' third request for an enlargment of time. Plaintiffs were previously granted an extension of time until May 9, 2008, in which to file a response to the Defendants' March 28, 2008, filings. However, due to ongoing settlement negotiations, Plaintiffs moved for a second enlargement of time until June 9, 2008, in which to file a response. The Court has yet to rule on this motion.

On May 21, 2008, Plaintiff Sample and counsel for Defendants spoke regarding the possibility of the parties settling this matter. A final agreement was unable to be reached during this conference, but the parties are moving close toward settlement. In order to avoid burdening the Court and the parties with yet another filing in this matter, Plaintiffs respectfully request the enlargement of time be granted. Counsel for Defendants has represented no opposition to an additional enlargement of time in order to complete the settlement process.

Respectfully submitted,

_(signature)_
Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

_(signature)_
Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 30th day of May, 2008, via first-class mail, postage prepaid, on:

Mr. Christopher Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Suite 4220
Washington, DC 20530

_(signature)_
Brandon Sample

2