UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRANDON SAMPLE, ET AL.,           )
v.                                )     06-715 (PLF)
FEDERAL BUREAU OF PRISONS, ET AL. )

## PLAINTIFFS' SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

In accordance with Fed.R.Civ.P. 6(b), the undersigned Plaintiffs respectfully request an enlargement of time of 90 days from the date of entry of the Court's order granting this motion in which to file a response/reply to the Defendants' March 24, 2008, filings. On June 26, 2008, Plaintiff Sample and counsel for Defendants spoke again regarding the possibility of the parties settling this matter. The parties are closer to reaching an agreement as a result of this conversation, but there are a couple small issues that still need to be worked out. The requested extension will allow the parties to resolve these minor issues. While the parties anticipate the filing of a finalized agreement within the requested 90 day window, should this not occur, counsel for Defendants will file a status report with the Court regarding the party's efforts to settle this matter.

Wherefore, premises considered, Plaintiffs respectfully request that this motion be granted.

Respectfully submitted,

_____
Brandon Sample #33949-037
Federal Prison Camp
P.O. BOX 9300
Texarkana, Texas 75505

_____
Bernard Shaw #59469-004
Federal Satellite Low
2680 Highway 301 South
Jesup, Georgia 31599

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 30th day of June, 2008, via first-class mail, postage prepaid, on the following:

Christopher Harwood
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, DC 20530

_____
Brandon Sample