UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRANDON SAMPLE, *et al.*,           )
                                    )
        Plaintiffs,              )
                                    )
   v.                               )   Civil Action No. 06-0715 (PLF)
                                    )
FEDERAL BUREAU OF PRISONS,          )
                                    )
        Defendant.               )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Rule 56(f) Motion [Dkt. # 68], Motion for an Order Directing Defendants to File a Supplemental Response Regarding Count Fourteen and Motion for Leave to File a Reply to BOP's Responses Concerning Count Fourteen [Dkt. # 82], Renewed Motion for Appointment of Counsel [Dkt. # 91] and Motion for Leave to Conduct Discovery [Dkt. # 92] are DENIED WITHOUT PREJUDICE; it is

FURTHER ORDERED that Plaintiff Sample's Motion to Withdraw Motion to Reinstate Count Nine [Dkt. # 104] is GRANTED and that his Motion to Reinstate Count Nine [Dkt. # 99] is WITHDRAWN; it is

FURTHER ORDERED that Plaintiff's Motion for Leave to File Reply to Defendant[s]' Response to Plaintiff's Reply On Their Motion for Summary Judgment [Dkt. # 87] is GRANTED; it is

FURTHER ORDERED that Defendants' Motion for Leave to File Notice of Clarification [Dkt. # 101] is GRANTED; it is

FURTHER ORDERED that Plaintiffs' Second Unopposed Motion for an Enlargement of Time [Dkt. # 106] is GRANTED *nunc pro tunc*; it is

FURTHER ORDERED that Counts Five, Ten, Eleven, Twelve, and Thirteen are DISMISSED WITH PREJUDICE; it is

FURTHER ORDERED that all proceedings in this action are STAYED for a period of 90 days from the date of entry of this Order, with the exception that the parties may file at any time either a Stipulation of Settlement and Dismissal or a Report to the Court regarding the status of their settlement negotiations.

SO ORDERED.

DATE: September 29, 2008

/s/
PAUL L. FRIEDMAN
United States District Judge